SEALED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JOHN DOE,<br>a/k/a Gribodemon | **WARRANT FOR ARREST**<br><br>CASE NO. 1:11-CR-557-AT-1 |

U.S. MARSHALS SERVICE NORTHERN GEORGIA
2011 DEC 21 P 3:03
RECEIVED

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JOHN DOE, ak/ka Gribodemon and bring him or her forthwith to the nearest magistrate to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to defraud financial institutions

in violation of **Title 18, United States Code, Section(s) 1349; 1343 and 2**

JAMES N. HATTEN
Name of Issuing Officer

Lavenia Wade-Childs
Signature of Issuing Officer

AUSA Carol Sipperly

Bail Fixed at $_____

Clerk, U.S. District Court
Title of Issuing Officer

December 21, 2011 at Atlanta, Georgia
Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 15 2015
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

5/11/15  Returned Unexecuted. Arrested 7/2/13 as Aleksandr Panin Warrant.

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer