# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cr-00557-AT-AJB
## USA v. Panin et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 03/07/2016.

TIME COURT COMMENCED: 1:12 P.M.
TIME COURT CONCLUDED: 43: P.M.          COURT REPORTER: Debra Bull
TIME IN COURT: 2:08                     DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Aleksandr Andreevich Panin Present at proceedings<br>[2]Hamza Bendelladj Present at proceedings |
| ATTORNEY(S) PRESENT: | Leonard Franco representing Aleksandr Andreevich Panin<br>Kamal Ghali representing USA<br>Steven Grimberg representing USA<br>Emily Strongwater representing Hamza Bendelladj<br>Jay Strongwater representing Hamza Bendelladj |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MINUTE TEXT: | The Court directed that Defendant Bendelladj's additional objections be incorporated by reference into the Presentence Report. The Government called Special Agent Mark Ray to the stand. The witness was sworn and testified. Government's exhibits 1, 5, 6, 9, 13, 15, 16, 18, 18-1, 19, 21, 25, 27, 28, 29, 34, 37, 38, 46, 47 admitted. Court recessed and will resume at 10:30 AM on Tuesday, March 8, 2016. |