

## U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Spring Street S.W., Suite 600*  *Fax: (404) 581-6181*
*Atlanta, Georgia 30303*

April 8, 2016

VIA ECF
Courtroom Deputies
U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

  Re: Leave of Absence May 2, 2016 through May 6, 2016

Dear Courtroom Deputies:

  This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on May 2, 2016 through May 6, 2016.

  I request that the Court not schedule any court appearances in the below-referenced matters between those dates:

    U.S. v. Arevelo, et al.,
    1:12-cr-00329

    U.S. v. Lepore, et al.,
    1:15-cr-00367

<u>U.S. v. Panin, et al.</u>,
1:11-cr-00557

                              Sincerely,
                              JOHN A. HORN
                              UNITED STATES ATTORNEY

                              <u>/s/ Kamal Ghali</u>
                              ASSISTANT UNITED STATES ATTORNEY
                              Kamal.ghali@usdoj.gov

cc: Counsel of record (via ECF notification)