```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3  UNITED STATES OF AMERICA,    )    CR. NO. 1:11-557
                                 )    ATLANTA, GA
 4                               )    MARCH 7, 2016
                                 )
 5      VERSUS                   )
                                 )
 6  ALEKSANDR ANDREEVICH PANIN,  )
    A/K/A GRIBODEMON,            )
 7  AND HAMZA BENDELLADJ A/K/A    )
    BX1                          )
 8               DEFENDANT.      )
    _____)

 9
                   BEFORE THE HONORABLE AMY TOTENBERG
10            UNITED STATES DISTRICT COURT JUDGE
                      SENTENCING HEARING
11
    APPEARANCES:
12
    FOR THE GOVERNMENT:          KAMAL GHALI, AUSA
13                               STEVE GRIMBERG, AUSA
                                 U. S. ATTORNEY'S OFFICE - ATL
14                               600 RICHARD RUSSELL BUILDING
                                 75 TED TURNER DRIVE
15                               ATLANTA, GA  30303

16  FOR THE DEFENDANT
    ALEKSANDR ANDREEVICH PANIN:  LEONARD LOUIS FRANCO, ESQ.
17                               THE FRANCO LAW FIRM, PC
                                 1800 PEACHTREE STREET, NW
18                               SUITE 300
                                 ATLANTA, GA 30309
19

20

21

22

23

24

25
```

```
 1  APPEARANCES CONTINUED:
    HAMZA BENDELLADJ:            EMILY STRONGWATER, ESQ.
 2                              JAY L. STRONGWATER, ESQ.
                                STRONGWATER & ASSOCIATES
 3                              1349 WEST PEACHTREE STREET
                                SUITE 1250
 4                              TWO MIDTOWN PLAZA
                                ATLANTA, GA  30309
 5
    COURT REPORTER:             DEBRA R. BULL, RPR, CRR
 6                              UNITED STATES COURT REPORTER
                                1949 RICHARD RUSSELL BUILDING
 7                              75 TED TURNER DRIVE
                                ATLANTA, GA  30303
 8

 9
                    STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
10                       *** *** *** *** ***

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          THE COURT:   Good morning.   Mr. Panin, we are here

2     in the matter of United States of America versus Aleksandr

3     Panin, case number 11:CR-557.   The first thing I wanted to

4     ask Mr. Panin is whether he  -- he can sit down.   Whether he

5     wishes to have an interpreter or not.

6          THE DEFENDANT:   No, I am good, thanks.

7          THE COURT:   You feel comfortable?

8          THE DEFENDANT:   Yes.

9          THE COURT:   We have an interpreter here,  but she is

10    not Court certified,  but you feel comfortable proceeding

11    without any interpreting?

12         THE DEFENDANT:   Yes,  I do feel comfortable.

13         THE COURT:   All right.   Very good.   We can relieve

14    the interpreter.   Thank you very much.

15      Mr. Panin,  if at some point there are any language

16    issues,  just slow us down,  flag that for your counsel so

17    that he can stop and anything can be explained again.   Don't

18    feel embarrassed about stopping them.   You said you would

19    feel prepared to proceed without an interpreter?

20         THE DEFENDANT:   All right.   I appreciate it.

21         THE COURT:   I understood this morning that there was

22    -- that you hadn't met with local counsel before this morning.

23    And Mr. Gross (sic) was very clear that it was not what he

24    wold ideally liked, but I tried to give you an opportunity to

25    talk on the phone with your New York counsel who had handled

1  everything on the merits up to this point.   Did you have that
2  opportunity to speak with him on the phone?

3          THE DEFENDANT:   Yes, I did.

4          THE COURT:   All right.  Were you able to ask all the
5  questions regarding the sentencing that you wanted to to him
6  as well as to your local counsel?

7          THE DEFENDANT:   Yes.

8          THE COURT:   Were you given an opportunity to see the
9  presentence report in this case?

10          THE DEFENDANT:   Yes, I did.

11          THE COURT:   And any amendments to the report or
12 filings regarding the report to your knowledge?

13          THE DEFENDANT:  Yes.

14          THE COURT:   Did you have the opportunity to discuss
15 the report with your New York counsel, as well as with your
16 local counsel, Mr. Gross (sic).

17          THE DEFENDANT:  Yes, absolutely.

18          THE COURT:  Are there outstanding questions or
19 concerns that you have about the report that you still need to
20 discuss with them?

21          THE DEFENDANT:  No,  I don't have any.

22          THE COURT:   And you are prepared to proceed with the
23 sentencing today?

24          THE DEFENDANT:   Yes.

25          THE COURT:   All right.

1          I wanted to make sure you had the time under the

2    circumstances that you hadn't met the local attorney before.

3    If there is a moment that you end up feeling that you need to

4    be able to talk to the New York counsel, who you have

5    principally dealt with, we can always take a break so that

6    you can phone.   I mean, I feel that he is on the hook to

7    talk to you.   It is not that I want to push you into any

8    situation where you don't get the answers from counsel who you

9    have been principally dealing with.

10          THE DEFENDANT:   All right, thank you.

11          THE COURT:   Again.   I say this to your counsel here

12   as well.   If at some point if there are some concerns about

13   anything, you flag that for me and so when we take a break

14   you can call local counsel, we will empty the courtroom, and

15   you can do so.

16          MR. FRANCO:   Yes, Your Honor, thank you.

17          THE COURT:   I would rather do it that way than have

18   some concern later on that there was something that was not

19   addressed that you are concerned about.

20          MR. FRANCO:   That's fine.

21          THE COURT:   Mr. Panin, you understand that as well?

22          THE DEFENDANT:   Yes.

23          THE COURT:   I know the Marshal's office wanted to

24   take care of lunch so that they didn't end up having to take

25   everyone back at one and then go back and forth.   It is an

uneven schedule this morning because of all of the

developments.   I think probably the smoothest thing as I

understand it is that we are going to have several hours of

testimony from the Government expert witness.

MR. GRIMBERG:  That's likely,  yes.

THE COURT:   I think that is all the questions I have

that will let us -- so we can proceed as soon as we start with

the sentencing.   Were there any other things that we needed

to deal with right now, Mr. Grimberg, that you wanted to

follow up with on colloquy?

MR. GRIMBERG:  No,  Your Honor.   I think we can have

lunch.

THE COURT:   All right.   So they need a full hour?

So we will start a few minutes after one.   You are excused

now we, will see you in about an hour then.

(Whereupon, a lunch recess was held.)

THE COURT:   Good afternoon,  please have a seat.

All right.   Let's's try again.   So,  we are here

for two sentencings today that are related.   This is United

States of America versus Aleksandr Panin and United States of

America versus Hamza Bendelladj, criminal indictment number

1:11-CR-557.

We have already had an initial colloquy with Mr. Panin to

make sure he is ready to proceed and had an opportunity to see

the presentence report in this case and he indicated he was.

1    I wanted to find out from Mr. Bendelladj whether you have

2  had an opportunity to see the presentence report in this case?

3          THE DEFENDANT:   Yes,  Your Honor.

4          THE COURT:   And have you had an opportunity to

5  review it and discuss with your attorneys any concerns and

6  questions you have about the report?

7          THE DEFENDANT:   Yes,  Your Honor.

8          THE COURT:   Do you have any outstanding questions or

9  concerns you still would like to talk to your attorneys about?

10          THE DEFENDANT:   No,  Your Honor.

11          THE COURT:   So,  you are ready to proceed today?

12          THE DEFENDANT:   Yes.

13          THE COURT:   All right.   Very good.

14    I know Mr. Bendelladj indicated a number of objections and

15  we will go through some of those.   Are there objections for

16  Mr. Panin or not at this juncture? To the presentence report?

17          MR. FRANCO:  Your Honor,  there were objections filed

18  with regard to relevant conduct and role in the offense.   And

19  essentially through negotiations during the last week,  we

20  officially on the record withdraw all of our previous

21  guideline objections.

22          THE COURT:   All right.

23          MR. GRIMBERG:  Your Honor,  may I clarify that? If I

24  may assist the Court in sort of introducing where we are.

25          THE COURT:   All right.  As to Mr. Panin.

1          MR. GRIMBERG:  Yes.   With regard to defendant Panin,

2   the parties have reached an agreement with regard to the

3   guidelines, which varies somewhat from the final PSR and that

4   is why I wanted to make a record of it.

5          THE COURT:   All right.

6          MR. GRIMBERG:  We have agreed that Mr. Panin's base

7   offense level is a 7,  that he receives an additional 22

8   levels for loss in that the extent of the loss is, under the

9   terms of the plea agreement, is more than 25 million and less

10  than 65 million.   The plea agreement capped Mr. Panin's loss

11  at 50 million dollars and so that yields an additional 22

12  levels under the current guidelines.   And there was an

13  additional two levels for ten or more victims.   An additional

14  two levels for dealing in stolen property.   An additional two

15  levels because the offense involves sophisticated means and

16  because a substantial part of the criminal conduct occurred

17  internationally.   And then there is an additional four levels

18  for his role as organizer and leader.   So,  if our arithmetic

19  is correct,  that yields a level 39,  which after reducing

20  three levels for acceptance, ends up at a level 36.   Under

21  the terms of the plea agreement, the parties also agree to an

22  additional one level variance for early resolution of the

23  case,  so that brings him to a level 35.

24          THE COURT:   All right.

25          MR. GRIMBERG:  And that is where we are with

1 Defendant Panin.

2       THE COURT: All right.

3       MR. GRIMBERG: We also have some resolution to the

4 objections to Defendant Bendelladj. Would you like to hear

5 that?

6       THE COURT: Yes.

7       MR. GRIMBERG: The parties have agreed that he will

8 receive a two-level increase for aggravating role rather than

9 the four levels that were recommended in the PSR. And he

10 will receive an additional two levels for ten or more victims.

11 And so the only outstanding guideline issue as to both

12 defendants is loss with respect to defendant Bendelladj.

13       THE COURT: Okay. I did have one question as to --

14 I couldn't quite piece it together, but it seemed like

15 Mr. Bendelladj had some objections that were not incorporated

16 into the presentence report. I saw the memorandum I got and

17 they might not be ultimately as to the actual guideline

18 computation, but I was concerned that they hadn't been

19 incorporated.

20       MR. STRONGWATER: One, we ask that they be

21 incorporated by reference. The second letter, when there was

22 a transfer of the case to a different Probation Officer. But

23 as far as guideline calculation, Mr. Grimberg is correct, the

24 remaining guideline in controversy is the loss. In

25 discussing the loss may in effect change or substantiate our

objections to the narrative of what the offense was.

THE COURT:  All right.  Because you are far away.  I want to make sure I understood.  You are saying that the additional statement of differences you think would affect or would not affect the loss? I mean,  I know you had a somewhat different description of what you thought the indictment was. And you objected to the way that the indictment was described.

MR. STRONGWATER:  Correct.  And I think during the course of discussing the attributable loss,  it in effect addresses the narrative portion of the presentence report.

THE COURT:  All right.  Well,  I think that the objections need to be incorporated,  let me just say, for completeness.  You shouldn't have to do what I did is to go back and try to find it.

So,  at minimum, the presentence report needs to expressly state in the outset that you had additional objections and they are incorporated by reference if we are not going to go to the text,  but then attach it as exhibit A or something like that.

MR. STRONGWATER:  Thank you.  We had gotten in trouble in another courtroom by not enumerating each and every paragraph and it came back to say --

THE COURT:  I normally would include it.  I am not sure  -- we could do it that way,  I am trying to make it as easy as possible for the Probation Officer,  but at minimum it

1  needs to be expressly identified as these were additional ones

2  and they are attached.

3          MR. STRONGWATER:  Thank you for helping us perfect

4  the record.

5          THE COURT:  But you otherwise agree that what is at

6  issue is the loss amount?  Now, I know that relates to your

7  other objection, which is what is relevant conduct?

8          MR. STRONGWATER:  That's correct.

9          THE COURT:  Okay.

10      How would you like to proceed, Mr. Grimberg?

11          MR. GRIMBERG:  Your Honor, with the Court's

12  indulgence, I would like to make a few introductory remarks

13  and then we will call Special Agent Mark Ray from the FBI, who

14  is the case agent on the case.  And his testimony really is

15  relevant as to both Defendants, both in addressing the loss

16  objection of Defendant Bendelladj, but also relevant to the

17  3553(a) factors as to both Defendants.

18          THE COURT:  All right.

19          MR. GRIMBERG:  Your Honor, this case deals with a

20  malware called SpyEye, as you know.  SpyEye was the

21  preeminent malware, which is a malicious computer code or also

22  known as banking Trojan between 2010 and 2012.  It was used

23  by a global syndicate of cybercriminals to infect over 10

24  million computers, causing close to 1 billion dollars in

25  financial harm to individuals and financial institutions

around the globe.   SpyEye was designed to automate the theft
of confidential and personal and financial information, such
as online banking credentials,  credit card information,  user
names,  passwords,  pins, and other personal identifying
information.

SpyEye facilitated its theft of personal and confidential
information by secretly infecting victim's computers,
enabling cybercriminals to remotely infected computers through
what are called command and control servers.

Once a computer was infected and under their control,
cybercriminals would normally access the computers without
authorization and stole victims' personal and financial
information through a variety of techniques.   The victims'
stolen personal and financial data was then surreptitiously
transmitted to the cybercriminals command and control servers,
where it was used to, among other things, steal money from the
victims' financial accounts.

Defendant Panin was the primary developer and distributor
of SpyEye.   Operating from Russia between 2009 and 2011,
Panin conspired with others, including codefendant Hamza
Bendelladj, to develop,  market, and sell various versions of
SpyEye and component parts on the internet.   Panin allowed
cybercriminals to customize their purchases to include tailor
made methods of obtaining victims' personal and financial
information, as well as marketed versions that targeted

information about specific financial institutions, including
banks and credit card companies.

    With the assistance of codefendant Bendelladj, Panin
advertised and promoted the SpyEye malware on online
invite-only criminal forums, such as Dark Code.com and other
exclusive Russian-based-criminal forums.

    Defendant Bendelladj transmitted over one million spam
e-mails containing strains of SpyEye and related malware to
computers in the United States yielding hundreds of thousands
of infected computers.

    Bendelladj also developed and sold malicious plug-ins or
add-ons for the botnets. Such as a spreader, an automated
transfer system and web index. These malicious tools were
designed to surreptitiously automate the theft of funds from
victim bank accounts and to proliferate the spread of malware,
including SpyEye.

    Defendant Bendelladj used his unauthorized access into
infected computers to steal personal identifying information
from close to half a million people, along with over 200,000
credit card account numbers causing millions of dollars of
losses to individuals and financial institutions around the
world.

    Bendelladj also ran a website where he automated the sale
of stolen credit card information to Cyber criminals around
the world.

1    With respect to loss, Your Honor, you will hear through

2  the testimony of Agent Ray that under our methodology and

3  under the Sentencing Guidelines as it contemplates in terms of

4  calculating loss for sentencing purposes, it is perfectly

5  reasonable to find a loss associated with the criminal conduct

6  in this case that is close to one billion dollars, which is

7  simply astronomical.

8    Defendant Panin received an enormous benefit through his

9  negotiated plea agreement in that it was early on in the

10  investigation calculating the extent of the harm of this case,

11  and under the terms of that plea agreement, his loss figures

12  are capped at 50 million dollars, which is why we have reached

13  a resolution with him with regard to the loss.   We have no

14  such agreement with Defendant Bendelladj.   As you know,

15  Defendant Bendelladj has no negotiated plea agreement, he

16  pled straight up to the indictment.

17    His loss numbers again, under our methodology and pursuant

18  to the guidelines as you will hear, is close to one billion

19  dollars.   What you will hear through the testimony of Agent

20  Ray is that we asked the Court to make a finding, a very

21  conservative finding that the loss is 100 million dollars.

22  And you will hear how we arrived at that figure with regard to

23  Defendant Bendelladj.

24    As you know, there are a variety of ways of calculating

25  loss and relevant conduct in the case.   You can look at

```
 1  jointly undertaken activity as a perfectly reasonable way to
 2  look at loss.   But as to Defendant Bendelladj,  we are
 3  looking at reaching that 100 million dollar figure,  we are
 4  looking exclusively at activity that he conducted himself
 5  personally as part of the offense and relevant conduct in this
 6  case.
 7      So unless Your Honor has any questions with that,  we will
 8  call agent Ray.
 9          THE COURT:   All right.
10      I just want to correct one thing for the record.  As I had
11  very totally erroneously referred to Mr. Franco as Mr. Gross.
12  But we have had a lot of funky proceedings in the morning
13  beforehand.   So, my apologies to you and I want to correct
14  for the record, of course, I recognize who you are.
15          MR. FRANCO:  Yes,  Your Honor.
16          MR. GHALI:  Your Honor, the Government calls Special
17  Agent Mark Ray.
18          THE CLERK:  Good afternoon,  Special Agent Ray.
19           MARK RAY, having been first duly sworn, testified as
20  follows:
21          THE CLERK:  Please be seated.   State your name for
22  the record and spell your name.
23          THE WITNESS:  Special Agent Mark Ray; M-a-r-k,
24  R-a-y.
25                         DIRECT EXAM
```

1  BY MR. GHALI:

2  Q.    Where are you employed?

3  A.    Federal Bureau of Investigations.

4        THE COURT:   Are you able to hear back there?  Is it

5  on now?  All right. Wait for a second.  Is yours on?

6    Mr. Bendelladj,  more of this relates to Mr. Panin.  I

7  understand you are proceeding on the strength of your own

8  English and recall that you seemed to be completely

9  comfortable in speaking in particularly the English language,

10 but at any point if you are uncomfortable,  will you stop us

11 so that we can make sure that you understand something?

12       THE DEFENDANT:   Yes,  Your Honor.

13       THE COURT:   And you are comfortable in proceeding in

14 the English language at this juncture?

15       THE DEFENDANT:   Yes.

16       MR. GHALI:  Thank you.

17

18

19

20

21

22

23

24

25

BY MR. GHALI:

Q.    Would you please state your name for the record, sir?

A.    My name is Mark Charles Ray.

Q.    And where are you employed?

A.    With the FBI here in Atlanta, Georgia.

Q.    And what is your title with the FBI?

A.    I'm a Special Agent.

Q.    Is there a particular squad you are assigned to?

A.    Yes.  I am assigned to the Atlanta Cyber Task Force.

Q.    Before you worked as a Special Agent in the Atlanta Cyber Task Force, what did you do?

A.    I worked in the information technology industry for over 12 years and worked for IBM corporation and another small software company.

Q.    What were your job duties with those companies?

A.    It varied.  I started out as a computer programmer and also was involved with managing large software implementations at companies doing consulting in the information technology industry.

Q.    What is your educational background?

A.    I have a Bachelor's of management information systems from Purdue University and a MBA from the University of North Carolina.

Q.    Would you talk a little bit about your training as a Special Agent that is assigned to the Cyber Task Force?

A.    Sure.   Like every agent in the FBI, we go through the

FBI Academy.   It is five months of law enforcement training.

On top of that, for investigating cyber crimes,  there is

specialty training in the areas of cyber investigations and

other industry training that other people in the private

industry take as well in terms of computer software,

programming,  things of that nature.

Q.    What are your job duties as a Special Agent?

A.    Investigate what we call computer intrusions or cyber

crime matters, both of criminal nature and national security

investigations as well.

Q.    What makes it a national security as opposed to

computer intrusion?  Or, I'm sorry, they just classify it as

national security?

A.    Sure.  Basically regardless of the computer intrusion,

if a national security computer instruction most of the time

has to do with the nature of the attacker,  most times being a

state-sponsored attacker versus criminal investigations that

have more financially motivated actors.

Q.    In terms of your day-to-day experience as a Special

Agent,  how much interaction do you have with the private

sector?

A.    Quite a bit.

Q.    Why is that?  I Guess we can back up, what do you mean

by the private sector?

1   A.    Okay.  I have quite a bit of interaction with companies

2   that also do cyber security or cyber crime investigations.

3   It is the one violation that the FBI investigates that is

4   unlike others in the fact that unlike counterterrorism or

5   counterintelligence,  cyber crime is something that is

6   investigated by public corporations -- or excuse me, private

7   corporations.   They do much of the same research and

8   investigations that law enforcement agencies do as well to try

9   to thwart or stop cyber crime.

10  Q.    And then in addition to interacting with that aspect of

11  the private sector,  what about the business community?

12  A.    Yes.  So, in addition to the information sharing and

13  liaisoning (sic) that we do with the private sector,  part of

14  my role is to do a lot of industry outreach, and that is doing

15  threat briefings or provide presentations to the private

16  sector to educate them on the latest threats that the FBI is

17  seeing in the area of cybercrime.   And also to provide threat

18  briefings on latest malware or threat actors that we are

19  seeing in our investigations.

20  Q.    How often do these kinds of threat briefings happen?

21  A.    I would say probably  -- once every two weeks.

22  Q.    Why so often?

23  A.    It is the -- cybercrime is an emerging threat overall

24  to the entire world, not just to the public sector, but the

25  private sector.   So,  we find that collaboration is the best

1  way to stay on top of the latest threats, to share what we are

2  seeing, and also law enforcement learns a lot from the private

3  sector in terms of the latest threats that out there in the

4  cyber realm.

5  Q.    And just in terms of your six years as a FBI Special

6  Agent, have those threats remained the same or do they evolve?

7  A.    They evolve all the time.

8  Q.    Let's talk about your experience with respect to

9  cybercriminal forums, are you familiar with that phrase?

10  A.    Yes, I am.

11  Q.    What is a cybercriminal forum?

12  A.    Well, like any other hobbiest or anything like that,

13  it is a forum where basically cybercriminals can collaborate

14  online.  They are usually invite only and hosted like any

15  other website but in very a protected way so that law

16  enforcement or private industry threat researchers can't try

17  to identify where they are located.  But it provides a

18  central location for cybercriminals to collaborate and sell or

19  buy their wares.

20  Q.    And in these particular forums, do cybercriminals tend

21  to use their real names or aliases?

22  A.    Based on my experience, they use their aliases.

23  Q.    Why is that?

24  A.    You are dealing with individuals who are criminals who

25  have never met each other face-to-face and that is

1  intentional,  so they are located all over the world.

2  Anonymity is key to not getting caught and so all of them use

3  nicknames or online nicknames to communicate and build a

4  reputation.

5  Q.    Does that feature change the nature of investigating

6  conspiracies in the context of cybercrime?

7  A.    Well,  it does.   Again,  you are investigating

8  individuals who are using a nickname.   So,  in addition to

9  trying to identify the true identity of an individual using a

10  nickname,  you also have to investigate their reputation,

11  reputation is key on criminal forums.   Their nickname is only

12  as good as the actions that they follow through on.   So,  all

13  of those things need to be investigated.

14  Q.    Okay.   Let's turn to botnets.   I will ask you to look

15  up at the screen,  we have a visual for the Court.   Will you

16  explain what a botnet is?

17  A.    Sure.  A botnet is basically a word that is short for

18  robot network.   Basically it means a bunch of computers

19  control from a central location by an individual or group of

20  individuals.   Botnets have been around for years, especially

21  in the information technology industry.   IT support people use

22  them to push out patches or fixes to computers in an office

23  location.   The cybercriminals in this context, cybercriminals

24  have utilized that same technology to infect and target victim

25  computers all around the world and then control them as bots

1   or zombies and from a centralized location and push

2   information out to these victim computers as well as receive

3   information from them.

4   Q.    Now, what is the purpose of creating that kind of

5   network of computers?

6   A.    Well, two things.   Number one to hide your identity.

7   It creates a bit of a hierarchy so that the actual, in this

8   case where it describes bot herder or the individual

9   conducting the cybercrime, they are not connecting directly to

10  these victim computers.   And it also provides a nice

11  centralized location for the individual to manage what they

12  are trying to do,  whether it is receive stolen information or

13  push out malicious -- other malicious software so they can do

14  it from one centralized location.

15  Q.    Let's just talk about the bots down here.   What has to

16  happen for a bot -- a cybercriminal to get control of those

17  individual bots?

18  A.    Well,  there are many software packages such as SpyEye

19  that are called crimeware toolkits or botnet toolkits that

20  allows a cybercriminal to purchase or obtain some other way

21  and set up this botnet and then basically infect all of those

22  computers.   It allows them to create malware and then to

23  spread it to thousands -- usually thousands of victim

24  computers and infect those computers and basically get a

25  foothold into that computer to be able to do whatever they

1  want with.

2  Q.    Is there some limit as to the number of computers that

3  can be under the control of the botnet?

4  A.    No, there is not.

5  Q.    With respect to this graph, it says command and

6  control server, what is a command and control server?

7  A.    It is just like any other computer server, but in this

8  case it is more of a master relationship to the children or

9  zombie bots.  So, basically, the malware that the

10  cybercriminal puts on to all of those little computers has

11  computer logic in it that tells them to basically connect back

12  to this one central computer to receive commands, to basically

13  receive their instructions.  And also in many cases to

14  exfiltrate or send the data that the cybercriminal wants to

15  obtain back to that central location.

16  Q.    Okay.  So, is it just a one-way street where the bot

17  herder is pushing information to those bots?

18  A.    No, it is bi-directional and it could be said up in

19  many different ways.  There could be multiple command and

20  control servers, there could be a separate server set up that

21  is called the collector or the exfiltration server where the

22  information is stolen, too.  But it is a two-directional

23  relationship.

24  Q.    So, something that is not on the screen is steps that

25  that bot herder would take to infect all of those individual

1  bots at the bottom, correct?

2  A.    Yes.

3  Q.    How do those bots know to communicate back with that

4  command and control server there?  By bots,  we just mean a

5  personal computer?

6  A.    Yes,  usually.    It can be any type of computer.    But

7  in this case to answer your question, the cybercriminal would

8  send instructions out through the command and control server

9  to each of those bots with instructions in the malware

10  basically that says point back to this particular command and

11  control server.    It could have the web address for that

12  command and control server or what is called the internet

13  protocol address, the IP address, which is basically like a

14  phone number,  a unique phone number for each computer.    So

15  those bots have instructions.  Again,  in a zombie, meaning it

16  is without their authorization and unknowing to the user, it

17  calls back to that command and control server.

18  Q.    So the individual bots will have malware on them that

19  will instruct them to communicate back to the command and

20  control server?

21  A.    Yes.

22  Q.    Then, should it be pretty easy to figure out who the

23  cybercriminals are?  Can't you just go to that command and

24  control server and you know who is accessing it?

25  A.    No.    Again, since we are dealing with people that do

1  not meet face-to-face, basically, use as we mentioned,

2  nicknames or false identities,  usually it is stolen

3  information or fake information altogether that is used to

4  register or purchase those computers --or excuse me, rent

5  those servers.  There is also many times several layers,

6  buffers or proxies that the cybercriminal will go through to

7  connect to that command and control server.  Again, in the

8  criminal -- from a criminal context, cybercriminals who rent

9  these command and control servers know that they are

10  susceptible to being identified by, again, these cyber threat

11  researchers in the private industry that we mentioned earlier

12  or by law enforcement.  So, rarely will they ever connect

13  directly to that command and control server or use the real

14  information to purchase it or rent it.

15  Q.   So, is it your testimony that there might be -- there

16  is a line from bot herder to command and control server,

17  there might be multiple different computers in between?

18  A.   Yes.

19  Q.   On that line?

20  A.   Yes,  it is.

21  Q.   The purpose would be to make it difficult to determine

22  who the bot herder is?

23  A.   That's correct.

24  Q.   What are the different types of malware or infections

25  that can get pushed out to those bots to create that kind of

1  botnet?

2   A.    Well, in this case when we are talking about SpyEye,

3  again, SpyEye is more of the delivery mechanism.  It is just

4  the -- you can think of it as a missile carrying a warhead.

5  But basically any type of malware can be loaded into that to

6  deliver out to the victim computers.

7     More recent examples are Ransomware, a lot of people have

8  heard of that.   Botnets can be used to push Ransomware out to

9  victim computers or it could be the type of functions that

10 came in SpyEye, such as webinjects, which are special

11 programs that will basically inject code into a web users  --

12 excuse me, user's web browser to steal information.

13  Q.    So, let's talk about SpyEye.   So just on a high

14 level, what is SpyEye?

15  A.    Again, it is a malware package that allows

16 cybercriminals to basically kind of a do-it-yourself or

17 off-the-shelf malware toolkit.   It basically allows

18 cybercriminals to automate a lot of the theft of information.

19 We always hear the term hacking, but tools like SpyEye and

20 other botnets kind of automate that for cybercriminals on a

21 large scale by pushing out the malware out to hundreds or

22 thousands of botnets as we discussed there, able to automate

23 a lot of the fraud.

24     It had a lot of different features, SpyEye.

25 Specifically, as it indicates up there, plug-ins such as

1  spreader, credit card grabber, automated ways of stealing

2  information, automated transfer system to surreptitiously

3  conduct wire transfers out of victim's accounts, bank

4  accounts. It was also very common -- it really was like a

5  Swiss Army Knife of hacking, if you will. And it was the

6  successor to the, in the industry, more commonly known Zeus

7  botnet, which was around for many years prior to SpyEye.

8  Q.    What was ZEUS?

9  A.    Zeus was like SpyEye, also considered a Trojan or a

10  banking Trojan.

11  Q.    What do you mean banking Trojan?

12  A.    Basically, as in the term Trojan or Trojan horse, it

13  infects computers with malicious software unknowing to the

14  user to harvest bank account information, credit card

15  information, or other personal information.

16  Q.    What other kind of similarity is there between

17  something like SpyEye and Zeus? What distinguishes those

18  types of malware?

19  A.    They are very similar in functionality. Again, they

20  are designed to automate the theft of private, personal

21  information. They are basically just like different brands

22  of cars, one provided different functionality. SpyEye was

23  the successor to Zeus. There have been others since, such as

24  very well-known banking Trojan or botnets called Citadel,

25  Ice IX. They all have similar features that utilize

1  webinjects to steal information, but some of them provide a

2  different feature.  SpyEye specifically when it came out on

3  the cybercrime under world in approximately 2010, provided a

4  lot of new features such as a graphical user interface that

5  made it very easy for the cybercriminal to manage all of the

6  victim computers that they have.

7  Q.    I am handing you what has been marked as exhibit 43 and

8  styled as a letter to the court.  Do you recognize exhibit

9  43?

10  A.    Yes, I do.

11  Q.    What is it?

12  A.    It is a letter from one of the individuals I referenced

13  as a threat researcher, his name is Lance James.  Works for a

14  company called Flashpoint.

15  Q.    Is he the chief scientist at Flashpoint?

16  A.    Yes, he is.

17  Q.    What is the content of that particular letter?

18  A.    I read the letter and it is similar to the testimony I

19  just gave.  It describes the similarities between SpyEye and

20  Zeus and other botnets in terms of the way they work, in

21  terms of stealing information, remote access or control -- or

22  excuse me, remote access from a command and control server.

23  The ability to steal credit card information, install

24  keyloggers on a victim's computers.  That is basically it.

25  Q.    There is one way to characterize the difference between

1  Zeus and SpyEye is, SpyEye kind of makes it prettier and

2  easier for users to deal with?

3  A.    That is a fair assessment.

4        MR. GHALI:  Your Honor, the Government tenders

5  exhibit 43.

6        THE COURT:  Are there any objections:

7        MR. STRONGWATER:  Yes, Your Honor.  One is hearsay,

8  and two there is no accounting as to who this author is as to

9  his credentials,  his familiarity with this particular case.

10  Obviously we don't have the opportunity to cross-examine this

11  witness.   The Government has put us on notice regarding

12  certain experts that are going to be here, Mr. James is not

13  one of those.   I think it is extremely attenuated since we

14  have an expert on the stand who can testify.   I believe all

15  this is doing is buttressing the live witness's testimony.

16        MR. GHALI:  Your Honor,  I would say that Mr. James,

17  who is the chief scientist at Flashpoint, notes that this is

18  all publicly available information as well,  but he has a

19  particular insight because this is the area of his research

20  and expertise.   I think it is a helpful letter to the Court

21  that gives the Court some context for Special Agent Ray's

22  testimony.

23        THE COURT:  Maybe you can supplement it.   I

24  understand hearsay is acceptable,  but he is offering expert

25  testimony.   I know nothing about Flashpoint.   It is not like

1  saying this is the chief scientist for IBM,  I do know who

2  IBM is and I would note that.   If you want to provide

3  something more about this gentleman,  but I don't think by

4  itself I can accept it at this point.

5          MR. GHALI:  Your Honor, just for the record, I note

6  that given the Rules of Evidence don't apply, I ask that it be

7  considered part of the record although the Court may put

8  whatever weight it wishes to on the letter.

9          THE COURT:   Well, I would prefer you to supplement

10 the record before I consider it as part of the record.

11         MR. GHALI:  Just the Court can clarify,  what level

12 of supplementation?

13         THE COURT:   Well,  I don't know what Flashpoint is.

14 I don't know want to have to go rule it.  I don't know what it

15 means to be chief scientist at Flashpoint.   We could have a

16 resume,  we could have something about Flashpoint.   But right

17 now,  not that I distrust the Government about this,  it is

18 just -- I would have to give it no weight, so what is the

19 point of my admitting it?

20         MR. GHALI:  Just so the record is good, the

21 Government (sic) is over -- sustaining the objection?

22         THE COURT:   I am sustaining the objection, but I am

23 giving you an opportunity to provide further information so

24 that I could consider it, but I am not going to consider it

25 without knowing more about chief scientist qualifications and

1  who Flashpoint is.   It just doesn't tell me enough.

2  BY MR. GHALI:

3   Q.    Special Agent Ray,  with respect to the conclusion in

4  Mr. James's letter,  I believe you testified earlier that you

5  agree with the functionality.  Would you agree --

6          MR. STRONGWATER:  Objection, Your Honor.  It is just

7  a back doorway of getting Mr. James's opinion in here if by

8  asking Mr. Ray -- Agent Ray if he agrees with the conclusions

9  of a document that is not in the record.

10          THE COURT:   Why don't you just ask him about his

11  conclusions, he is very well qualified himself.

12          MR. GHALI:  Yes,  Your Honor.

13  BY MR. GHALI:

14   Q.    Actually, let's move to the next slide,  we will come

15  back, it is of some similarity.

16      Turn your attention to the screen, Special Agent Ray,

17  where the slide is entitled SpyEye components.   I will ask

18  you to talk about some of those different components.   Does

19  this slide accurately depict certain components of the SpyEye

20  malware?

21   A.    It does.   And basically it, you know, again, it

22  depicts SpyEye as a Swiss Army Knife of hacking, a tool that

23  has many different features and functions.   It doesn't just

24  do one thing.   Anyway, this is based on my experience of

25  looking at the functionality of SpyEye that it has the ability

1  to use things that we have already talked about, webinjects,

2  credit card grabbers, which is, you know, again a term to look

3  for and steal credit card information. Screen capture, the

4  ability to actually turn on the recording of a victim's screen

5  in a video format and record that and send it back to the

6  cybercriminal. It is just a way of visually depicting all of

7  the different functions of it. And again, I know this based

8  on my experience in reviewing it, but regardless of any

9  expert witness, this is also public, very well-documented

10 public information as well.

11  Q.    The Defendants filed a brief where they said in order

12 for a SpyEye command and control server to pick up

13 communication, it is at page four of their brief, SpyEye

14 requires a computer owner to communicate back to it; is that

15 accurate?

16  A.    That is not accurate.

17  Q.    Why not?

18  A.    Well, specifically, one of the components up there,

19 webinjects, do require user input. And what that is is

20 basically the user goes -- I will give an example of how

21 webinjects works in terms of SpyEye. If a victim who is

22 infected with SpyEye goes to their banking website and logs

23 into that bank account, there is specific code for logic in

24 SpyEye that triggers and says, okay, this person is now

25 logging into their bank website. It will inject sometimes a

1  false website in front of them asking them to put in some

2  information that the bank really wouldn't ask for.  So, in

3  that case,  yes,  that is user input.   However there are many

4  other features,  such as keyloggers and screen captures that

5  do not require the input of the user at all and they are

6  surreptitiously running on the person's computer and stealing

7  that information and sending it back to the cybercriminal.

8  Q.    So, just to clarify,  we talk about webinjects,  I

9  believe you said that it may add an additional window.  Is

10 this an accurate example, if you go to your Bank of America

11 login,  that is for your user name and password,  the web

12 inject might also ask for your Social Security number?

13 A.    That's right.  It is putting false fields,for example,

14 into the user's view.   Such as,  a good example is a person

15 goes to their online banking website and says, I'm sorry,

16 there is a problem with your account, we need you -- we have

17 detected some fraud,  please provide your Social Security

18 number, name, address, phone number, and email address.  And

19 then the person does that, clicks okay, and at that point it

20 sends that information back to the cybercriminal through

21 SpyEye.

22 Q.    At the front here of this diagram, it says ATS, what is

23 ATS?

24 A.    That is an example of like the different type of

25 malicious features that can be delivered through SpyEye.   In

1  that case, ATS stands for automated transfer system.   This is

2  a malicious feature of SpyEye or any other -- many other

3  botnets where once the user logs into their bank account

4  online,  behind the screens, the malware will initiate a

5  fraudulent wire transfer out of the person's bank account to a

6  false bank account or a drop or a money mule as they are

7  referred to,  someone else that the cybercriminal has set up

8  or made an agreement with to receive stolen funds.  What makes

9  that particular piece of SpyEye even more malicious is the

10  fact it has enough logic to display -- to modify the balance,

11  the account balance that is displayed back to that victim so

12  they never see any money.  So, if their balance was a thousand

13  dollars before the cybercriminal stole the money, it will

14  still show a thousand dollars even though it has been drained

15  in many cases.

16  Q.    And what is the spreader feature that is listed there

17  at the back of this diagram?

18  A.    It is another feature that allows for the propagation

19  or the spreading, as the term indicates, of SpyEye to other

20  victims.   So,  it utilizes, for example, the Facebook account

21  of someone who is already infected with SpyEye to send out or

22  post a link that has,  you know,  a malicious software to

23  spread SpyEye to even more unwitting victims.

24  Q.    The next slide, Special Agent Ray, is called SpyEye

25  control panel.   Can you tell us what we are looking at here?

1  A.    Yes.  This is one of the administration screens or

2  control panel for an earlier version of SpyEye.    Again, this

3  is what the cybercriminal would be looking at when they log

4  into that command and control server as we referred to

5  earlier, where they really -- where it says loading on the

6  screen there,  typically that would be a list of all of the

7  victim bots,  if you will,  or victim computers that they have

8  infected.    It gives them a lot of functionality here to run

9  different reports or different statistics on all of the

10 computers they have infected.

11 Q.    Does the victim list -- does it look like that?

12 A.    That's right. It is a way you can see in this screen

13 here, and again, there is only 11 examples here,  many times

14 this is in the thousands.    It has the bot ID, which is

15 typically the computer name. So,  for example,  Mark's

16 computer then with a unique identifier or number after it,

17 along with the IP address, the internet protocol address of

18 the victim computer, and even the country where it is located.

19 So,  what this does is again gives the power of central

20 management of all of the victim computers and also the ability

21 to maybe just look at all of the computers in the United

22 Kingdom that they have infected.    Or to specifically look at

23 and update --  look at and update all of the victims who are

24 running Microsoft Windows,  Vista, for example,  so they can

25 really narrow in on the victims specifically that they want

1  to.

2  Q.    Jumping back to this control panel screen, what do some

3  of these buttons at the top do?   So, for example, where it

4  says cc grabber?

5  A.    Yes.  That is one of the plug-ins I mentioned earlier

6  or add-on features to SpyEye that specifically, from all of

7  the computers that the cybercriminal had infected,  it would

8  actually go out and search using the luhn, l-u-h-n, algorithm,

9  which is a commonly accepted algorithm.  That it would go out

10 and search for basically credit card strings,  strings of data

11 that matched valid credit card information and send that back

12 to this command and control server.

13 Q.    What about a BOA grabber?

14 A.    That was specifically,  since Bank of America is such a

15 large bank in the United States,  the author created a feature

16 that would specifically target information from Bank of

17 America -- excuse me -- victims who had -- were using Bank of

18 America and steal information about their account.

19     The key thing here just like with the ATS and Bank of

20 America grabber is that it took very intimate knowledge of how

21 the banks' online web portals or websites work.   So, there is

22 a lot of research that had to be done by the cyber -- by the

23 developers of this to understand how those applications worked

24 so that they could know how to basically steal the information

25 once the person had authenticated themselves on to those

1  websites.

2  Q.    What about that button that says screen shots?

3  A.    That would basically give the cybercriminal a view of

4  all of the screens that had been captured from the victim.

5  As I mentioned, there was functionality to capture screens or

6  record the individual -- the screens, the screen activity of

7  a victim computer user.  So, again, this is just kind of the

8  really the dashboard, if you will, where they can manage all

9  of that victim information and do whatever they want with it.

10  Q.    All right.  Turning back to the second aspect of the

11  control panel, there is a button at the top that says bots

12  monitoring.  What is the function of that button?

13  A.    Yes.  That along with on the right-hand side there it

14  says there is a couple of light bulbs, 19 out of 45, this

15  what -- it was very important is to know when your bots were

16  online if you were running SpyEye.  So, for example, that

17  bot monitoring allows the cybercriminal to see how many of

18  their bots are online, meaning who has their computer open if

19  they are a victim that is infected with SpyEye and actually

20  connected to the internet at that time.  That allowed them to

21  sometimes in real time steal information from victims.

22  Q.    So, a cybercriminal that is trying to tell someone

23  else about how many bots they have active in their botnet,

24  would they be able to get that data from that feature?

25  A.    Yes.

1  Q.    With respect to the way these control panels can be

2  used, does the user of SpyEye have the ability to focus on

3  individual bots?

4  A.    Yes,  if they choose to.

5  Q.    So they can kind of zoom in and zoom out?

6  A.    That's right.   They may specifically choose to look at

7  victim bots just in Ukraine, for example, as shown on the

8  screen there because they may be looking for -- they might

9  have insight knowledge of how a certain Ukrainian bank works.

10 So, they may choose to drill down to push something out or

11 pull data from one specific bot in the Ukraine.

12 Q.    Let's talk about SpyEye's impact.  Based on your

13 investigation into SpyEye, what is your understanding of how

14 many computers have been infected with SpyEye worldwide?

15 A.    Worldwide I believe it is probably well north of 50

16 million in terms of infections worldwide.

17 Q.    Why do you say that?

18 A.    Well,  again,  my investigation has led me to work a

19 lot with private industry,  companies in the private industry

20 who try to develop products to stop malware such as SpyEye and

21 they sell those.   They are also very luckily willing to share

22 that information with law enforcement.   So, based on that and

23 base on chats I have observed from customers of SpyEye and the

24 criminal forums that we discussed earlier,  I believe that

25 conservative estimate is over 50 million infections worldwide

1  during the life of SpyEye.

2  Q.    I am handing you what has been identified as

3  Government's exhibit 25.   It has also been filed as part of

4  the record as a victim impact statement and declaration from

5  Microsoft.   Do you recognize that document?

6  A.    Yes,  I do.

7  Q.    What is it?

8  A.    It is an affidavit or declaration from an individual

9  named Vashant Patel.   Vashant is a senior manager of

10 investigations with the digital crimes unit of Microsoft.

11 Q.    And in that particular declaration, does Mr. Patel

12 provide an analysis at least from Microsoft's standpoint how

13 many infections of SpyEye they have come across?

14 A.    They do. In this document,  Mr. Patel states that

15 Microsoft observed --

16        MR. STRONGWATER:  Objection.   Don't publish what the

17 contents are until the document has been admitted.

18        MR. GHALI:  It is already a victim impact statement

19 that is in the record.   It is also the same Special Agent Ray

20 has knowledge of as he has had interactions with private

21 industry including Mr. Patel and Microsoft.

22        MR. STRONGWATER:  May I voir dire the witness on

23 this?

24        THE COURT:   Yes.   Tell me, was it attached to your

25 memorandum?  So, when you said it is in the record, tell me

1  where it was in the record.

2      MR. GHALI:  It is filed as a notice of victim impact

3  statement and declaration.  I believe it is at docket number

4  159, but I don't have the docket in front of me.

5      MR. STRONGWATER:  Does that make it admissible?

6      THE COURT:  Well, potentially.  I mean, we are tying

7  to consolidate the 3553(a) factors here because it just would

8  be too hard to segregate it at the moment.  I think, I don't

9  know why it wouldn't.  Is there any reason you think it is

10 not competent evidence for purposes of at least a victim

11 statement?  It might not be, you certainly can cross-examine

12 him about it.  It seems to me it is a little bit different

13 than relying on an expert opinion when I have no idea who the

14 expert -- I just -- who the expert was and who the company

15 was.

16     MR. STRONGWATER:  Right.  Let me just ask the

17 government.  You gave us three documents.

18     MR. GHALI:  Those are attachments to this particular

19 declaration.  It is a sworn declaration from someone at

20 Microsoft.  That says, these are the number of SpyEye

21 infections we have come across.

22     MR. STRONGWATER:  The problem I have with the

23 declaration is on page three where it says from May 1, 2012

24 to September 30, 2015.  I question the relevant period of

25 time.  Plus, the affidavit is talking about something called

1  iSpy as well as StyeI, S-t-y-e-I.  Everything we have heard so

2  far this afternoon is dealing with something called SpyEye,

3  S-p-y-E-y-e.  So, I think the declaration goes far beyond

4  what is before the Court regarding Mr. Panin and

5  Mr. Bendelladj.

6          MR. GHALI:  I am happy to have Special Agent Ray

7  clarify all the reasons this declaration is relevant.

8          THE COURT:  All right.

9  BY MR. GHALI:

10  Q.    Special Agent Ray, are you familiar with why this

11  declaration refers to SpyEye as also iSpy?

12  A.    Yes.  As it says here, it says also known as SpyEye.

13  But Microsoft being in this role a very large antivirus

14  company,  it specifically identified variants of SpyEye all

15  under the coterm, if you will, of iStye, that is their

16  characterization of SpyEye malware.

17  Q.    So,  if I understand you, it is just an internal

18  nomenclature referencing this same malware?

19  A.    That is exactly what it is.

20  Q.    With respect to the time period that Mr. Strongwater

21  said is broad,  can you go through kind of the three sets of

22  figures that Mr. Patel has identified in the time periods

23  associated with his declaration?

24  A.    Sure.  Again, we are talking about Microsoft here in

25  terms of an antivirus company.  In that role, they are one of

1  probably 50 major antivirus companies in the world.  They try

2  to stop malware such as SpyEye.  But Mr. Patel laid out in

3  this document that in 2011 alone, Microsoft observed 9,691,726

4  infections of SpyEye and successfully stopped and removed a

5  little over 1.4 million of those.  And then the third figure

6  that you are referring to is the last part of his letter,

7  from May 1, 2012 through September 30, 2015, Microsoft

8  observed 2,619,618 unique infections of SpyEye.

9         MR. GHALI:  Your Honor, I would note that the last

10  data set is relevant particularly to Mr. Panin because this

11  involves -- because he has admitted to being the principal

12  author of SpyEye, so the Government would move to admit this

13  declaration into evidence.

14         THE COURT:  Well, I will admit it.  Some of it may

15  end up being obviously critiqued during the cross-examination

16  and its weight, it is evaluated in light of the information

17  here.  And its breadth.  And I don't know, one other

18  question I had was that you, Special Agent, you referred to it

19  and I thought there were references in the material sent that

20  were provided to the Court before that the version that

21  Mr. Panin developed of the software was not the only version,

22  was it?

23         THE WITNESS:  No, Your Honor.  Like most software

24  packages it was updated with new features periodically through

25  the life of the malware.  But he was the only one doing that.

1          THE COURT:   So your testimony is he is the -- SpyEye

2    was the only program that did perform the functions that you

3    are talking about here?

4          THE WITNESS:  Yes,  Your Honor.

5          THE COURT:   So, you are saying that iStye is

6    basically a precise overlay with SpyEye?

7          THE WITNESS:  Yes, a hundred percent.   I primarily

8    know that based on my investigation and my work with Microsoft

9    here.   Unfortunately,  like many companies doing malware

10   research,  this is common to give code names or internal

11   nomenclature to the different versions of particular malware.

12   In this case I know that based on my interaction with

13   Microsoft that iStye is their internal word for SpyEye.

14         THE COURT:  All right.

15   BY MR. GHALI:

16    Q.   Special Agent Ray, when any private entity is saying we

17   came across X number of infections,  is that number kind of

18   the outer end for the number of those infections that exist

19   through the world?

20    A.   No.   Not at all.   It is the number that represents

21   the amount of infections that they have visibility to.   When

22   I say visibility to,  in this case Microsoft has their own

23   version of antivirus such as Symantech,  Norton or other

24   antivirus programs that many people have heard of.

25   Microsoft's particular tool was called the malicious software

1 removal tool, MSRT.  And the information that they provided

2 here in this affidavit is from the visibility they had to

3 victim computers based on the MSRT tool.

4  Q.    So, other computers, other operating systems, other

5 antivirus tools that aren't connected to Microsoft, does

6 Microsoft have any visibility to those at all?

7  A.    No they wouldn't.

8  Q.    So, in your estimation, is that number a conservative

9 estimate or is that the ceiling?

10  A.    This is a very conservative estimate of the total

11 SpyEye infections.

12  Q.    Okay.  Special Agent Ray, I am going to hand you --

13 actually before I do that.

14       MR. GHALI:  Your Honor, I have two documents that

15 are labeled exhibits 9 and 46.  They are called the Cupenhand

16 (phonetic) declaration and the Nelson declaration.  Just by

17 way of background, Microsoft initiated litigation against a

18 number of defendants in 2012 trying to get a seizure of

19 domains that were associated with what they call the ZEUS

20 botnets.  It included SpyEye, Zeus, and Ice IX.  As part

21 of that they obtained a preliminary injunction against a

22 number of defendants.  Defendant three in that case was

23 Gribodemon, which is Mr. Panin under an alias.  Defendant 20

24 in that case was Mr. Bendelladj under the name Bx1.  I asked

25 the head of the digital crime unit of Microsoft if they wanted

1  me to make a statement to the Court regarding the way they

2  have been victimized by SpyEye and they requested that I make

3  these declarations a part of the record as a victim impact

4  statement from Microsoft.

5          THE COURT:  Okay.  Before you get there,  though.

6  I am still a little confused.

7     Does this declaration then consider impact or access to

8  computers via Zeus and Ice IX?

9          THE WITNESS:  No,  Your Honor.  This is specific to

10  SpyEye.

11          THE COURT:  All right.

12          MR. GHALI:  Whereas these declarations are broader

13  and treated as an umbrella group of the three.

14     So, with that I would like to make exhibits 46,  9 and --

15  46 and 9 as part of the record.

16          THE COURT:  You want them as original exhibits?

17          MR. GHALI:  Actually have the witness look at them.

18          THE COURT:  Are there any objections to their

19  admission from either Defendants?

20          MS. STRONGWATER:  You already gave this to us --

21          MR. GHALI:  Yes.

22          MR. FRANCO:  I was just wondering as far as exhibit 9

23  and exhibit 46 are being offered just as victim impact

24  statements?

25          MR. GHALI:  Yes.  They are just victim impact

1  statements.

2      Your Honor, may I ask Special Agent Gray about one aspect

3  of it, but it would just be his own testimony in his own

4  right?

5          MR. STRONGWATER:  We think we have one complete copy,

6  Your Honor.

7          THE COURT:   You need two copies?

8          MR. STRONGWATER:  Mr. Franco needs.

9          THE COURT:   Let me ask you this other question about

10  copies.  What you are handing up to me, is that an extra copy

11  for me or are they basically part of the record?

12          MR. GHALI:  That's right, those are copies for the

13  court.  They are just ones with stickers are for the record.

14          THE COURT:   Good.   I don't want to markup anything

15  or lose it.

16          MR. FRANCO:  Your Honor,  Mr. Panin and I object to 9

17  and 46 if they are being admitted for the limited purposes of

18  victim impact statements.

19          THE COURT:   Well,  the victim impact might affect

20  the loss amount.   I mean,  it is more than just simply I have

21  been impacted obviously.   They seem to be being offered for

22  purposes of loss.   You don't have the particular dispute on

23  that.   But to the extent that affects consideration of the

24  3553(a) factors for sentencing,  it does have a larger impact.

25          MR. FRANCO:  I withdraw my objection.

1       THE COURT:  Okay.

2    BY MR. GHALI:

3    Q.    Special Agent Ray, the declaration of William Nelson --

4       THE COURT:   Wait a second, wait a second.  You have

5    two sets of attorneys here, remember.

6       MR. STRONGWATER:  On exhibit 46, there is an exhibit

7    attached to the declaration and I just need some help to find

8    where in the declaration Mr. Nelson,  the declarant,

9    references an exhibit.

10       THE COURT:   Can you help him?

11       MR. STRONGWATER:  Oh, I see.  It is on page 5,

12    paragraph 15.   These are Court-filed documents.   And the

13    Court can consider it.

14       THE COURT:   All right.  I am going to admit them as

15    they are already part of the record and we will figure out

16    what weight they are later on.

17       MR. GHALI:  Special Agent Ray, I just have one

18    question with respect to the Cupenhand declaration.

19       MR. FRANCO:  What page is it on?

20       MR. GHALI:  Page 26.

21       MR. FRANCO:  That is exhibit 9?

22       THE COURT:   Is it 9?

23       MR. GHALI:  Nine.

24       THE COURT:  I don't have them, you know, at this

25    juncture.   You have given them to him.

BY MR. GHALI:

Q.    In that declaration, Mr. Cupenhand says that the installation of malicious software in and of itself damages the user's computer and the Windows operating system on the user's computer.  During the infections of end-user's computer, the malicious software makes changes at the deepest and most sensitive levels of a computer's operating system, including the kernel, registry, and system file --

THE COURT:    Slow down a little bit so the court reporter can catch everything.

BY MR. GHALI:

Q.    Special Agent Ray, based on your training and experience,  do you concur with that assessment by Mr. Cupenhand?

A.    Yes,  I do.

Q.    And so for every infection of SpyEye we are talking about, there is damage that is done to the infected computer?

A.    Absolutely.

Q.    Special Agent Ray, I am handing you what has been marked as Government's exhibit 19.   This has also been publicly filed on the docket.  It is a notice of victim impact statement from the Financial Services Information Sharing and Analysis Center.  Have you reviewed that letter,  Special Agent Ray?

A.    Yes,  I did.

1  Q.    So,  for starters, what is the Financial Services

2  Information Sharing and Analysis Center?

3  A.    It is called the FS-ISAC for short.  It is actually a

4  nonprofit corporation that represents over 7,000 financial

5  institutions in the United States and around the world for the

6  purpose of those financial institutions collaborating and

7  sharing on security and cyber threats amongst other things.

8  So,  they basically are the voice for all of these financial

9  institutions in the United States.

10 Q.    Has the FBI worked with FS-ISAC in the past?

11 A.    Yes, they have.

12 Q.    In what capacity?

13 A.    Primarily information sharing,  threat intelligence,

14 and also what are referred to as SARS, suspicious activity

15 reports that come out of the banks.  They are again kind of a

16 focal point for all of that information sharing amongst the

17 financial institutions.

18 Q.    In this particular letter that focuses on the costs of

19 reconstituting computers,  have you focused on that?

20 A.    Yes, I did.

21 Q.    Did FS-ISAC come up with a way to estimate the damage

22 done to an individual infected computer?

23 A.    Yes, they did.

24 Q.    What is their assessment of the damage done to an

25 individual computer once it is infected with malware?

1　A.　　Based on this letter,　FS-ISAC took a poll of some of

2　their member financial institutions and asked them the same

3　question for SpyEye and other malware,　you know, what the

4　cost was to remediate it or to remove it or the damage that

5　was caused.　And their survey of their various banks --

6　member Banks came up with a range of 75 dollars to 300 dollars

7　per computer in terms of the damage caused.

8　Q.　　And do you think that was an appropriate methodology

9　that they used?

10　A.　　Yes,　I do.

11　Q.　　What is your assessment of how much it would cost to

12　remediate an individual computer?

13　A.　　Well,　based on the investigations I have been involved

14　in that have involved the cleaning or removing of malware from

15　a specific computer,　there have been many victims in many of

16　my cases that have no other option than to take it to

17　somewhere like Best Buy or the Geek Squad, which many people

18　are familiar with.　And I have never seen, you know, a

19　cleanup cost that has been less than, like, 150 dollars.　I

20　think this range is accurate.

21　　　　MR. GHALI:　Your Honor,　the Government moves to

22　admit exhibit 19 now that it has already been filed as a

23　victim impact statement as document number 158.

24　　　　THE COURT:　Are there any objections?

25　　　　MR. STRONGWATER:　No, Your Honor.　We will argue its

1  probative value at a later time.

2          THE COURT:    What about from you? Do you have any

3  objections, Mr. Franco?

4          MR. FRANCO:  No,  Your Honor.

5          MR. GHALI:  Please --

6          THE COURT:    It is admitted.

7          Slow down.    I have got to admit it for the record.

8          Thank you.

9          MR. GHALI:  Okay.

10          THE COURT:    Go ahead.

11  BY MR. GHALI:

12  Q.    Special Agent Ray,  are you aware of how many  -- what

13  is a bank account takeover?

14  A.    In terms of malicious botnets we have been talking

15  about, a bank account takeover is where the malware was used

16  to compromise an individual's bank account.

17  Q.    With respect to SpyEye,  do you have any sense of how

18  many bank accounts have been taken over, impacted by this

19  dissemination of SpyEye?

20  A.    Yes.  You know, again, this is a different methodology

21  looking at the impact of SpyEye than infections.    It is a way

22  of saying like how many people's actual bank accounts were

23  compromised by this malware.    There is a company called

24  Trusteer, it is now owned by  IBM.  Again, it is basically

25  like an antivirus company that is for financial institutions.

1  Many of the banks use their software.  It is a very specific

2  type of antivirus software that focuses on financial

3  institutions.  They provided me with some very specific

4  information that they had identified that SpyEye,

5  specifically SpyEye, had compromised over a hundred thousand

6  bank accounts of customers of theirs.

7  Q.  Let's take a look at kind of SpyEye interacting from --

8          THE COURT:  I'm sorry,  is there a document that

9  memorializes that?

10          MR. GHALI:  No.

11          THE COURT:  That hundred thousand figure from the

12  IBM review?

13          THE WITNESS:  I have a FD 302 that I think we can

14  produce.  I did memorialize that in conversation when I had

15  that.

16          THE COURT:  Does either counsel wish to see that?

17          MR. STRONGWATER:  Yes,  Your Honor.

18          MR. FRANCO:  Yes.

19          MR. GHALI:  Your Honor, the Government doesn't have

20  that FBI 302 for the defense side, they have been produced in

21  discovery.

22          THE COURT:  Well, I would ask to see it.  So, when

23  you are at a break, somebody should pull it.

24          MR. GHALI:  Okay.

25          THE COURT:  All right.  And obviously provide copies

1  again to counsel.   There is a lot that has been produced in

2  discovery.   So, if he is going to refer to something in his

3  testimony,  I think we should have it here.

4     Thank you.

5        MR. GHALI:  But at this time just note the Government

6  is relying on Special Agent Ray's testimony with respect to

7  that figure, but we will endeavor to supplement --

8        THE COURT:   I understand.   But he is reporting what

9  somebody else told him that is a very specific figure.   I

10 don't know what the basis of it is.

11    Thank you.

12       MR. GHALI:  Would it be helpful if Special Agent Ray

13 identified the basis for that figure?

14       THE COURT:   Well, to the extent that he understands

15 that independently,  what the process they went through to

16 identify a hundred thousand bank accounts.

17          THE WITNESS: Sure.   In terms --

18          THE COURT:   Takeovers.

19       THE WITNESS:  Specifically, for IBM Trusteer, much

20 like the comparison we used with Microsoft, they are basing on

21 information they have obtained from their software that they

22 sell to the banking industry where they can see the number of

23 infections,  if you will,  that SpyEye caused to their

24 customers.   So,  yeah,  that is based on information that

25 they --

1    THE COURT:   What was the time frame?

2    THE WITNESS:  I believe that was from 2010 through

3  2013,  that was  the point of my conversation with them,

4  2013,  I believe.

5    THE COURT:   Did it include infections caused by Zeus

6  or any of these other programs?

7    THE WITNESS:  No, it did not.   Based on their

8  statement, as I recall it,  it was specific to SpyEye.

9  BY MR. GHALI:

10  Q.    Turning to how SpyEye results in thefts.   Look up at

11  the slide on the screen identified as SpyEye in action and

12  walk us through this particular slide.

13  A.    Okay. As we discussed, Mr. Panin was the primary

14  developer,  distributor of  SpyEye, so, again, this is a

15  toolkit.   Meaning, it was a software package that somebody

16  had to then take and set up and use to execute.   In this case

17  it was sold -- Mr. Panin, as he stated, sold it to over 150

18  other cybercriminals,  sold or gave it to over 150 other

19  cybercriminals.   In this instance,  for example, Mr.

20  Bendelladj,  using the nickname Bx1.   In using this malware,

21  would set it up, as we talked about earlier,  basically spread

22  it to victims,  spreading the malware to victims through

23  various methods that other malware is spread by such as Spam,

24  malicious e-mails that have attachments or malicious URL links

25  in them.   Many through the spreader functionality of SpyEye

1 or through compromised websites, there are many ways to spread

2 malware regardless of SpyEye or Zeus or other botnets.

3    Once that is done, then you are harvesting information

4 from the victims' computers. And it is out of the box or by

5 default SpyEye captured a lot of information, log-in

6 information, passwords, credit card information if it was

7 available, banking credentials.

8    And in the cases where that information could be

9 monetized, there would be a series of drops or money mules

10 that were used to send the stolen funds to or the compromised

11 credit card information or compromised credentials, if you

12 will, so that the cybercriminal or the attacker themselves

13 was not the one receiving the money directly.

14 Q.    So, with respect to drops or money mules, is that an

15 important part of being able to monetize the data thefts?

16 A.    Oh, it is.    Like in most cybercrime campaigns, there

17 are money mules utilized to again be a buffer or a go between

18 between the actual victim and the person conducting the crime.

19 So these are people that -- traditionally a good example is

20 someone that is hired for a work-from-home scheme, as they

21 are called, like a response to an ad on Craigslist or

22 something like that to be a financial manager and work from

23 home.    They are taking directions from the cybercriminal.

24 Sometimes they know it is not right or sometimes they don't

25 know, but they are instructed to set up a bank account or use

1  their own personal bank account.  And on a certain day and

2  time they will be given instructions they are going to receive

3  some money.  In those cases, such as in SpyEye here, it would

4  be stolen funds from the victim that was infected with SpyEye.

5  And this is an example of how it is done.   These money mules

6  would then receive that money and receive instructions to wire

7  it to someone else.   And sometimes that goes through many

8  layers.   They are a allowed to keep a small percentage for

9  themselves.  And sometimes those individuals might be

10 approached by law enforcement, but they specifically don't

11 have a lot of information to give to law enforcement because

12 the cybercriminal didn't give them much to go on.

13 Q.   So, if you were reviewing communications between

14 cybercriminals and there is a reference to drops, could that

15 also be a reference to money mules that are picking up money

16 from an account?

17 A.   Yes.   Drops are a commonly used -- it is a commonly

18 used term among cybercriminals for referring to money mules.

19 Q.   All right.   I am going to turn your attention to

20 Mr. Panin.   During the course of your investigation into

21 Mr. Panin,  did you become aware of whether he used any

22 aliases?

23 A.   Yes.   Mr. Panin used several aliases, both nicknames

24 and false identities.   The two nicknames that my

25 investigation identified him as well as his presence on the

online criminal forums was Gribodemon and Harderman.   The

investigation also revealed that Mr. Panin used multiple false

identities.   The ones I was most familiar with in my

investigation was Robert Smart,  John Lecun, and Andrew

Schwart.

Q.    Based on your investigation, what was your

understanding of Mr. Panin's role with respect to SpyEye?

A.    Well, as he told us after his arrest that he was the

primary author of SpyEye and he did sell it and distribute it

to over 150 different cybercriminals.   At the time of his

arrest, he made me aware that there was another version of

SpyEye that he was working on and that was approximately six

months from being released.   And that as the slide says

there,  the heir to the Zeus botnet empire, he was provided

the source code and the rights to sell Zeus,  the predecessor

to SpyEye, from the author and primary orchestrator of Zeus,

whose nickname was Slavik, but his real name is Evgeniy

Bogachev.

Q.    Is that a picture of Mr. Bogachev on the screen?

A.    Yes, it is.

Q.    And who is Mr. Bogachev?

A.    Mr. Bogachev is a Russian National, he is the author,

and as I said, the primary orchestrator of Zeus botnet, as

well as many other botnets.   And he is currently the most

wanted cybercriminal by the FBI.

1    Q.    I am handing you what has been marked as Government's

2    exhibit 21.    Do you recognize this?

3    A.    Yes,  I do.

4    Q.    What is it?

5    A.    This is a spreadsheet that was found on Mr. Panin's

6    computer.    The name of the spreadsheet, as I recall, was

7    clients dot XLS or Excel spreadsheet, and it was a list of all

8    of Mr. Panin's SpyEye customers.

9    Q.    And those customers that are identified in that

10   particular spreadsheet,  have they come up in other cyber

11   investigations that the FBI has been involved in?

12   A.    Yes.

13   Q.    Is Mr. Bendelladj on that particular list?

14   A.    No,  he is not.

15   Q.    Why do you believe he is not on that particular list?

16   A.    I believe he is not on here because through his

17   communications with Mr. Panin he --

18         MR. STRONGWATER:  Objection to speculation.    Why do

19   you believe that Mr. Panin didn't put Mr. Bendelladj's name on

20   his client list?

21         MR. GHALI:  If Mr. Strongwater intends to ask no

22   questions about that particular issue, I will withdraw the

23   question.

24         THE COURT:    Well, I don't know what he is going to

25   ask and I don't know that he knows at this juncture.    Do you

1  have a factual basis for understanding why Mr. Bendelladj is

2  not on this list? Not what you think,  but basically

3  hypothesizing, do you have any factual facts that you can

4  share with the Court?

5        THE WITNESS:  Yeah.  There were two documents that I

6  think are part of the sentencing memo.  One was a posting on

7  the dark code forum,  criminal forum where Mr. Bendelladj

8  vouched for Mr. Panin in terms of his advertising of SpyEye.

9  And then I believe there were chat conversations we had

10  obtained from Mr. Panin and Mr. Bendelladj, where Mr. Panin

11  actually provided a copy of SpyEye to Mr. Bendelladj.

12        THE COURT:   Right.  That doesn't tell me why he is

13  not.  You are basically citing to other evidence, as I

14  understand it, that would support your assessment that he is a

15  client, but you don't have anything as to why he is not on

16  this client list?

17        THE WITNESS:  No Your Honor.

18        THE COURT:  All right.  Thank you.

19        MR. GHALI:  Special Agent Ray --

20        THE COURT:  You have got to slow down.  The record

21  is going to be a mess if I don't get the exhibits right,

22  right? Okay.  So you are offering exhibit 21,  are they --

23  into evidence; is that right?

24        MR. GHALI:  That's correct.

25        THE COURT:  All right.  Are there any objections to

1    exhibit 21?

2           MR. FRANCO:  No objection on the part of Mr. Panin.

3           MR. STRONGWATER:  No objection.

4           THE COURT:  It is admitted then.

5    BY MR. GHALI:

6    Q.    Special Agent Ray with respect to that exhibit --

7           THE COURT:  You prepared exhibit 21 off of

8    Mr. Panin's computer?

9           THE WITNESS:  Yes, Your Honor.

10          THE COURT:  All right.  Thank you.

11   BY MR. GHALI:

12   Q.    Based on your review of that document, what is it?

13   A.    It is a list of the clients that Mr. Panin sold or gave

14   SpyEye to and he told me that this is what it was as well in

15   my conversations with him.

16   Q.    I believe earlier you mentioned an unreleased version

17   of SpyEye?

18   A.    Yes.

19   Q.    What is your understanding of what the capabilities of

20   that unreleased version would have been?

21   A.    Well, as Mr. Panin described to us, it was going to

22   have several other features, very technical such as rootkit

23   capabilities, which means it imbeds itself into almost the

24   operating system level of a computer and is not able to be

25   removed.  But it was going to be harder for antivirus

1 companies to detect.   And it was also going to have,  you

2 know,  a more user friendly interface,  if you will.

3 Q.    With respect to Mr. Bendelladj during the course of

4 your investigation,  did you learn of any aliases that he

5 used?

6 A.    Yes.

7 Q.    What were those aliases?

8 A.    The primary nickname that he used was Bx1, as well as

9 deja vu, that is also up there, d-e-j-a v-u.  Mr. Bendelladj

10 also used several false identities,  such as Daniel del Cor,

11 Hamzanetti, Danny Hamza, and many variations of those names.

12 Q.    I will turn your attention to dark code.

13 A.    Yes.

14 Q.    What is the Dark Code criminal forum?

15 A.    Well,  the Dark Code is one of many online criminal

16 forums that I described earlier.   At the time when it was

17 dismantled in July of 2015 -- yeah, last year,  it was by far

18 the most sophisticated or most elite English-speaking criminal

19 forum out there.   It was password protected and you had to

20 know someone that was on the forum to get on the forum,

21 basically.   They did not just allow anyone on there.   They

22 had to be trusted cybercriminal.   People, again, who had very

23 good reputations or were well-known as being elite or very

24 good in the cybercrime business and were trusted amongst other

25 cybercrime criminals.   It was basically, again, a central

1  location where the cybercriminals could buy, sell, trade,

2  and talk about different malware, different vulnerabilities,

3  different cybercrime activities.

4  Q.    Do you have personal knowledge of the types of things

5  that were being sold on Dark Code?

6  A.    Yes, I do.

7  Q.    How do you have that knowledge?

8  A.    I was on the Dark Code forum many times in an

9  undercover capacity.

10 Q.    Based on your investigation, were Mr. Panin and

11 Mr. Bendelladj members of the Dark Code forum?

12 A.    Yes, they were.

13 Q.    What names did they use in that particular forum?

14 A.    Mr. Panin used the nickname Gribodemon and Mr.

15 Bendelladj used the nickname Bx1.

16 Q.    Does -- can you go to Dark Code now and use it now?

17 A.    No, the FBI dismantled the forum last year.

18 Q.    Do you have any sense of how big it was prior to it

19 being dismantled?

20 A.    I don't know the exact number of members, but, again,

21 amongst the -- and this is based on also my undercover work

22 and my knowledge of the cybercrime industry, that it was, I

23 will say again, the most elite English-speaking forum.  There

24 are many Russian-only speaking forums, but Dark Code was by

25 far had many of the most egregious cybercriminals known to law

1  enforcement operating and communicating on Dark Code.

2  Q.    I am handing you what has been marked as Government's

3  exhibit 13.  Do you recognize it?

4  A.    Yes, I do.

5  Q.    What is it?

6  A.    This is one posting on Dark Code from June of 2010,

7  which was the advertisement of SpyEye by Mr. Panin.

8          MR. GHALI:  Your Honor, the Government moves to

9  admit exhibit 13.

10          THE COURT:  That is the way it looks when it is on

11  the --

12          MR. GHALI:  No, it doesn't.  I haven't put it up yet.

13          THE COURT:  All right.  Are there objections?

14          MR. FRANCO:  No, Your Honor.

15          MR. STRONGWATER:  No, Your Honor.

16          THE COURT:  It is admitted.  Thirteen is the

17  number?

18          MR. GHALI:  Yes, Your Honor.

19          THE COURT:  I thought maybe it was just the image.

20  Is that image their image or not?  That is what I am trying to

21  figure out.  Or is that your image?

22          THE WITNESS:  No, that is the image that was on the

23  actual forum itself.

24          THE COURT:  All right.

25

BY MR. GHALI:

Q.    All right.  What are we looking at, Special Agent Ray?

A.    This is the posting by Mr. Panin advertising the sale of SpyEye version 1.2.   He also points out one of the features that it comes with, which is SOCKS5 back connect.

Q.    Can you turn to the next page?  Can you blowup toward the top?

     What are we looking at here?

A.    This is some of the details of the advertisement where it is talking about the basic functionality that is provided with SpyEye, along with some of the add-on features.   As we will see on the screen as it goes down, Mr. Panin also listed the price of what he was selling SpyEye for along with some frequently asked questions from his customers.

Q.    And on the top left under author where it says "Gribodemon," what does that mean?

A.    That is the nickname of the person on the forum that made this posting.

Q.    It is your understanding that that was Mr. Panin?

A.    That's correct.

Q.    Turning to -- do you know the date that Mr. Panin made that particular post?

A.    Yes,  unfortunately it scrolls to many pages.

Q.    At the top of page four?

A.    That's correct.  At the top of page four,  just the way

1  this forum works,  you can see that it was posted on Tuesday,

2  June 29,  2010.

3  Q.    So,  are these other comments -- well, I guess what are

4  we looking at here?

5  A.    Sure, just like any other web forum, Dark Code allowed

6  other members who were reading that posting to make comments

7  on it.  And what you are looking at here are other members of

8  the Dark Code forum making comments about the posting.

9  Q.    Can you go to page 5? Blowup 5.

10     Special Agent Ray,  will you tell us about this post that

11  has been enlarged on the screen?

12  A.    Yes.  That is posted -- that was a post that was made

13  on Tuesday, July 6th, 2010, by the individual using the

14  nickname Bx1.   And he says -- and again this is a chain of

15  responses or comments to that initial posting where he says,

16  "Well, I old client of Grib.  All perfect with him.  Update

17  weekly.  Vouch for him."

18  Q.    Why does it matter whether someone on the forum vouches

19  for someone else?

20  A.    Again, as I stated before,  these are individuals who

21  have, for the most part, never met face-to-face at all.  All

22  they have is the reputation of their name.   It is almost like

23  a brand,  if you will.   So,  people that were very well-known

24  on these forums had the most respect.  And so if someone was

25  advertising a product or a service and someone with a good

1  reputation on these forums vouched for them, that meant that

2  other people would trust them.  And when I say good

3  reputation, it is important to note that that does not mean,

4  hey, he is a good guy, what that means is he follows through

5  with what he says.  Meaning if he advertises a certain hack

6  that he did or if he advertises a particular piece of malware

7  that he is selling, it really does work or he really did do

8  it.

9  Q.    Based on your personal knowledge of what was in Dark

10 Code, what happens if you vouch for someone who doesn't

11 deliver or you personally don't deliver?

12 A.    Immediately or very quickly what would happen, again,

13 based on my experience in these forums, is that they would be

14 disavowed or they would be called a ripper, that is a very

15 common term, and no one would believe them, no one would buy

16 their wares from them.  No one would trust them to go in and

17 partner with them on different cybercrime schemes.

18 Q.    Can you go back to page 2?

19    Special Agent Ray, under where it says introduction, there

20 are a number of different little icons there.

21 A.    Yes.

22 Q.    What are those?

23 A.    Those are the icons of various internet web browsers.

24 Q.    Did your investigation show whether or not who actually

25 posted those particular icons?

1  A.    Yes, it did.  All of the icons on this entire posting

2  that we just looked at,  again,  just like Facebook or

3  anything else,  you can place images on this particular forum

4  that are actually hosted at another website.  The images that

5  were used in this whole -- this whole posting here that we

6  just looked at were hosted in an image sharing website called

7  ImageShack.

8  Q.    Do you know who it is that posted from ImageShack?

9  A.    Oh, I'm sorry.  Right.   What I did was, from this

10 posting,  imageshack is a U.S.-based company,  so the links

11 that were provided to these images,  I sent ImageShack a

12 subpoena for.  And what they did was they provided me a list

13 of all of the IP addresses that had uploaded these images.

14 This image that is up on the screen and all of the other ones

15 in this posting.

16 Q.    Okay.   And did you draw any conclusions based on what

17 you saw?

18 A.    I did.   So,  again,  this posting was one of the first

19 advertisements of SpyEye in the Dark Code forum.

20          THE COURT:   What was the date?

21          THE WITNESS:  I'm sorry?

22          THE COURT:  What was the date of the advertising?

23          THE WITNESS:  June 29,  2010,  Your Honor.

24    So, all of the images except two were uploaded from an IP

25 address that my investigation had identified as being

1   associated with Mr. Panin.   The other two images were

2   uploaded from an IP address that came back to Algeria that I

3   have associated in my investigation with Mr. Bendelladj.

4   BY MR. GHALI:

5    Q.    I have handed you what has been marked as Government's

6   exhibit 47.

7          THE COURT:   So, when you say "all," how many were

8   associated with Mr. Panin?  And you said two were with

9   Mr. Bendelladj and how many were Mr. Panin?

10         THE WITNESS:  Yes, Your Honor.  Sir, Let me count

11  them real quick.

12         THE COURT:   I'm actually, I don't know whether I'm a

13  man or Honor, but I'm probably not a sir, but thank you.

14         THE WITNESS:  Did I say sir?

15         THE COURT:  Yes.

16  BY MR. GHALI:

17   Q.    Actually let me back up.

18     Did you draw any conclusions from the fact that

19  Mr. Bendelladj played a role in posting those particular type

20  pictures?

21   A.    Oh, yes.   I mean, based on any investigation, you

22  know, when you saw see all in the course of the same day or

23  two images being uploaded to a posting or a website from two

24  different  IP addresses, that typically means that there is

25  two different people doing that.   So,  my investigation --

1  based on my investigation, I believed that Mr. Panin -- excuse

2  me -- Mr. Bendelladj assisted Mr. Panin in making this posting

3  in some way, either the images that he provided to him

4  directly or posted them up on the posting directly.

5  Q.   Okay.   Earlier you pointed out that the Bx1 posted,

6  "Well, I old client of Grib.  All perfectly" --

7        THE COURT:   I didn't understand what you just said.

8  I asked you a very specific question.   You said two of the

9  postings seem to come from Mr. Bendelladj and the rest -- and

10  you started off by saying most from Mr. Panin.   I am asking

11  how many came from Mr. Panin?

12        THE WITNESS:  Oh, I'm sorry, you are right.   I

13  didn't finish answering that question.

14    Approximately 12 came from Mr. Panin and the remaining two

15  -- appear to be 14.

16        THE COURT:   Okay.   Thank you.

17  BY MR. GHALI:

18  Q.   With respect to the post from Bx1 that said, "Well, I

19  old client of Grib.  All perfect with him.  Update weekly.

20  Vouch for him."  Did you see any evidence of weekly updates

21  from Mr. Panin with respect to SpyEye?

22  A.   Yes,  I did.

23  Q.   What did you see?

24  A.   I obtained a search warrant for an email address that

25  Mr. Panin was using.   The email address was

1 Robertsmart1980@gmail.com. That email address was used by

2 Mr. Panin throughout 2010 to send out updates to his clients

3 and close associates with updates to SpyEye. Patches or

4 fixes that he had made, updated versions, things of that

5 nature.

6 Q. Now, why would he be sending weekly updates, or at

7 least what did your investigation show about why he did that?

8 A. Well, a lot of antivirus companies were, from a

9 technical perspective, were trying to thwart or stop SpyEye on

10 a daily basis, protecting their client or their customers

11 from SpyEye. So, for example, some of the antivirus

12 companies might put a fix or a patch into their tool that

13 would detect the latest version of SpyEye. So, Mr. Panin

14 would have to make an update to make it harder for them to

15 detect it and so he would push out an update to those clients.

16 Q. I have given you what has been marked as Government's

17 exhibit 47, do you recognize it?

18 A. Yes, I do.

19 Q. What is it?

20 A. This is one of the e-mails from the Robertsmart1980

21 account that I just referred to.

22 Q. What is the date on that email?

23 A. August 18, 2010.

24     MR. GHALI: Your Honor, the government moves to

25 admit exhibit 47.

1    THE COURT:   Any objections?

2    MR. FRANCO:  No,  Your Honor.

3    MR. STRONGWATER:  No,  Your Honor.

4    THE COURT:   Forty-seven is admitted.

5  BY MR. GHALI:

6  Q.    With respect to that particular email, what is the

7  subject of that email?

8  A.    The subject is "SpyEye security update."

9  Q.    What is your understanding of what is being sent in

10  that email?

11  A.    Well, like the other e-mails I observed, Mr. Panin

12  would sent out a link to download to these clients and

13  associates to download the latest version from a website

14  called sendspace.com.   And he would put the text of his

15  update in English and Russian because some of his clients and

16  associates only spoke Russian,  some of them only spoke

17  English.   But in this particular example, he is stating that

18  he is sending out an update with some improvements on the

19  interface in the forum grabbers control panel.

20  Q.    And in terms of the people that are receiving that

21  email, what is the first email address on that list?

22  A.    The first one is Bx1 at hotmail.com.

23  Q.    Did your investigation reveal who used that email

24  address?

25  A.    Yes,  Mr. Bendelladj used that address.

1  Q.    Is that list of people, is that in alphabetical order?

2  A.    It is not alphabetical order.

3  Q.    Who are some of the people listed on that particular

4  email?

5  A.    The individual after Bx1hotmail.com is

6  UK.James@yahoo.co.uk  That email address was used by an

7  individual who used the nickname James.

8  Q.    What did your investigation show as to whether James

9  was involved in any agreement with Mr. Panin or

10 Mr. Bendelladj?

11 A.    Right.  The individual using the nickname James,  his

12 true name is James Bayliss.  He is a citizen of the United

13 Kingdom.  He was arrested in 2011 for his involvement in

14 developing SpyEye.

15    I discovered numerous chats -- instant chat logs, chat

16 conversations between James Bayliss and Aleksandr Panin,

17 where I learned that Mr. Bayliss was responsible for

18 codeveloping a number of features of SpyEye.  And he was, as

19 you can see, he is listed here as one of the recipients of

20 this update.

21 Q.    Did James -- what did your investigation show about

22 James's role with SpyEye?

23 A.    Yeah.   As I mentioned, he communicated frequently with

24 Mr. Panin and he developed several things -- codeveloped

25 several plugs-ins, as I called them earlier,  add-on features

1   for SpyEye, along with Mr. Bendelladj.

2   Q.      Did Mr. Bendelladj work with James?

3   A.      Yes.  The chat logs recovered from Mr. Bendelladj's

4   computer revealed that they had a very close working

5   relationship.

6   Q.      Can you turn back to the PowerPoint?

7       With respect to your investigation on criminal forums, did

8   you get a sense of how much it cost to buy SpyEye?

9   A.      Yes,  in two ways.   The price that was advertised on

10  the forum, which is actually displayed here, where the base

11  package cost approximately 10,000 dollars -- excuse me -- the

12  base package plus the add-on features cost approximately

13  10,000 dollars.   This was advertised on Dark Code and other

14  criminal forums,  but then in an undercover capacity, the FBI

15  actually purchased a copy of SpyEye from Mr. Panin.

16  Q.      Okay.  Let's talk about Mr. Bendelladj's involvement

17  with SpyEye.  During the course of your investigation, did you

18  --

19          THE COURT:   Wait a second.  You bought it for less

20  than 10,300 dollars?

21          THE WITNESS: Yes,  Your Honor.   The FBI paid 8,500

22  dollars for the version that we purchased.

23          THE COURT:   And I saw advertisements for a lot less

24  than that,  too.

25          THE WITNESS: Yes.   When it was -- Mr. Panin

1  discussed this with me.  When it was first introduced in very

2  late 2009 or early 2010,  he was selling it for approximately

3  $500 because, again, it was a competitor to the more commonly

4  used Zeus product that was out there.   So, it was seen by

5  many cybercriminals as a low cost alternative to ZEUS.   And

6  that is what helped gain its popularity and then the price

7  slowly, obviously increased, supply and demand, to the point

8  when the FBI bought it in an undercover capacity and we paid

9  8,500 dollars for it.

10              THE COURT:   All right.

11 BY MR. GHALI:

12  Q.    Actually, in terms with your conversation with

13 Mr. Panin,  what, if anything, did Mr. Panin say about how

14 Zeus's source code related to SpyEye source code?

15  A.    Well,  the functionality was very similar Mr. Panin

16 told me.   Both tools utilized webinjects.  As we talked about

17 earlier,  Mr. Bogachev gave Mr. Panin the source code for

18 Zeus.   Mr. Panin told me that he incorporated certain pieces

19 of it, not all of it, to make SpyEye better.   The media had

20 speculated at the time that Mr. Panin had taken that code and

21 merged the two into one massive botnet product,  but Mr. Panin

22 took the pieces that -- stated that he took the pieces that he

23 thought would improve SpyEye and incorporated it into his

24 product.

25  Q.    During the course of your investigation,  did you

1  conduct any interviews with Mr. Bendelladj?

2  A.    Prior to his arrest, I did.

3  Q.    When was he arrested?

4  A.    He was arrested on January 5th, 2013.

5  Q.    Did you memorialize your interview with Mr. Bendelladj?

6  A.    Yes.  Myself and Special Agent Scott Warren had two

7  interviews with Mr. Bendelladj.  The first one was on the

8  evening of January 5th, 2013, when we had him arrested in

9  Bangkok, Thailand.  The next one was on the next day on

10 January 6th, 2013, both were memorialized in FD 302.

11 Q.    I will show you what has been marked as Government's

12 exhibits 27 and 28.

13    Do you recognize them?

14 A.    Yes, I do.

15 Q.    What are they?

16 A.    They are FD 302's that myself and Special Agent Scott

17 Warren wrote subsequent to our interview of Mr. Bendelladj.

18 Q.    And are they summaries of your interview with

19 Mr. Bendelladj?

20 A.    Yes, they are.

21     MR. GHALI:  Your Honor, the Government moves to

22 admit exhibits 27 and 28.

23     THE COURT:  Are there any objections?

24     MR. FRANCO:  None on behalf of Mr. Panin.

25     MR. STRONGWATER:  No, your honor.

1          THE COURT:   All right.   The exhibits, number 28 and

2   27, are admitted.

3   BY MR. GHALI:

4   Q.    Before you began interviewing Mr. Bendelladj,  did you

5   advise him of his rights?

6   A.    Yes,  I did.

7   Q.    What did you tell him? Actually,  let me do this.    I

8   am giving you what has been marked as Government's exhibit 29,

9   do you recognize it?

10  A.    Yes,  I do.

11  Q.    What is it?

12  A.    This is an FD 395, which is an advice of rights form.

13  Q.    And what does it say?

14  A.    This version is in English and it says -- I read it to

15  Mr. Bendelladj.   Again,  let me just state that before this

16  even happened, we asked Mr. Bendelladj,  I had a French and

17  Arabic linguist that was present at the interview.   We asked

18  Mr. Bendelladj if he preferred to conduct the interview in

19  English,  French or Arabic, and he said he chose to carry out

20  the interview in English.

21      I read the advice of rights form, which told him that he

22  had the right to remain silent,  the right to an attorney.

23  He wasn't free to leave.   I did advise him of that.   That he

24  was under arrest.  And he said that he understood and then, of

25  course, signed the FD 395 form in front of us.

1  Q.    You said Mr. Bendelladj signed the form?

2  A.    Yes, he did.

3  Q.    Did you sign the form as well?

4  A.    Yes, I did.

5  Q.    During the course of your interview, did he sign a

6  number of other consent forms?

7  A.    Yes, he did.

8  Q.    What kind of consent forms?

9  A.    The first one was the consent to assume online identity

10  or online presence.   The other ones were consent to search

11  his digital media or his computers that were on his possession

12  at the time of the arrest.

13  Q.    Are those forms all part of exhibit 29?

14  A.    Yes.

15        MR. GHALI:  Your Honor, the Government moves to admit

16  exhibit 29.

17        THE COURT:   Any objections?

18        MR. STRONGWATER:  No objection.

19        THE COURT:   It is admitted.

20  BY MR. GHALI:

21  Q.    When you detained Mr. Bendelladj, you referenced the

22  fact that he had some computer equipment with him?

23  A.    Yes.

24  Q.    How much computer equipment did he have?

25  A.    I am going to refer to FD 302 if I can, multiple

1  laptop computers, multiple meaning I believe three or four

2  external hard drives and several cell phones, as well. And

3  several tablet devices, I believe.

4  Q.    And did the FBI ultimately get search warrants to

5  review his media?

6  A.    Yes. As we just talked about, he gave us consent to

7  search those, but we also obtained a search warrant. The

8  evidence was ultimately received back to the FBI through the

9  mutual legal assistance treaty process or MLAT process that we

10 had issued to Thailand where he was arrested. They were the

11 ones who originally seized the digital media and that was

12 transferred to the FBI.

13 Q.    If terms of just volume of data, how much data was on

14 that digital media?

15 A.    Over four terabytes of data.

16 Q.    Just to put in context, how big is four terabytes?

17 A.    Well, the average laptop computer is maybe 500

18 gigabytes, so it is several computer servers worth of

19 information, if that is a fair characterization.

20 Q.    During the course of your interview with

21 Mr. Bendelladj, did he appear to understand what you were

22 saying?

23 A.    Yes, he did.

24 Q.    Were you yelling at him during the interview?

25 A.    No, I wasn't.

1  Q.   Then where were you physically when you were conducting

2  this interview?

3  A.   The first discussion we had was on January 5th and it

4  was at the Bangkok International Airport right after his

5  arrest.  It was late at night,  it was approximately 11:30 in

6  the evening.   Of course,  he had just been travelling,  so he

7  was offered food and water, opportunity to go to the bathroom.

8  We just were having a conversation.

9     And then the second interview that took place on January

10  6th was at the local prison there in Bangkok, Thailand.

11  Q.   During your interview with Mr. Bendelladj,  did you ask

12  him about any of the aliases he had used in the past?

13  A.   Well,  initially, when we first talked to him he,  I

14  did,  I did ask him which alias he uses, if he used Bx1 and he

15  denied that.   For the first 30 minutes of the interview, he

16  denied he was Bx1 of any of the other aliases I had identified

17  for him.   And approximately 30 minutes into the interview he

18  modified his statements and admitted that he was in fact Bx1.

19        THE COURT:   How long did the interview go, the first

20  one?  And how long did the second one go?

21        THE WITNESS:  Yes, sir.   The first interview started

22  at 11:30 p.m. local time.  And because it was so late in the

23  evening, we stopped at 2:15 a.m., so it was a little under

24  three hours.

25     The second interview on January 6th started at

1  approximately 4:00 p.m. local time and concluded at

2  approximately 8:15 local time.

3          THE COURT:  Where had Mr. Bendelladj flown in from?

4          THE WITNESS:  Kuala Lumpur Malaysia, which is

5  approximately probably a three hour flight,  from Malaysia to

6  Thailand.

7          THE COURT:  Same time zone?

8          THE WITNESS:  Yes, Your Honor. At least only one time

9  zone away at the most.

10         THE COURT:  Okay.

11 BY MR. GHALI:

12 Q.    Were you alone when you interviewed Mr. Bendelladj?

13 A.    No,  Special Agent Scott Warren was with me as well as

14 representatives from the royal Thai police.

15 Q.    Okay.

16 A.    On January 6th, it was at the prison.   There were

17 representatives from the Royal Thai police present, as well as

18 myself and Special Agent Scott Warren.   Before we did any

19 interviewing, we made sure that I went out and purchased some

20 food and toiletries and basic necessities that Mr. Bendelladj

21 was not provided by the Thai authorities.

22 Q.    Let's talk about the substance of the interview.

23 A.    Sure.

24 Q.    What topics did you cover with Mr. Bendelladj?

25 A.    Well,  the first thing after we had gotten over the

1  identity issue when he denied being Bx1,  we talked about the

2  other identities that he had used,  many of which the ones we

3  talked about earlier, the email addresses he had used,

4  different nicknames such as -- excuse me -- different aliases,

5  such as Daniel Del Cor, different websites domains that he had

6  registered such as 100 MYR.   And then we talked about SpyEye.

7  Mr. Bendelladj admitted to using SpyEye to steal information.

8  He -- in the context of SpyEye or botnet, he said that he had

9  controlled approximately 50,000 botnets.  He probably had made

10 between 80,000 or a hundred thousand dollars from his

11 cybercrime activities.   Those were some of the main topics we

12 discussed.

13  Q.    In terms of his involvement in SpyEye, did he explain

14 what his role was?

15  A.    Well,  he said that he wrote and sold many of the

16 webinjects for SpyEye and some of the plug-ins.  He worked

17 with an individual James, nickname James, James Bayliss, that

18 we mentioned earlier. He said he had an agreement with Panin

19 to at the time Gribodemon that we were using a nickname to

20 bring clients to him.

21  Q.    So, let's break that down.   First he said he sold and

22 wrote webinjects?

23  A.    That is what he said,  yes.

24  Q.    What does that mean?  Or what did you understand that

25 to mean?

1   A.    Well,  based on my knowledge of webinjects, what that

2   means is that is the specialized code or programming language

3   that is an add-on feature for botnets, such as Zeus or SpyEye

4   that specifically targets the inner workings of a bank's

5   online web portal.

6   Q.    Did he admit to using SpyEye to steal data?

7   A.    Yes, he did.

8   Q.    You testified that he said he used SpyEye up to 50,000

9   bots?

10  A.    Yes, that was his testimony.

11  Q.    Did your investigation confirm that number? What did

12  your investigation show about whether that was right?

13  A.    Well,  the investigation revealed that he said in many

14  instant message chats that I recovered from his computer that

15  he had upwards of 200,000 bots or computers.

16  Q.    With respect to Mr. Panin, what did he say about the

17  nature of their agreement?

18  A.    That he had a couple of things,  that he had an

19  agreement, that was the one major thing that he had said, that

20  he had an agreement to bring clients to Mr. Panin.  That he

21  was working with James to write several add-on features of

22  SpyEye,  but then he also said that he had cracked SpyEye and

23  used the term cracked SpyEye and sold it separately.

24  Q.    Let's talk about what it means to crack SpyEye, what

25  does that mean?

1  A.    My understanding is that that is a term used by

2  cybercriminals to when you crack a piece of malware or a piece

3  of software,  that means you are able to get into the inner

4  workings of the program and sometimes make modifications to it

5  or repackage it in a way,  in a way that the original author

6  -- different than a way the original author did.

7  Q.    The defendant has made an injection that if you crack

8  SpyEye then it makes it unusable?

9  A.    That is not true.

10  Q.    So,  when you crack SpyEye, what is the point in

11  cracking it?

12  A.    Well,  just like any software program, malware or not,

13  the source code is usually not visible or accessible to the

14  user of the software.   So,  by cracking it that means an

15  individual is able to get into the source code or basically

16  underneath the hood of the software and either make

17  modifications to it or just use it the way it is.

18  Q.    Is it analogous to like pirating software?

19  A.    Yes,  it is.

20  Q.    And how?

21  A.    Well,  just like pirating a video is taking a copy from

22  the original and repackaging and reselling it, this would be

23  the same way.

24  Q.    During your interview, did Mr. Bendelladj say anything

25  about the automated transfer system?

A.    I think he did.  May I refer to my FD 302?

(Agent refers to report.)

Yes.  On the January 5th interview,  he said that an individual known as Symlink was responsible for writing the malicious code used in the ATS or automated transfer system.

Q.    During your interview, did he show an understanding of how that particular system worked?

A.    I don't have anything separate documented here,  but, yes,  we discussed how that worked.

Q.    All right.  And again, just to clarify, what is your understanding of how the automated transfer system works?

A.    Much like these other plug-ins or add-on features that we have been talking about,  it is a programming code or piece of programming language that initiates a fraudulent or unauthorized wire transfer out of an unsuspecting victim's bank account once they have logged into their online bank account from a computer that is infected with SpyEye on it.

Q.    Did he talk about his use of fictitious passports?

A.    Yes,  he did.  I believe he did.

THE COURT:  Could you stop before you go into that? I thought you indicated when I looked back at the transcript here that he -- that Mr. Bendelladj had identified some other individual known as Lick or something like that,  was responsible for running the malicious code used for the transfer system.

1          THE WITNESS:  Yes.   At the time of this interview,

2  Your Honor,  he said that an individual using the nickname

3  Symlink, S-y-m-l-i-n-k, was responsible for writing that

4  malicious code.

5          THE COURT:   He wasn't himself responsible for that,

6  that was somebody else?

7          THE WITNESS:  Well,  he said that here,  but my

8  investigation revealed that two other things.   He advertised

9  on the Dark Code forum that we have already talked about,

10 Mr. Bendelladj advertised the sale of this ATS product.   And

11 I also found the source code or the programing code for the

12 ATS product on Mr. Bendelladj's computer.

13 BY MR. GHALI:

14 Q.    Did you come across any chats?

15 A.    I'm sorry.

16 Q.    Did you come across any saved communications on his

17 hard drive that related to the ATS or automated transfer

18 system?

19 A.    Yes.  There were several instant message chats with

20 other individuals where he talked about how he can make custom

21 ATS's for different banks such as German banks and things like

22 that.

23 Q.    And on that note  -- well actually -- the Government's

24 sentencing memorandum,  have you had an opportunity to review

25 it?

1  A.    Yes, I have.   There are a number of chats that are

2  quoted in that memorandum.

3  Q.    Are the quotations in the memorandum, are those true

4  and accurate quotes of chats that you saw in Mr. Bendelladj's

5  media?

6  A.    Yes.   I have read all of the chats on his digital

7  media.

8  Q.    And with respect to the automated transfer system,

9  there are a number of inferences that -- on the Government's

10  sentencing memorandum that make about those chats.   Do you

11  believe those to be true and correct inferences?

12       THE COURT:   That is not the proper way of

13  proceeding.   If there is some inference you want him to say I

14  drew from it, that is fine.   I can't just sort of jump from

15  the variety of inferences in the Government's memorandum and

16  say that he has endorsed them.   That is not going to be

17  helpful to me.

18  BY MR. GHALI:

19  Q.    What does your investigation show about whether

20  Mr. Bendelladj sold, advertised, and wrote automated transfer

21  system malware?

22  A.    Sure.   Based on the postings that Mr. Bendelladj made

23  on criminal forums, the chat logs that I obtained and reviewed

24  from his personal computer and based on the presence of that

25  actual source code or ATS malware on Mr. Bendelladj's

1  computer, I concluded that he developed and sold ATS malware.

2  Q.    All right.    Now, I want to talk a little bit about

3  physical evidence as it matches up with your interview of

4  Mr. Bendelladj.    Did you come across any strains of SpyEye

5  malware that you were able to tie back to Mr. Bendelladj?

6  A.    Yes, I was.

7  Q.    Explain how you were able to do that.

8  A.    So, once either law enforcement or the private

9  industry, meaning antivirus companies, identify a piece of

10  malware out in the wild, it is usually catalogued and kept in

11  a common repository for other malware researchers or the

12  security community in general to reference.    I obtained in

13  one instance a set of malicious SpyEye binaries or basically

14  pieces of malware from a threat research company that

15  contained 59 samples of SpyEye.    I personally reviewed the

16  contents of all of those files.    They contained the nickname

17  Bx1, which as we mentioned was used by Mr. Bendelladj.

18  Q.    Why would the SpyEye malware have the nickname of the

19  user embedded in it?

20  A.    Right.  So, through my discussions with Mr. Panin as he

21  had admitted to, Mr. Panin had developed a very unique

22  licensing methodology or algorithm into the SpyEye malware, in

23  which case he embedded the nickname of the individual who he

24  either gave or sold SpyEye to into the malware package that he

25  provided them.

1   Q.   I am handing you what has been marked as Government's

2   exhibit 16.   Do you recognize it?

3   A.   Yes, I do.

4   Q.   What is it?

5   A.   This is a disk that contains those 59 malware samples

6   that I just described that I received from a security

7   researcher to review.

8   Q.   Did you review that malware yourself?

9   A.   Yes, I Did.   What I did was, I basically used certain

10  tools to open up the malware, if you will, and review, like

11  I said, the contents of them which contains all the settings.

12  I confirmed that they were SpyEye based on my knowledge of how

13  SpyEye works.   Also confirmed that they contain the nickname

14  Bx1.   They were obtained, as I mentioned, a common malware

15  repository.   This is very common in the cyber security

16  practice.   There are certain locations out there, if you,

17  will, for example, something VirusTotal, which is run by

18  Google, where the security community has come together and

19  put a common repository together of all of the known malware

20  samples out there.   They use what is called the MD5 hash

21  algorithim, stands for message digest algorithim five, it is

22  basically a mathematical way of proving that these files were

23  not modified in any way.   So, for example, if one of the

24  antivirus companies comes across one of these pieces of

25  malware, they will catalog it for other antivirus companies

1 to review and analyze and they mark it. And the MD5 hash

2 value of that file is visible for everyone to see. It

3 doesn't change unless the file content changes. So, it

4 ensures the integrity of the data, basically.

5        MR. GHALI: Your Honor, the government moves to

6 admit exhibit 16.

7        MR. STRONGWATER: Objection, Your Honor. I believe

8 Agent Ray in a generic fashion described how companies compile

9 and save information, but he has never identified which

10 particular company or companies originated the saving of these

11 exhibits and then the chain of where they came from to get to

12 Court today. It is just indefinite in general. The

13 companies are name who have a repository, and then this

14 nameless company with a repository forwards it or distributes

15 it to other sources. So, in theory, they exist, in

16 practice, as to this exhibit, I don't know whether it came

17 from that source.

18        THE COURT: Well, why don't you provide a better

19 foundation then?

20 BY MR. GHALI:

21 Q.   Let's start from the beginning. What is the name of

22 the company that gave you these 59 samples of malware that had

23 the Defendant's nickname embedded in it?

24 A.   It was a cyber threat research organization called

25 Underworld.no. And what that is, it is a Norwegian-based

 1   threat research firm.   And they provided -- directly provided
 2   me this sample of 59 pieces of malware.
 3       Now,  I went on explaining that the MD5 hash value of
 4   those files only to point out they were in no way modified
 5   from the time that they were given to me until I reviewed
 6   them.
 7   Q.    Did you prepare FBI 302 about your analysis of this
 8   particular batch of malware?
 9   A.    Yes,  I did.
10          MR. STRONGWATER:  We are still objecting to the
11   admission of the document.
12          THE COURT:   Do you want to voir dire him then about
13   this?
14          MR. STRONGWATER:  No.   Just to point out there is no
15   testimony about how the Norwegian company got it,  what this
16   witness's experience with this Norwegian company is as far as
17   reliability.   Agent Ray has testified to the MD5 value from
18   him to this disk,  but has not testified to the MD5 value from
19   its original source to the Norwegian company, nor the
20   Norwegian company to Agent Ray.
21          THE COURT:   Can you do that?
22          THE WITNESS:  Yes,  Your Honor.   So,  this
23   particular organization, just like every other company
24   involved in malware defense such as Microsoft or Symantech or
25   Norton, the most common method of obtaining these malware

1   samples is through what is called a honey pot.  And it is

2   just, again, these are cyber people, so they have to come up

3   with some non-technical word.  But it is basically exactly

4   what it describes.   It is a set of computers that they

5   control,  they being this company or antivirus company that

6   they self infect.   They leave them unpatched.   They let them

7   sit out on the internet,  touching the internet so that

8   malware such as SpyEye gets infected on these computers.  And

9   what they do is they then analyze that.   They take a copy of

10  that malware and that is where the MD5, the numeric, that 32

11  character number is so important because it doesn't change and

12  it shows that it was not changed from the time it was infected

13  on that computer until the time that the research company

14  handled it or even until the time they handed it to me.   But

15  what they do through these honey pot networks is they take

16  these samples and document.  And as I talked about, the will

17  also analyze them to see where the command and control server

18  is for the malware,  what it is doing, what type of

19  information it is trying to steal from the victim computers.

20  And in the case of SpyEye, you can also glean from these

21  malware samples the individual that was using -- the nickname

22  of the individual that was using it.

23        THE COURT:   I had a little bit different

24  understanding of what you said before about Mr. Panin's

25  embedding Mr. Bendelladj's name.   It was not that it was used

1  -- but Mr. Bendelladj was using it, but that Mr. Panin had

2  embedded it as your understanding, and I am not sure from

3  what, Mr. Bendelladj's name into any malware that he had

4  licensed to him or gave him permission to use.

5          THE WITNESS:  Yes.  How can I clarify that,  Your

6  Honor,  please?

7          THE COURT:  Well, I don't know how you know that.

8          THE WITNESS:  Well, Mr. Panin told me directly that

9  he used that special technique, if you will, for every piece

10  of SpyEye software that he gave away or sold to someone.

11          THE COURT:  So, did you see other people's names in

12  other software --  embedded of the SpyEye software?

13          THE WITNESS:  Yes,  I have.   I have reviewed other

14  malware samples.   For example, the one that comes to mind

15  right now is one of Mr. Panin's customers used the nickname

16  soldier.   I looked at a piece of SpyEye malware that this

17  individual soldier used and observed his nickname embedded

18  into the SpyEye source code.

19  BY MR. GHALI:

20  Q.    To that end, are you familiar with the phrase SpyEye

21  campaign?

22  A.    Yes,  I am.

23  Q.    What is that based on?

24  A.    Well,  a malware campaign is again a term that the

25  cyber security industry uses to,  they don't know -- unlike

law enforcement, they don't know the true names of these

malicious actors, they only know the nicknames, much in the

same way that I just described, so they call it campaign, a

nickname, if you will, because they don't know if it is one

person or many people. So it is usually referred to as a

malware campaign because they can see that same nickname or

actor using different pieces of malware over the course of

many years in some cases.

THE COURT: I guess what I am trying to understand

is this is what Mr. Panin tells you, but he could put my name

on it.

THE WITNESS: Yes.

THE COURT: And you wouldn't know that I was not in

fact -- you might assume because my name is on it that I am

the actual licensee --

THE WITNESS: Yes.

THE COURT: -- of it.

THE WITNESS: That's correct. The only difference

is, while he could do that, I had obtained communications from

both Mr. Panin's computer and Mr. Bendelladj's computer,

where I see Mr. Panin sending the malware over the internet to

Mr. Bendelladj. And I also found SpyEye on Mr. Bendelladj's

computer.

THE COURT: So, had you dealt with this

Underworld.no before?

1          THE WITNESS:  Yes,  Your Honor, I have.

2          THE COURT:  And did they describe to you their

3   protocols for having produced this 59 -- this file that

4   supposedly has 59 samples in it?

5          THE WITNESS:  Samples in it.  Yes,  they did.   They

6   did -- the way they obtained it was exactly and what I just

7   described as many other malware research companies do where

8   they obtain it from a honey pot network of infected computers.

9          THE COURT:  So, is that the totality of what they

10  collected,  the 59?

11         THE WITNESS:  Yes,  I believe that it was.

12         THE COURT:   All right.   Are there any further

13  objections?

14         MR. STRONGWATER:  No,  Your Honor.

15         THE COURT:   Then the disk -- whatever the exhibit

16  number is,  what is it?

17         MR. GHALI:  I believe it is exhibit 16.

18         THE COURT:   Sixteen is admitted.

19  BY MR. GHALI:

20  Q.    I am handing you what has been marked as exhibit 15,

21  do you recognize it?

22  A.    Yes, I do.

23  Q.    What is it?

24  A.    This is the FD 302 I prepared.

25         THE COURT:   That is fifteen not fifty.

1        MR. GHALI:  Fifteen,  one five.

2        THE WITNESS:  This is the FD 302 that I prepared in

3   reviewing those 59 malware samples that we just discussed.

4   BY MR. GHALI:

5    Q.    And based on your review of the 59 samples, did you

6   find that the malware was targeted toward any particular

7   financial institutions?

8    A.    Yes.   Again,  it was very complex, but every malware

9   sample has sub files or embedded files or different piece

10  parts to it.   So,  when I reviewed this, one of the embedded

11  files that is part of every malware package is something

12  called, we talked about it earlier, the webinjects. So, there

13  is a SpyEye specifically has a file called webinjects or it

14  could be named something else,  but webinject.txt,  it is just

15  a text file, just a document that is a part of it that

16  basically lists out all of the different financial

17  institutions that that particular piece or strain of SpyEye is

18  targeting.

19   Q.    Okay.  If there are 59 --

20        MR. GHALI:  Actually the Government moves to admit

21  exhibit 15.

22        THE COURT:  Have you given a copy of any of these

23  exhibits that we have just been referring to to Mr. Franco?  I

24  see you handing them to Mr. Strongwater.

25        MR. GHALI:  I am either looking for ones or they are

1  one short.

2         THE COURT:   You will get them to Mr. Franco,

3  though?

4         MR. GHALI:  Yes.

5         THE COURT:   Mr. Franco,  I know you can't say you

6  need it unless you have seen it, that is the problem.   I am

7  not thinking you can decode a disk,  but do you have them

8  elsewhere? Should we take a break so you can get copies of

9  these exhibits for Mr. Franco.

10        MR. GHALI:  I believe that should be one of the last

11 issues with respect to number of copies.  But If another one

12 comes up, I would ask the Court to take a break at that time.

13        THE COURT:   Do you have an extra copy of 15 for him?

14 It is a long document.  I mean, it mostly has just a set of

15 files, but to his client it might mean something to him, might

16 want to look at it.

17        MR. GHALI:  This exhibit pertains to the strains of

18 SpyEye that belonged to Mr. Bendelladj,  but I understand the

19 Court's concern.

20        THE COURT:   All right.  Well, when we take a break,

21 I think you need to let him see these exhibits and I will take

22 a break shortly so that he can see them.   If there are any

23 other,  somebody from the Government needs to go and make some

24 copies.

25     Thank you.

 1  BY MR. GHALI:

 2   Q.    Does this FBI 302, does it identify the 253 financial

 3  institution websites that were targeted by the malware?

 4   A.    Right.  All i basically did was go through and

 5  enumerate of all of the 59 samples,  I looked at all of the

 6  webinject files in those samples and compiled a list of all of

 7  the bank URLs or websites that were being targeted.  Again,

 8  when I say targeted, that means the web inject had the ability

 9  to trigger or wait and watch for a victim to go to one of

10  these bank websites and then start getting malicious activity.

11  But I compiled that list and the unique number of financial

12  institutions targeted, and all of those webinjects was 253.

13          THE COURT:  Is that something that you think

14  Mr. Bendelladj did or that Mr. Panin did?

15          THE WITNESS:  In this case,  Your Honor,  this would

16  be Mr. Bendelladj,  because again all 59 of these samples had

17  Mr. Bendelladj's nickname embedded into them.

18          THE COURT:   I still don't understand how that

19  necessarily translates into your conclusion.   I am sure there

20  is good reason you think it.   You have told me that Mr. Panin

21  basically provided Mr. Bendelladj's autograph on these and he

22  did it for other people,  too,  so why couldn't he have just

23  designed -- done the webinject,  too?

24          THE WITNESS:  I apologize,  Your Honor.   I think I

25  might know what might be confusing here.   So, when Mr. Panin

1 would provide the package, the spy a package that he either

2 sold or gave to different individuals with the nickname

3 embedded in it, there is something in there called the

4 builder, that is where the cybercriminal would take that

5 SpyEye software and compile what is called a malicious binary.

6 They would tweak certain settings, the banks that they wanted

7 to target or whatever and then build a malicious binary.

8          THE COURT:   Binary?

9          THE WITNESS:  Binary.  It is like an executable file,

10 doc.exc.   That is the actual real malware.  Every time the

11 cybercriminal did that, the nickname was embedded in that

12 little piece of malware, so you have the large package that

13 Mr. Panin would provide.  And then each time that the

14 cybercriminal or the botnet operator would generate a new

15 piece of malware or SpyEye malware from that package, it also

16 had the nickname embedded in there so it was continuous all

17 the way through the chain, if you will.  So, from the time

18 it went from Mr. Panin to the customer or the user all the way

19 until the time that that individual used it to infect other

20 computers, it maintained, it persisted all the way through

21 the SpyEye package.

22 Q.   Well, did Mr. Panin do the original sort of placement

23 of the signature into it?

24 A.   Yes.

25          THE COURT:   And then you are saying every time that

1 that individual used some other functionality in it, it would

2 replicate that?

3      THE WITNESS:  Yes.  If I may,  can I give a good

4 example?  If Microsoft sells me Microsoft Word and the

5 software guy installed them -- the Microsoft Word program that

6 I installed in my computer they had embedded Mark Ray in it,

7 every time I went and created a new Microsoft Word document,

8 it would have Mark Ray embedded under the covers into it.  So,

9 that Is the same analogy of user of SpyEye here.  Every time

10 they made a new SpyEye piece of malware out of that package

11 that Mr. Panin provided to send out to infect the computers,

12 it would have that nickname embedded into it.

13      THE COURT:   I don't think there is a guilt/innocence

14 exactly situation here because Mr. Bendelladj has pled.  But I

15 am still trying to understand,  if I picked up Mr.

16 Bendelladj's -- one of these 59, it is still every time I used

17 it it would -- I would be triggering that functionality and it

18 would be using his name?

19      THE WITNESS:  Yes,  that's correct.

20      THE COURT:  So,  somebody else could have been using

21 that and triggering his name on it?

22      THE WITNESS:  Yes.   And that is exactly why

23 Mr. Panin embedded that name,  that nickname into the software

24 so that if someone had cracked it as we talked about earlier

25 and was reselling or something,  he could get a sample of that

1  himself and look at it like I did and see who was the original

2  root, who is the root or the individual that was responsible

3  for cracking it or releasing it in an unauthorized way.

4  Maybe someone he hadn't sold it to.

5          THE COURT:  All right.

6  BY MR. GHALI:

7  Q.    Let's talk about another way you have connected malware

8  to Mr. Bendelladj.

9          THE COURT:   I think this is a good time to take a

10 break.   Let Mr. Panin's counsel take a look at any documents

11 he hasn't seen in the event he wants to look at them with his

12 client.   Take a ten-minute break and start at ten of four.

13 (Whereupon, a short recess was held.)

14         THE COURT:   Okay.   Have a seat.

15    I understand that you couldn't get the exhibits done in

16 this time frame, but we will do them while counsel is waiting

17 right toward the end of the day.

18    I understand also that Mr. Bendelladj's counsel would like

19 to end a little bit early so you have enough time to talk with

20 him this afternoon before he is taken away by the Marshal's

21 office?

22         MR. STRONGWATER:  That's correct, Your Honor.

23         THE COURT:   We will try to accommodate that and see

24 where we are on the examination.   How much more time do we

25 have with this witness on direct examination?

 1          MR. GHALI:  Depending on objections, anywhere from 45

 2   minutes to ninety minutes.

 3          THE COURT:  So, the last exhibit you offered which

 4   was 15,  I believe.

 5          MR. GHALI:  Yes, Your Honor.

 6          THE COURT:  Are there objections to its admission at

 7   this point?

 8          MR. FRANCO:  I have no objection to the exhibit 15.

 9          THE COURT:  What about Mr. Strongwater?

10          MR. STRONGWATER:  No objection.

11          THE COURT:  All right.  Fifteen is admitted.

12   BY MR. GHALI:

13   Q.    Special Agent Ray,  are you familiar -- we talked

14   earlier about the SpyEye spreader.   I am handing you what has

15   been marked as Government's exhibit 1.   Do you recognize it?

16   A.    Yes,  I do.

17   Q.    What is it?

18   A.    It is a posting from the Dark Code forum by Bx1

19   advertising the sale of spreader bins.

20          MR. GHALI:  Your Honor, the Government moves to admit

21   Government's exhibit 1.

22          THE COURT:  Are there any objections?

23          MR. STRONGWATER:  No, Your Honor.

24          MR. FRANCO:  No.

25          THE COURT:  All right.   Government's exhibit 1 is

1  admitted.

2      Let me just suggest that you might want to go over some of

3  these exhibits with the defense counsel before tomorrow so

4  that we can just know which ones there might be problems with

5  or not.   So we can have some admitted in advance.

6              MR. GHALI:  Yes,  Your Honor.

7  BY MR. GHALI:

8  Q.    What is the title of this particular thread?

9  A.    "Selling spreader bins" and then in parenthesis,

10  "Facebook,  USB,   IM," which I believe stands for instant

11  messaging, amongst other things he lists in the post here.

12  Q.    Who is the author of this particular post?

13  A.    Mr. Bendelladj,  he is the nickname Bx1.

14  Q.    What is the date of this particular post?

15  A.    This post was made on May 27,  2011.

16  Q.    For the record, would you kind of identify what is

17  going on in this post?

18  A.    Yes.   This is -- Mr. Bendelladj is advertising that he

19  is selling this spreading functionality.   He specifically

20  even states here that it is a plug-in for SpyEye.  And again

21  as it states here,  it says that he is selling spreader to

22  help you get more bots with the fast spread.   Then describes

23  that this particular piece of software technology that he has

24  developed,  the different methods that it utilizes to spread

25  the malware,  like if you are using with SpyEye such as

1  Facebook,  Twitter, EBuddy, USB,  like an actual USB thumb

2  drive,  Gmail, and other web base mail services.

3   Q.    Taking Facebook as an example,  did your investigation

4  show what it means to use the spreader to Facebook?

5   A.    To the extent of my investigation,  I learned that,

6  for example,  with this particular technology or this malware,

7  it would utilize the Facebook accounts of people who are

8  already infected with SpyEye and in some way utilize their

9  Facebook account to spread, meaning, sending or posting a

10  malicious link on the Facebook account that contained more of

11  the SpyEye malware.   So that someone else who looked at that

12  person's Facebook account would be infected and in essence

13  promulgating the malware.

14   Q.    And at the bottom where it says, "if anyone is

15  interested,  drop me a PM," what does that mean?

16   A.    A PM is a private message on these criminal forums.

17  It has a feature like most forums,  criminal or not, for

18  private messaging where two members of the forum can send each

19  other a message that is not visible to other people.  I have

20  personally viewed the private PM's or private messages of

21  Mr. Bendelladj on Dark Code and most of them were people

22  trying to contact him to purchase things such as the spreader

23  or ATS.  And what he would do is reply back to them with his

24  jabber ID or his instant messaging ID, asking them to take the

25  conversation offline.

1  Q.    You said jabber a moment ago,  what is a jabber ID?

2  A.    Well,  jabber, it is a protocol.  It is an internet

3  protocol for instant messaging.   It is very comparable to AOL

4  instant messenger from years ago where two people can

5  communicate or chat online in realtime.   Jabber was just one

6  particular method that I am aware of cybercriminals very

7  common method of cybercriminals communicating.

8  Q.    Why communicate that way instead of just doing it on

9  the forum?

10  A.    Well, it is much more secure.  As many of the

11  individuals that we -- the FBI arrested that were involved

12  with Dark Code as they admitted that there is always the fear

13  when you are operating on these criminal forums that law

14  enforcement could seize the server and have access to all of

15  these records, which as proven by the July 2015 when the FBI

16  took down Dark Code, we had access to all of these back end

17  private messages.  So,  many cybercriminals know that that

18  information can be used against them later,  so they take

19  these conversations offline to instant messaging programs such

20  as jabber because they don't keep very good log-in records and

21  sometimes those jabber instant message conversations can be

22  encrypted so that no one can intercept them and read them.

23  Q.    So,  you testified earlier that you seized a lot of

24  chat messages,  transcripts from Mr. Bendelladj's computer.

25  Why would a cybercriminal maintain those records if they can

1  be incriminating later?

2   A.    Well, they are business records.  They are the only

3  things that --

4        MR. STRONGWATER:  Objection, Your Honor.  Why this

5  agent believes that someone else is keeping records, he is

6  putting words in Mr. Bendelladj's mouth at this point with

7  that testimony.

8        THE WITNESS:  I can correct that.

9        THE COURT:   All right.

10        THE WITNESS:  I have interviewed many cybercriminals

11  who have told me that they keep instant messaging records as a

12  way of doing business.  They don't have books,  they don't

13  keep physical books with this information,  but it is a common

14  technique to keep track of who you have spoken to,  who you

15  have done business with,  what commitments they have made,

16  what commitments you have made to them.

17  BY MR. GHALI:

18   Q.    Here it says "payment accepted,   WMZ-LR"?

19   A.    WMZ stands for web money, which is an online currency.

20  LR stands for liberty reserve.   These are online currency

21  exchanges such as more commonly known bit coin for example.

22   Q.    Is liberty reserve, is that still an entity where you

23  can do business?

24   A.    No.   Liberty reserve was a Costa Rican Company that

25  was dismantled by the United States Secret Service several

1  years ago for enabling fraudulent activity.

2  Q.    Let's jump down to the post where it says, "images from

3  my stats."   What is that?

4  A.    Well, this is an image that Mr. Bendelladj posted to

5  the forum where he was trying to provide the customers with

6  some proof that his spreading tool worked.   In this case, you

7  can see under the column --

8         MR. STRONGWATER:  Again,  Your Honor,  I will object

9  to Agent Gray saying this is what Mr. Bendelladj is doing.

10  He can interpret from this chart,  he can't say that

11  Mr. Bendelladj did this in order to tell somebody what they

12  were doing.

13         THE COURT:   All right.   I sustain the objection.

14  Make sure that you are not speculating as to what he thought

15  but how you interpreted the data.

16         THE WITNESS:  So, in this case someone using the

17  nickname Bx1 posted an image that showed what appears to be a

18  control panel that has statistics or numbers under the

19  category of spreaders that shows a very large number of

20  infections based on those different things that were mentioned

21  earlier,  Facebook, USB,  web mail.

22  BY MR. GHALI:

23  Q.   So, when it says "knocks," what are knocks?

24  A.    I am not exactly familiar with what knocks are in this

25  case.

1  Q.   With respect to spreaders,  where it says "30,"  that

2  would have been a screen capture from your review of whoever

3  posted this?

4  A.   Well, as you can see in the knocks column,  I don't

5  know what that word means, but it has a breakdown of by

6  country underneath there.  And my interpretation of this, it

7  is my interpretation, that those are the attempted infections

8  because it is a larger number and then the spreads means those

9  are the number of infections that actually happened.

10  Q.   Can we go to the next page.   Capture the -- -

11       THE COURT:   Are the infections that happened or some

12  of those people might in fact have fought off the -- the

13  computers fought off the infection?

14       THE WITNESS:  That is possible, Your Honor.

15       THE COURT:  So, that doesn't really mean infections

16  it is sort of how necessarily.   I mean, we don't really know?

17       THE WITNESS:  We don't really know.

18       THE COURT:  Okay.   All right.

19  BY MR. GHALI:

20  Q.   So,  scrolling down there is text at the bottom under

21  the screen,  under the image that starts with "guaranteed,"

22  the last part of the Bx1 post, can you read that?

23  A.   Yes.   It states:   Garanteed -- I believe it is

24  supposed to say, "guaranteed from 20,000 bots you can jump to

25  200,000 within a few weeks."

1  Q.    What does that mean?

2  A.    I believe that this means that using this piece of

3  malware, that the individual who purchased it and utilized it

4  and their SpyEye botnet can increase the number of bots they

5  have to 200,000 from 20,000 within just a few weeks.

6  Q.    Can you turn to a post at the top of page 4?

7  A.    (Witness complies.)

8  Q.    It is an individual named Godlike commenting on the

9  thread in the seventh box.

10    During this investigation, have you come across a

11  cybercriminal called Godlike?

12  A.    Yes,  he was one of the subjects in my investigation.

13  Q.    Did you find chats between Bx1 and Godlike?

14  A.    Yes,  I found several, voluminous chats between Bx1 and

15  Godlike.

16  Q.    Do any of those refer to the spreader?

17  A.    Yes.  It talked about spreader, ATS, and everything

18  else.

19  Q.    And is this -- let's go to -- there is another chat

20  from Bx1 below that.  Can you blow that up?

21  A.    That posting,  I just want to point out, that was the

22  individual Godlike again vouching for, like we talked about

23  earlier, Mr. Bendelladj vouching for Mr. Panin, this was the

24  individual Godlike vouching for Bx1's product, here the

25  spreader.

1    Q.    Based on your personal experience reviewing Dark Code

2    and in an undercover capacity,  seeing Dark Code messages,

3    would you expect to see posts saying the spreader didn't work

4    if the spreader wasn't effective?

5    A.    No.  The post I would expect to see, based on my

6    experience is, lots of vulgar words where the individuals on

7    the forum would say, this guy is a ripper, this I doesn't

8    work,  don't buy this.

9    Q.    Did you come across any posts to that effect?

10   A.    No,  not at all.

11   Q.    And, again, the Government's sentencing memorandum

12   refers to a number of chats with an individual named mafioso

13   in the brief,  have you reviewed those chats?

14   A.    Yes, I have.

15   Q.    And are those true and correct depictions of the chats

16   that were seized from Mr. Bendelladj's media?

17   A.    Yes, sir.

18   Q.    Let me jump back to  -- actually, I am going to hand

19   you what has been marked as Government's exhibit 18.

20        MR. GHALI:  These are kind of voluminous.  I will

21   give these to the Defendant.  I will give you a moment.

22   BY MR. GHALI:

23   Q.    During the course of your investigation,  you testified

24   that you encountered chats where the Defendant was speaking to

25   other cybercriminals,  correct?

1  A.    That's correct.

2  Q.    What is on Government's exhibit 18?

3  A.    This is a list of just some of the hundreds of chats

4  that I obtained from Mr. Bendelladj's computer.

5  Q.    And it is on that disk, as well as the paper copy of

6  Government's exhibit 18, which we will mark as Government's

7  exhibit 18-1.   Are those the full context of chats that are

8  quoted in the Government's brief and in other places?

9  A.    Yes.   I have read all of these and this appears to be

10  about the volume of documents associated with these chat logs.

11        MR. GHALI:  Your Honor, the Government moves to admit

12  Government's exhibits 18 and 18-1.

13        THE COURT:  Are there objections?

14        MR. STRONGWATER:  Not from Mr. Bendelladj, Your

15  Honor.

16        MR. FRANCO:  None from Mr. Panin, Your Honor.

17        THE COURT:   All right.  Eighteen and 18-1 of the

18  Government are admitted.

19        MR. GHALI:  I have the entire range of chats if

20  either defendant wants theirs.  Could we go back to the power

21  point?

22  BY MR. GHALI:

23  Q.   Did your investigation of the review of chats reveal

24  whether Mr. Bendelladj had sold this spreader?

25  A.    Yes, it did.

1  Q.    Is there -- are there any chats that try to size up how

2  many bots he says he collected from this spreader alone?

3  A.    There was one in particular as referenced on the chart

4  there where he stated that he had obtained 36,000 bots from

5  French victims using the spreader in May of 2011.

6        THE COURT:    I'm sorry,  that was proof or he said

7  once again?

8        THE WITNESS:  He said it in a chat log,  Your Honor.

9        THE COURT:   All right.   I mean,  how do we not know

10 if he is not a used car salesman? I mean,  I know that sounds

11 -- might be offensive to use car salesman,  people make all

12 kinds of bolstering representations as to everything -- I use

13 that more as just a phrase that people use,  people make all

14 sorts of representations that made this number of sales,  it

15 is great,  I can -- the car goes this fast,  the house is

16 fabulous,  come use the house and I got people to vouch who

17 have stayed at the house who may or may not have stayed in the

18 house,  may have been best friends.   So,  I don't know.  Why

19 am I supposed to credit when he says, of all people, that he

20 has 36,000 French bots.

21        THE WITNESS:  Sure.   Let me give you three reasons

22 base on my investigation.

23        THE COURT:   All right.

24        THE WITNESS:  It is all I am basing it on as to why I

25 believe there is enough evidence to prove that everything that

1  Mr. Bendelladj said he was doing in his chat -- instant

2  message chat conversations are true.

3      Number one, and while to non cybercriminals this may seem

4  hard to believe, but in the cybercrime underworld as I had

5  stated before, an individual's reputation is all they have.

6  So,  the FBI's -- the nickname Bx1 has come up on FBI

7  investigations over the course of ten years.   Mr. -- whoever

8  was using the nickname Bx1 was operating in the cybercrime

9  world with a good reputation for approximately ten years.   If

10 this person did not do the things that they said they do,

11 either their software didn't work,  if they had not really

12 partnered with some of the people that Mr. Bendelladj said he

13 had partnered with and conducted the fraud that he claimed to

14 have conducted in these chats,  his reputation would have been

15 tarnished and the cybercrime community has a good way of

16 policing itself and he would have been labeled as a fraudster

17 or a not reputable cybercriminal, if there is such a thing.

18 And he would not have been trusted or gained the reputation

19 that he had.

20     The second thing is I observed -- we talked about liberty

21 reserve earlier,  which was an online money transfer service.

22 I obtained records from liberty reserve at one point and

23 observed money transfers between Mr. Bendelladj and other

24 cybercriminals including Mr. Panin.

25     And the third thing is the evidence that I found on his

1  computer, which in my opinion is irrefutable.  Finding the

2  malicious code that he said that he was making,  finding

3  victim information, such as French victim information on his,

4  computer which I believe the Government will provide evidence

5  of later.  Because of those three reasons,  Your Honor,  I

6  believe that the average person must believe that he is

7  responsible for these things.

8        THE COURT:  Well, all I am pointing out because the

9  Government is offering it for the scope of the loss and for me

10  to assess the nature of the penalty that should be applied

11  here.  I don't think that the question is did he do it or not,

12  it is the scope.  And so even from now,  you know,

13  Mr. Bendelladj is roughly 28 years old.  He has been in

14  prison for two or three years,  so he was 25 when he was

15  incarcerated,  so if he was doing it from ten years before

16  that,  you are saying he did it from the time he was 15?

17        THE WITNESS:  We have evidence that the nickname Bx1

18  had been used in these criminal forums for a very long time,

19  yes.

20        THE COURT:  So, that is, for everyone to understand,

21  my perspective on this. I am not trying to cripple in any way

22  about guilt or innocence.  I am just trying to determine the

23  reliability of the scope here.  You are saying that you are

24  going to present information to the Court that you have

25  actually been able to confirm 36,000 French bots were from his

1  computer files?  It actually reflects that he was in command

2  of 36,000 other than this boasting?

3       THE WITNESS:  Yes.   There are files I obtained from

4  his computer that had the victim information of hundreds of

5  thousands of French -- what appeared to be French citizens.

6  BY MR. GHALI:

7  Q.   Special Agent Ray, just to clarify,  this 36,000 figure

8  is just based on Mr. Bendelladj's estimate of bots from the

9  spreader? Did you interpret this to be some total ceiling of

10 how many bots he collected over the course of two,  three

11 years,  ten years?

12 A.   No.

13 Q.   And in terms of the chats,  was there a number -- what

14 is the highest number you saw in terms of Mr. Bendelladj

15 identifying the number of bots he had at a given time?

16 A.   He admitted to me at the time of his arrest he

17 controlled 50,000 bots.  And then in one chat log I observed

18 him telling another individual that he had upwards of 200,000

19 bots.

20       THE COURT:   In general, because this is sort of like

21 the typical thing, it says guarantees 200,000 bots within a

22 few weeks.   But you are saying what he said to you was he had

23 a total of upward of 200,000 bots under his control?

24       THE WITNESS:  Just one clarification,  Your Honor.

25 When I interviewed him back in 2013,  he told me that he

1  controlled 50,000 bots.

2          THE COURT:   All right.

3          THE WITNESS:   In a chat log with another individual,

4  he told that person that he controlled up to 200,000.   The

5  numbers vary all the time.

6          THE COURT:   All right.

7  BY MR. GHALI:

8  Q.   Let's go into that for a second.   The number of bots,

9  why would it fluctuate over time?

10  A.   There are a number of reasons.   But,  again, this is

11  malware.   So,  if one of the individuals that is,  the

12  easiest explanation is cybercriminals lose their bots,  quote,

13  unquote,  lose their bots all the time.   And this is based on

14  my firsthand experience with botnet operators.

15     What that means is,  they might infect a thousand

16  computers and the next day they only have 50 active bots

17  because maybe those thousand computers they infected were

18  running a good antivirus program that caught it and removed

19  SpyEye from their computer.   Or they took their computer

20  somewhere to get it remediated or cleaned up.   So --or maybe

21  they infected an entire section of a company who shut down a

22  server and therefore they lost all of their bots.   So the

23  number of bots that someone has under their control fluctuates

24  all the time, daily in some cases.

25  Q.   So,  if Mr. Bendelladj says he has got 200,000 bots in

1  January 2011, and then in May of 2011 says that there are

2  36,000 French bots, he could have lost all of the previous

3  200,000 bots, correct?

4  A.    Yes.

5  Q.    And infected 36,000 new ones?

6  A.    That's right.

7  Q.    So, you have a total of 236,000?

8  A.    Yes. And at the time I arrested him, he may have only

9  had 50,000 bots, which is what he told me. I can only go off

10 what he told me. But it fluctuates on a daily basis based on

11 my experience.

12 Q.    In terms of -- did any of the chats suggest how many

13 command and control servers Mr. Bendelladj was running at any

14 one time?

15 A.    There is one chat log in the ones that we just

16 discussed here where he said he had six command and control

17 servers running at one particular time.

18 Q.    And if I understand your testimony, Mr. Bendelladj

19 told you that he controlled 50,000 bots under one botnet?

20 A.    Yes.

21 Q.    Can you combine -- can you be running multiple

22 different botnets and aggregate those bots?

23 A.    Yes.

24 Q.    Let's talk about the automated transfer system. You

25 testified -- you gave a description of what it was earlier,

1 would you remind us about your understanding of the

2 functionality of the automated transfer system?

3 A.    Yes.  Again, if someone is infected with SpyEye and the

4 individual who is running that SpyEye botnet was utilizing the

5 ATS or automated transfer system,  the malware will detect

6 when the person is logged into their bank account and it will

7 surreptitiously or without the user's knowledge initiate a

8 wire transfer out of that person's bank account to a money

9 mule or some other drop as we referred to earlier and modify

10 the account balance on the computer screen that the user sees

11 so that they never know anything was taken.   In my

12 experience, it is one of the most egregious or malicious types

13 of malware out there.  The fact that in real time it is taking

14 money out of the person's bank account.

15 Q.    Let me show you what has been marked as Government's

16 exhibit 5.   Do you recognize it?

17 A.    Yes, sir.

18 Q.    What is it?  What is Government's exhibit 5?

19 A.    This is another posting on Dark Code by the individual

20 using the nickname Bx1 advertising the sale of German bank

21 ATS.

22        MR. GHALI:  Your Honor,  the Government moves to

23 admit exhibit 5.

24        MR. STRONGWATER:  Is this part of the two folders

25 over there? Is this in addition to the chats in the folders?

 1          MR. GHALI:  Yes.  These are Dark Code posts, they are

 2    not part of the chats.

 3          MR. STRONGWATER:  Okay.  No objection.

 4          MR. FRANCO:  None,  Your Honor.

 5          THE COURT:  All right.  Government's exhibit 5 is

 6    admitted.

 7    BY MR. GHALI:

 8    Q.    What is the name of this particular thread?

 9    A.    It says DE Bank ATS, DE is the two letter acronym for

10    Germany.

11    Q.    And ATS?

12    A.    Automated transfer system.

13    Q.    Who is the author of this post?

14    A.    Bx1.

15    Q.    What is the date of the post?

16    A.    September 10,  2011.

17    Q.    Will you tell us about the content of this post?

18    A.    Yeah.  I am just going to read it directly.  It says:

19              "Hey guys.  I'm selling my DE bank

20              ATS.   There are two types on it.

21              Local.   It transfers to another

22              account on the local bank,  100

23              percent instant."

24        The second thing listed here:

25              "It transfers to another account on

1    same country,  two to three hours

2    and sometimes 24 hours."

3  It says "SEPA".

4  Q.    Is that for single euro payment area?

5  A.    I believe that is what it stands for.

6  Q.    Okay.

7  A.

8    "Transfers to all SEPA country's and

9    IBANs.   Transfer internationally if

10    IBAN starts with a country ID like

11    Germany, France, UK, Russia.   PM or

12    private message me for more details

13    and prices."

14  Q.    What is your understanding of what this post says?

15  A.    The individual using the nickname Bx1 is selling this

16  very customized ATS software specifically for German banks,

17  targeting German banks.

18  Q.    I am handing you what has been marked as Government's

19  exhibit 16. Do you recognize it?

20  A.    Yes,  I do.

21  Q.    What is it?

22  A.    This is another Dark Code forum posting by the

23  individual using the nickname Bx1 advertising ATS's for Zeus,

24  SpyEye and IceIX.   It states:

25    "Hello, all.  I am selling private

1               ATS's working and tested.   We have

2               -- and then it lists a number of two

3               letter country codes,  Italy,

4               Germany,  AT which is Austria,  UK,

5               US for United States,  CO,   NL,  FR

6               and AU.   Contact me for bank.   Can

7               develop bank ATS's for your choice.

8          MR. GHALI:  The Government moves to admit exhibit 6.

9          THE COURT:   Any objection?

10         MR. FRANCO:  No,  Your Honor.

11         MR. STRONGWATER:  Nothing from Mr. Bendelladj.

12         THE COURT:   All right.   Government's exhibit 6 is

13  admitted.

14  BY MR. GHALI:

15  Q.   Can you read subject line one more time?

16  A.   "Zeus/SpyEye/IceIX ATS's for sale."

17  Q.   So, what does that mean?

18  A.   Oh, I'm sorry.  This means that the individual making

19  this posting is selling ATS malware to be used with Zeus,

20  SpyEye and IceIX.

21  Q.   And your understanding of this post,  the malware is

22  operable across those three types of malware?

23  A.   Yes.

24  Q.   What is the date of this particular post?

25  A.   January 16,  2012.

1  Q.    During the course of your review of the chats on

2  Mr. Bendelladj's computer,  did you see any reference to

3  drops?

4  A.    Yes.    Numerous chats, for example, with the individual

5  Godlike that we talked about before and many others.    Bx1

6  talked about having drops everywhere.    At one point he said,

7  I have millions of drops.    I find that hard to believe,  but

8  I think he had many drops all over the world.    Specifically,

9  I remember reading in the chats, the chat logs, that he had

10  drops or money mules in Italy,  Australia and Malaysia amongst

11  other countries.

12  Q.    Is New Zealand one of those countries as well?

13  A.    Yes,  it was.

14  Q.    And so can you just walk us through again, how would

15  having a drop in that company or a money mule help you cash

16  out from the automated transfer system?

17  A.    Again, this is malware.    It is automated, everything is

18  automated.    So, when an unwitting victim logged into their

19  bank account,  they are infected with SpyEye,  which is using

20  ATS.    It wires money out of their account.    It has to go

21  somewhere.    The posting that we just looked at, it said that

22  it could be transferred into a bank account in the same bank,

23  to make it quick, or to an external bank.    That has to go

24  somewhere, it is not going to go directly to the person

25  conducting that ATS or running that SpyEye malware.    It has to

1  go to a drop or a money mule, someone who is a buffer or a

2  go-between between the victim or the actual cybercriminal.

3  Someone who is willing to do it for a little bit of money.

4  They are -- they know that bank account is going to get shut

5  down, but they don't care. They will get a quick hit of money

6  and move on. So, that is a common technique that is used even

7  today for cybercriminals for laundering money.

8  Q.    Did the chats reveal any extremely large cash-outs that

9  Mr. Bendelladj made?

10  A.    Yes.  One of them referred to -- a Mr. Bendelladj said

11  that he cashed out 12 million dollars from bank of America.

12  Q.    Was that Euros or dollars?

13  A.    That was Euros.

14  Q.    In terms of dollars, would that translate to 13 million

15  dollars?

16  A.    Yes.

17  Q.    Let's turn to the topic of access devices on

18  Mr. Bendelladj's computer.  If you will go back.

19      During your interview with Mr. Bendelladj, did he make

20  any reference to victim information and whether it would be

21  found on his computer?

22  A.    Yes, he did.

23  Q.    Did you conduct  -- have you reviewed and inspected

24  Mr. Bendelladj's computer?

25  A.    Yes, I have.

1   Q.    Did that include the hard drives that he was also

2   carrying with him on the date of his arrest?

3   A.    Yes.

4   Q.    What did you find with respect to access devices or

5   credit cards on that computer equipment?

6   A.    I found several documents, Excel spreadsheets and text

7   documents that contained initially when I found it what

8   appeared to be credit card information.   It is made up of a

9   number of files altogether.   I believe it is fair to say I

10  found well over 400,000 unique what are referred to as fulls

11  in the cybercrime world, which is name,  address, account

12  number,  CVV,  expiration date,  all of that information was

13  spread across the external hard drives and the laptop

14  computers that we seized by Mr. Bendelladj.

15  Q.    Was that full number 491,059?

16  A.    Yes.

17  Q.    Is that 491,059 the total number of personal records

18  that were on the computer?

19  A.    Yes,  that's correct.

20  Q.    Or does that exclude -- is that just fulls?

21  A.    I'm sorry.   That is fulls.   There were some of the

22  information had duplicative information.   Some of the files

23  contained,  you have the same records.   Some of the records

24  had missing credit card number or one other piece of

25  information that would be needed,  but we went through and

1  really cleansed the data.   I came down to 491,059 unique

2  records or full.

3  Q.   What are the dates,  just kind of overview,  walk

4  through the individual files,  in terms of where these records

5  -- when these records were last modified on the computer

6  equipment you reviewed?

7  A.   Yeah.   They were all between 2010 and 12.  I think the

8  earliest one there stated May 12,  2010.   The latest one was

9  June 2012.

10  Q.   So, assuming each of these would $500 of loss to every

11  access device found on his computer,  what would be the total

12  loss amount attributable to Mr. Bendelladj?

13  A.   Two hundred forty-five million five hundred twenty-nine

14  thousand five hundred dollars (245,529,500).

15  Q.   Let's talk about specific files.   Are you familiar

16  with -- actually, let me hand you what has been marked as

17  Government's exhibit 34.

18  A.   Okay.

19  Q.   What is it?

20  A.   This is a CD containing a file that was found on

21  Mr. Bendelladj's external hard drive,  called grabber.zip.

22  It is a zip file --

23      THE COURT:  Would you just go back to the prior

24  screen?  Okay.  Thank you.

25      So, you are saying there are 245,529,500 times 500

dollars.   You are saying,  you had 491,000 unique files,

essentially, and you multiplied those 500 dollars to get that

figure?

       MR.  GHALI:  I believe that was agent Ray's testimony.

       THE WITNESS:  Yes.

       THE COURT:   So,  that is after you have removed the

duplication?

       THE WITNESS:  Yes, sir.

       THE COURT:   You are positive.

       THE WITNESS:  Yes,  Your Honor.

BY MR. GHALI:

Q.   Let's talk about what is on Government's exhibit 34.

A.   Okay.   So,  it contains a file that was found on

Mr. Bendelladj's digital media called grabber.zip.   My

investigation focused on this file because it was one file

that contained a very large number of credit card fulls.

Inside of that zip file or compressed file, there were two

text files,  one of them is called 1.txt and the other one was

called 2.txt.

Q.   What was on 1.txt?

A.   So 1.txt contained the records of U.S. credit card

information,  basically the fulls,  if you will.   There were

94,210 records, again, like before against all of the other

records found on his computers.   There were some duplicates

and also some records that were missing information.   If you

1  strip all of those out, there were 56,104 credit cart fulls on

2  that file.

3  Q.    How about 2.txt?

4  A.    Same thing, only there were 46,281 records in that

5  file, of which 29,859 had full.

6  Q.    What is the total number of full credit card data when

7  you have name, address, credit card number, CVV?

8  A.    Eighty-five thousand nine hundred sixty-three,

9  (85,963).

10  Q.    And we will talk about this in more detail, but what is

11  your understanding of how the data from 1.txt and 2.txt ended

12  up on Mr. Bendelladj's computer?

13  A.    The investigation, after analyzing the forensic data on

14  his computer revealed that he obtained it from the compromise

15  of an online retailer, called 123refills.net around December

16  2011.

17          MR. GHALI:  Government moves to admit exhibit 34.

18          THE COURT:  I'm sorry.  I don't know what 34 is.

19  What are you saying 34 is? It is a disk that contains what?

20          THE WITNESS:  This was the grabber.zip file that had

21  all of the 85,963 credit cards on it.

22          THE COURT:  All right.  Are there any objections?

23          MR. FRANCO:  No,  Your Honor.

24          MR. STRONGWATER:  No,  Your Honor.

25          THE COURT:  The exhibit is admitted.

1    MR. GHALI:  Your Honor, because our next exhibit that

2 I am going to show the witness has personal information, I

3 will only show it to the witness.  I don't plan on admitting

4 it.

5    THE COURT:  Is it a different subject matter?

6    MR. GHALI:  It is from this particular disk that

7 contains personal information, so I don't want to --

8    THE COURT:  All right.  The defense counsel can speak

9 to their clients.

10    MR. GHALI:  I apologize.  I can maybe it makes more

11 sense to admit this exhibit but have it sealed rather than

12 just giving the personal information on it?

13    THE COURT:  Any objection?

14    MR. STRONGWATER:  No.  Printout of what is 1.txt,

15 that is exhibit 34, that is a printout of information

16 contained on 34.

17    MR. GHALI:  It is 37.

18    MR. STRONGWATER:  Okay. Thirty-seven is a printout of

19 information contained on the disk that was just admitted.

20    THE COURT:  So, the disk also needs to be placed

21 under seal.

22    MR. GHALI:  Yes,  Your Honor.

23    THE COURT:  That was 34?

24    MR. GHALI:  Yes.

25    THE COURT:  So, 34 is admitted but under seal,  37 is

1  admitted but under seal.

2  BY MR. GHALI:

3  Q.    What are we looking at at exhibit 37, Special Agent

4  Ray?

5  A.    This is, as we said, a printout of the data -- a sample

6  of the data that was found on 1.txt file.   It is de-limited

7  information, which means it is separated by what is called a

8  pipe character on the keyboard.   This is the format that was

9  found on Mr. Bendelladj's computer.   It contains in the first

10 row the credit card number,  followed by the expiration date,

11 followed by the CVV verification or the code,  the three-digit

12 code associated with the credit card.   The individual's name,

13 address,  telephone number, and email address.

14       MR. GHALI:  Your Honor,  just for the interest of

15 time, Government's exhibit 38 --

16       THE COURT:   What is that?

17       MR. GHALI:  It is from 2.txt.

18       THE COURT:  You want that one under seal,  too?

19       MR. GHALI:  Yes.

20       THE COURT:   Any objections to 38?

21       MR. FRANCO:  No,  Your Honor.

22       MR. STRONGWATER:  No,  Your Honor.

23       THE COURT:   Thirty-eight is admitted under seal.

24       And that is from the second text.

25       MR. GHALI:  That is correct, from 2.txt,  Your Honor.

1  BY MR. GHALI:

2   Q.    Is this the entirety of what is on 2.txt, agent Ray?

3   A.    No, it is not.  This is just a sample.   It is too much

4  to printout.

5         THE COURT:   All right.   I think it is a good point

6  to stop then so that counsel for Mr. Bendelladj has an

7  opportunity to -- we will resume at 10:30 tomorrow and see

8  whether you can just chat about any of the documents so that

9  we can shorten the day as to that.   Thank you very much,

10  sir.

11      Very good.  We will see you all tomorrow.

12              *** END OF REQUESTED TRANSCRIPT ***

13  * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

14                  CERTIFICATE OF REPORTER

15      I certify that the foregoing is a correct transcript from

16  my stenographic notes in the above-entitled matter.

17

18

19

20

21   S/Debra R. Bull, RPR, CRR          April 1, 2016
                                        Date
22

23

24

25

**$**

**$500** [2] - 74:3, 124:10

**1**

**1** [7] - 11:24, 40:23, 42:7, 101:15, 101:21, 101:25, 129:21
**1.2** [1] - 64:4
**1.4** [1] - 42:5
**1.txt** [6] - 125:18, 125:20, 125:21, 126:11, 127:14, 128:6
**10** [2] - 11:23, 118:16
**10,000** [2] - 73:11, 73:13
**10,300** [1] - 73:20
**100** [4] - 14:21, 15:3, 81:6, 118:22
**10:30** [1] - 129:7
**11** [1] - 35:13
**11:30** [2] - 79:5, 79:22
**11:CR-557** [1] - 3:3
**12** [5] - 17:13, 69:14, 122:11, 124:7, 124:8
**123refills.net** [1] - 126:15
**1250** [1] - 2:3
**13** [3] - 63:3, 63:9, 122:14
**1349** [1] - 2:3
**14** [1] - 69:15
**15** [7] - 47:12, 94:20, 95:21, 96:13, 101:4, 101:8, 113:16
**150** [4] - 50:19, 54:17, 54:18, 57:10
**158** [1] - 50:23
**159** [1] - 40:4
**16** [5] - 88:2, 89:6, 94:17, 119:19, 120:25
**18** [5] - 70:23, 109:19, 110:2, 110:6, 110:12
**18-1** [3] - 110:7, 110:12, 110:17
**1800** [1] - 1:17
**19** [3] - 37:14, 48:20, 50:22
**1949** [1] - 2:6
**1:11-557** [1] - 1:3
**1:11-CR-557** [1] - 6:22

**2**

**2** [1] - 66:18
**2,619,618** [1] - 42:8

**2.txt** [6] - 125:19, 126:3, 126:11, 128:17, 128:25, 129:2
**20** [1] - 44:23
**20,000** [2] - 107:24, 108:5
**200,000** [10] - 13:19, 82:15, 107:25, 108:5, 114:18, 114:21, 114:23, 115:4, 115:25, 116:3
**2009** [2] - 12:19, 74:2
**2010** [12] - 11:22, 28:3, 54:2, 63:6, 65:2, 65:13, 67:23, 70:2, 70:23, 74:2, 124:7, 124:8
**2011** [9] - 12:19, 42:3, 72:13, 102:15, 111:5, 116:1, 118:16, 126:16
**2012** [6] - 11:22, 40:23, 42:7, 44:18, 120:25, 124:9
**2013** [6] - 54:3, 54:4, 54:7, 75:8, 75:10, 114:25
**2015** [4] - 40:24, 42:7, 61:17, 104:15
**2016** [2] - 1:4, 129:21
**21** [4] - 58:2, 59:22, 60:1, 60:7
**22** [2] - 8:7, 8:11
**236,000** [1] - 116:7
**24** [1] - 119:2
**245,529,500** [1] - 124:25
**245,529,500)** [1] - 124:14
**25** [3] - 8:9, 39:3, 113:14
**253** [2] - 97:2, 97:12
**26** [1] - 47:20
**27** [4] - 75:12, 75:22, 76:2, 102:15
**28** [4] - 75:12, 75:22, 76:1, 113:13
**29** [5] - 65:2, 67:23, 76:8, 77:13, 77:16
**29,859** [1] - 126:5
**2:15** [1] - 79:23

**3**

**30** [5] - 40:24, 42:7, 79:15, 79:17, 107:1
**300** [2] - 1:18, 50:6
**302** [9] - 52:13, 52:20, 75:10, 77:25, 84:1, 90:7, 94:24,

95:2, 97:2
**302's** [1] - 75:16
**30303** [2] - 1:15, 2:7
**30309** [2] - 1:18, 2:4
**32** [1] - 91:10
**34** [9] - 124:17, 125:12, 126:17, 126:18, 126:19, 127:15, 127:16, 127:23, 127:25
**35** [1] - 8:23
**3553(a** [3] - 11:17, 40:7, 46:24
**36** [1] - 8:20
**36,000** [7] - 111:4, 111:20, 113:25, 114:2, 114:7, 116:2, 116:5
**37** [3] - 127:17, 127:25, 128:3
**38** [2] - 128:15, 128:20
**39** [1] - 8:19
**395** [2] - 76:12, 76:25

**4**

**4** [1] - 108:6
**400,000** [1] - 123:10
**43** [3] - 28:7, 28:9, 29:5
**45** [2] - 37:14, 101:1
**46** [6] - 44:15, 45:14, 45:15, 45:23, 46:17, 47:6
**46,281** [1] - 126:4
**47** [3] - 68:6, 70:17, 70:25
**491,000** [1] - 125:1
**491,059** [3] - 123:15, 123:17, 124:1
**4:00** [1] - 80:1

**5**

**5** [7] - 47:11, 65:9, 117:16, 117:18, 117:23, 118:5
**50** [6] - 8:11, 14:12, 38:15, 38:25, 42:1, 115:16
**50,000** [6] - 81:9, 82:8, 114:17, 115:1, 116:9, 116:19
**500** [3] - 78:17, 124:25, 125:2
**56,104** [1] - 126:1
**59** [13] - 87:15, 88:5, 89:22, 90:2, 94:3, 94:4, 94:10, 95:3,

95:5, 95:19, 97:5, 97:16, 99:16
**5th** [4] - 75:4, 75:8, 79:3, 84:3

**6**

**6** [2] - 120:8, 120:12
**600** [1] - 1:14
**65** [1] - 8:10
**6th** [2] - 65:13, 75:10, 79:10, 79:25, 80:16

**7**

**7** [2] - 1:4, 8:7
**7,000** [1] - 49:4
**75** [3] - 1:14, 2:7, 50:6

**8**

**8,500** [2] - 73:21, 74:9
**80,000** [1] - 81:10
**85,963** [1] - 126:21
**85,963)** [1] - 126:9
**8:15** [1] - 80:2

**9**

**9** [7] - 44:15, 45:14, 45:15, 45:22, 46:16, 47:21, 47:22
**9,691,726** [1] - 42:3
**94,210** [1] - 125:23

**A**

**a.m** [1] - 79:23
**A/K/A** [2] - 1:6, 1:7
**ability** [6] - 28:23, 31:25, 32:4, 35:20, 38:2, 97:8
**able** [13] - 4:4, 5:4, 16:4, 22:25, 26:22, 37:24, 55:15, 60:24, 83:3, 83:15, 87:5, 87:7, 113:25
**above-entitled** [1] - 129:16
**absolutely** [2] - 4:17, 48:18
**Academy** [1] - 18:2
**accept** [1] - 30:4
**acceptable** [1] - 29:24
**acceptance** [1] - 8:20
**accepted** [2] - 36:9, 105:18

**access** [10] - 12:11, 13:17, 28:21, 28:22, 45:7, 104:14, 104:16, 122:17, 123:4, 124:11
**accessible** [1] - 83:13
**accessing** [1] - 24:24
**accommodate** [1] - 100:23
**account** [33] - 13:20, 27:14, 32:23, 33:16, 34:3, 34:5, 34:6, 34:11, 34:20, 36:18, 51:13, 51:15, 51:16, 55:25, 56:1, 56:16, 56:21, 70:21, 84:16, 84:17, 103:9, 103:10, 103:12, 117:6, 117:8, 117:10, 117:14, 118:22, 118:25, 121:19, 121:20, 121:22, 122:4, 123:11
**accounting** [1] - 29:8
**accounts** [9] - 12:17, 13:15, 27:3, 27:4, 51:18, 51:22, 52:6, 53:16, 103:7
**accurate** [5] - 32:15, 32:16, 33:10, 50:20, 86:4
**accurately** [1] - 31:19
**acronym** [1] - 118:9
**action** [1] - 54:11
**actions** [1] - 21:12
**active** [2] - 37:23, 115:16
**activities** [2] - 62:3, 81:11
**activity** [6] - 15:1, 15:4, 37:6, 49:14, 97:10, 106:1
**actor** [1] - 93:7
**actors** [13] - 18:19, 19:18, 93:2
**actual** [10] - 9:17, 22:7, 51:22, 55:18, 63:23, 86:25, 93:15, 98:10, 103:1, 122:2
**ad** [1] - 55:21
**add** [9] - 13:12, 33:9, 36:6, 64:11, 72:25, 73:12, 82:3, 82:21, 84:12
**add-on** [7] - 36:6, 64:11, 72:25, 73:12, 82:3, 82:21, 84:12
**add-ons** [1] - 13:12
**addition** [4] - 19:10,

19:12, 21:8, 117:25
**additional** [12] - 8:7, 8:11, 8:13, 8:14, 8:17, 8:22, 9:10, 10:4, 10:16, 11:1, 33:9
**address** [20] - 24:11, 24:13, 33:18, 35:17, 67:25, 68:2, 69:24, 69:25, 70:1, 71:21, 71:24, 71:25, 72:6, 123:11, 126:7, 128:13
**addressed** [1] - 5:19
**addresses** [4] - 10:10, 67:13, 68:24, 81:3
**addressing** [1] - 11:15
**administration** [1] - 35:1
**admissible** [1] - 40:5
**admission** [3] - 45:19, 90:11, 101:6
**admit** [18] - 42:12, 42:14, 47:14, 50:22, 51:7, 63:9, 70:25, 75:22, 77:15, 82:6, 89:6, 95:20, 101:20, 110:11, 117:23, 120:8, 126:17, 127:11
**admitted** [26] - 39:17, 42:11, 46:17, 51:6, 60:4, 63:16, 71:4, 76:2, 77:19, 79:18, 81:7, 87:21, 94:18, 101:11, 102:1, 102:5, 104:12, 110:18, 114:16, 118:6, 120:13, 126:25, 127:19, 127:25, 128:1, 128:23
**admitting** [2] - 30:19, 127:3
**advance** [1] - 102:5
**advertised** [6] - 13:4, 73:9, 73:13, 85:8, 85:10, 86:20
**advertisement** [2] - 63:7, 64:9
**advertisements** [2] - 67:19, 73:23
**advertises** [2] - 66:5, 66:6
**advertising** [8] - 59:8, 64:3, 65:25, 67:22, 101:19, 102:18, 117:20, 119:23
**advice** [2] - 76:12, 76:21
**advise** [2] - 76:5,

76:23
**affect** [3] - 10:4, 10:5, 46:19
**affects** [1] - 46:23
**affidavit** [3] - 39:8, 40:25, 44:2
**afternoon** [4] - 6:17, 15:18, 41:2, 100:20
**agencies** [1] - 19:8
**Agent** [48] - 11:13, 14:2, 14:19, 15:17, 15:18, 15:23, 17:7, 17:10, 17:25, 18:8, 18:21, 20:6, 29:21, 31:3, 31:8, 31:16, 34:24, 39:19, 41:6, 41:10, 42:18, 43:16, 44:12, 46:2, 47:3, 47:17, 48:12, 48:19, 48:24, 51:12, 53:6, 53:12, 59:19, 60:6, 64:2, 65:10, 66:19, 75:6, 75:16, 80:13, 80:18, 84:2, 89:8, 90:20, 101:13, 106:9, 114:7, 128:3
**agent** [7] - 11:14, 15:8, 18:1, 90:17, 105:5, 125:4, 129:2
**aggravating** [1] - 9:8
**aggregate** [1] - 116:22
**ago** [3] - 104:1, 104:4, 106:1
**agree** [4] - 8:21, 11:5, 31:5
**agreed** [2] - 8:6, 9:7
**agreement** [14] - 8:2, 8:9, 8:10, 8:21, 14:9, 14:11, 14:14, 14:15, 34:8, 72:9, 81:18, 82:17, 82:19, 82:20
**agrees** [1] - 31:8
**ahead** [1] - 51:10
**AIDED** [1] - 2:9
**Airport** [1] - 79:4
**ALEKSANDR** [2] - 1:6, 1:16
**Aleksandr** [3] - 3:2, 6:20, 72:16
**Algeria** [1] - 68:2
**algorithim** [2] - 88:21
**algorithm** [3] - 36:8, 36:9, 87:22
**alias** [2] - 44:23, 79:14
**aliases** [9] - 20:21, 20:22, 56:22, 56:23, 61:4, 61:7, 79:12,

79:16, 81:4
**allow** [1] - 61:21
**allowed** [4] - 12:22, 37:20, 56:8, 65:5
**allows** [6] - 22:20, 22:22, 26:15, 26:17, 34:18, 37:17
**almost** [2] - 60:23, 65:22
**alone** [3] - 42:3, 80:12, 111:2
**alphabetical** [2] - 72:1, 72:2
**alternative** [1] - 74:5
**altogether** [2] - 25:3, 123:9
**amendments** [1] - 4:11
**America** [9] - 3:2, 6:20, 6:21, 33:10, 36:14, 36:17, 36:18, 36:20, 122:11
**AMERICA** [1] - 1:3
**amount** [4] - 11:6, 43:21, 46:20, 124:12
**AMY** [1] - 1:9
**analogous** [1] - 83:18
**analogy** [1] - 99:9
**analysis** [2] - 39:12, 90:7
**Analysis** [1] - 48:23, 49:2
**analyze** [3] - 89:1, 91:9, 91:17
**analyzing** [1] - 126:13
**AND** [1] - 1:7
**ANDREEVICH** [2] - 1:6, 1:16
**Andrew** [1] - 57:4
**anonymity** [1] - 21:2
**answer** [1] - 24:7
**answering** [1] - 69:13
**answers** [1] - 5:8
**antivirus** [16] - 41:13, 41:25, 42:1, 43:23, 43:24, 44:5, 51:25, 52:2, 60:25, 70:8, 70:11, 87:9, 88:24, 88:25, 91:5, 115:18
**anyway** [1] - 31:24
**AOL** [1] - 104:3
**apologies** [1] - 15:13
**apologize** [2] - 97:24, 127:10
**appear** [2] - 69:15, 78:21

**APPEARANCES** [2] - 1:11, 2:1
**appeared** [2] - 114:5, 123:8
**applications** [1] - 36:23
**applied** [1] - 113:10
**apply** [1] - 30:6
**appreciate** [1] - 3:20
**approached** [1] - 56:10
**appropriate** [1] - 50:8
**April** [1] - 129:21
**Arabic** [2] - 76:17, 76:19
**area** [3] - 19:17, 29:19, 119:4
**areas** [1] - 18:4
**argue** [1] - 50:25
**arithmetic** [1] - 8:18
**Army** [2] - 27:5, 31:22
**arrest** [6] - 57:8, 57:11, 75:2, 76:24, 77:12, 79:5, 114:16, 123:2
**arrested** [7] - 72:13, 75:3, 75:4, 75:8, 78:10, 104:11, 116:8
**arrived** [1] - 14:22
**aspect** [3] - 19:10, 37:10, 46:2
**assess** [1] - 113:10
**assessment** [5] - 29:3, 48:13, 49:24, 50:11, 59:14
**assigned** [2] - 17:8, 17:9, 17:25
**assist** [1] - 7:24
**assistance** [2] - 13:3, 78:9
**assisted** [1] - 69:2
**associated** [8] - 14:5, 41:23, 44:19, 68:1, 68:3, 68:8, 110:10, 128:12
**ASSOCIATES** [1] - 2:2
**associates** [3] - 70:3, 71:13, 71:16
**assume** [2] - 77:9, 93:14
**assuming** [1] - 124:10
**astronomical** [1] - 14:7
**AT** [1] - 120:4
**ATL** [1] - 1:13
**Atlanta** [3] - 17:5,

17:9, 17:10
**ATLANTA** [6] - 1:2, 1:3, 1:15, 1:18, 2:4, 2:7
**ATS** [21] - 33:22, 33:23, 34:1, 36:19, 84:5, 85:10, 85:12, 85:17, 86:25, 87:1, 103:23, 108:17, 117:5, 117:21, 118:9, 118:11, 118:20, 119:16, 120:19, 121:20, 121:25
**ATS's** [5] - 85:21, 119:23, 120:1, 120:7, 120:16
**attach** [1] - 10:18
**attached** [3] - 11:2, 39:24, 47:7
**attachments** [2] - 40:18, 54:24
**attacker** [3] - 18:17, 18:18, 55:12
**attempted** [1] - 107:7
**attention** [3] - 31:16, 56:19, 61:12
**attenuated** [1] - 29:13
**attorney** [2] - 5:2, 76:22
**ATTORNEY'S** [1] - 1:13
**attorneys** [3] - 7:5, 7:9, 47:5
**attributable** [2] - 10:9, 124:12
**AU** [1] - 120:6
**August** [1] - 70:23
**AUSA** [2] - 1:12, 1:13
**Australia** [1] - 121:10
**Austria** [1] - 120:4
**authenticated** [1] - 36:25
**author** [11] - 29:8, 36:15, 42:12, 57:9, 57:16, 57:22, 64:15, 83:5, 83:6, 102:12, 118:13
**authorities** [1] - 80:21
**authorization** [2] - 12:12, 24:16
**autograph** [1] - 97:21
**automate** [6] - 12:1, 13:14, 26:18, 26:20, 26:22, 27:20
**automated** [18] - 13:12, 13:23, 27:1, 27:2, 34:1, 83:25,

84:5, 84:11, 85:17, 86:8, 86:20, 116:24, 117:2, 117:5, 118:12, 121:16, 121:17, 121:18
**available** [2] - 29:18, 55:7
**average** [2] - 78:17, 113:6
**aware** [4] - 51:12, 56:21, 57:11, 104:6

**B**

**Bachelor's** [1] - 17:21
**background** [2] - 17:20, 44:17
**balance** [4] - 34:10, 34:11, 34:12, 117:10
**Bangkok** [3] - 75:9, 79:4, 79:10
**bank** [38] - 13:15, 27:3, 27:14, 32:23, 32:25, 33:2, 34:3, 34:5, 34:6, 36:15, 38:9, 51:13, 51:15, 51:16, 51:18, 51:22, 52:6, 53:16, 55:25, 56:1, 84:16, 97:7, 97:10, 117:6, 117:8, 117:14, 117:20, 118:19, 118:22, 120:6, 120:7, 121:19, 121:22, 121:23, 122:4, 122:11
**Bank** [6] - 33:10, 36:14, 36:16, 36:17, 36:19, 118:9
**bank's** [1] - 82:4
**banking** [9] - 11:22, 12:3, 27:10, 27:11, 27:24, 32:22, 33:15, 53:22, 55:7
**banks** [9] - 13:2, 49:15, 50:5, 52:1, 85:21, 98:6, 119:16, 119:17
**Banks** [1] - 50:6
**banks'** [1] - 36:21
**base** [6] - 8:6, 38:23, 73:10, 73:12, 103:2, 111:22
**Based** [1] - 57:6
**based** [35] - 13:6, 20:22, 31:24, 32:7, 38:12, 38:22, 43:8, 43:12, 44:3, 48:12, 50:1, 50:13, 53:24, 54:7, 60:12, 62:10,

62:21, 66:9, 66:13, 67:16, 68:21, 69:1, 82:1, 86:22, 86:24, 88:12, 89:25, 92:23, 95:5, 106:20, 109:1, 109:5, 114:8, 115:13, 116:10
**basic** [2] - 64:10, 80:20
**basing** [2] - 53:20, 111:24
**basis** [5] - 53:10, 53:13, 59:1, 70:10, 116:10
**batch** [1] - 90:8
**bathroom** [1] - 79:7
**Bayliss** [4] - 72:12, 72:16, 72:17, 81:17
**become** [1] - 56:21
**BEFORE** [1] - 1:9
**beforehand** [1] - 15:13
**began** [1] - 76:4
**beginning** [1] - 89:21
**behalf** [1] - 75:24
**behind** [1] - 34:4
**believes** [1] - 105:5
**belonged** [1] - 96:18
**below** [1] - 108:20
**Bendelladj** [96] - 6:21, 7:1, 7:14, 9:4, 9:12, 9:15, 11:16, 12:21, 13:3, 13:7, 13:11, 13:17, 13:23, 14:14, 14:15, 14:23, 15:2, 16:6, 41:5, 44:24, 54:20, 58:13, 59:1, 59:7, 59:10, 59:11, 61:3, 61:9, 62:11, 62:15, 68:3, 68:9, 68:19, 69:2, 69:9, 71:25, 72:10, 73:1, 73:2, 75:1, 75:5, 75:7, 75:17, 75:19, 76:4, 76:15, 76:16, 76:18, 77:1, 77:21, 78:21, 79:11, 80:3, 80:12, 80:20, 80:24, 81:7, 83:24, 84:22, 85:10, 86:10, 86:22, 87:4, 87:5, 87:17, 92:1, 93:22, 96:18, 97:14, 97:16, 99:14, 100:8, 102:13, 102:18, 103:21, 106:4, 106:9, 106:11, 108:23, 110:14, 110:24, 112:1, 112:12, 112:23, 113:13, 114:14,

115:25, 116:13, 116:18, 120:11, 122:9, 122:10, 122:19, 123:14, 124:12, 129:6
**BENDELLADJ** [2] - 1:7, 2:1
**Bendelladj's** [26] - 58:19, 73:3, 73:16, 85:12, 86:4, 86:25, 91:25, 92:3, 93:20, 93:22, 97:17, 97:21, 99:16, 100:18, 104:24, 105:6, 109:16, 110:4, 114:8, 121:2, 122:18, 122:24, 124:21, 125:14, 126:12, 128:9
**benefit** [1] - 14:8
**best** [2] - 19:25, 111:18
**Best** [1] - 50:17
**better** [2] - 74:19, 89:18
**between** [17] - 11:22, 12:19, 25:17, 27:16, 28:19, 28:25, 55:17, 55:18, 56:13, 72:16, 81:10, 108:13, 108:14, 112:23, 122:2, 124:7
**beyond** [1] - 41:3
**bi** [1] - 23:18
**bi-directional** [1] - 23:18
**big** [2] - 62:18, 78:16
**billion** [3] - 11:24, 14:6, 14:18
**binaries** [1] - 87:13
**binary** [3] - 98:5, 98:7, 98:8
**Binary** [1] - 98:9
**bins** [2] - 101:19, 102:9
**bit** [11] - 17:24, 18:23, 19:1, 22:7, 40:12, 48:9, 87:2, 91:23, 100:19, 105:21, 122:3
**blow** [1] - 108:20
**blowup** [2] - 64:6, 65:9
**BOA** [1] - 36:13
**boasting** [1] - 114:2
**Bogachev** [5] - 57:18, 57:19, 57:21, 57:22, 74:17
**bolstering** [1] - 111:12
**books** [2] - 105:12,

105:13
**bot** [9] - 22:8, 22:16, 23:16, 23:25, 25:16, 25:22, 35:14, 37:17, 38:11
**botnet** [17] - 21:16, 21:17, 22:19, 22:21, 23:3, 26:1, 27:7, 37:23, 57:14, 57:23, 74:21, 81:8, 98:14, 108:4, 115:14, 116:19, 117:4
**Botnets** [1] - 26:8
**botnets** [15] - 13:12, 21:14, 21:20, 26:20, 26:22, 27:24, 28:20, 34:3, 44:20, 51:14, 55:2, 57:24, 81:9, 82:3, 116:22
**bots** [48] - 21:25, 22:15, 22:17, 23:9, 23:17, 24:1, 24:3, 24:4, 24:9, 24:15, 24:18, 25:25, 35:7, 37:11, 37:15, 37:18, 37:23, 38:3, 38:7, 82:9, 82:15, 102:22, 107:24, 108:4, 111:2, 111:4, 111:20, 113:25, 114:8, 114:10, 114:15, 114:17, 114:19, 114:21, 114:23, 115:1, 115:8, 115:12, 115:13, 115:16, 115:22, 115:23, 115:25, 116:2, 116:3, 116:9, 116:19, 116:22
**bottom** [3] - 24:1, 103:14, 107:20
**bought** [2] - 73:19, 74:8
**box** [2] - 55:4, 108:9
**brand** [1] - 65:23
**brands** [1] - 27:21
**breadth** [1] - 42:17
**break** [10] - 5:5, 5:13, 52:23, 81:21, 96:8, 96:12, 96:20, 96:22, 100:10, 100:12
**breakdown** [1] - 107:5
**brief** [4] - 32:11, 32:13, 109:13, 110:8
**briefings** [3] - 19:15, 19:18, 19:20
**bring** [2] - 81:20, 82:20
**brings** [1] - 8:23
**broad** [1] - 41:21

**broader** [1] - 45:12
**browser** [1] - 26:12
**browsers** [1] - 66:23
**buffer** [2] - 55:17, 122:1
**buffers** [1] - 25:6
**build** [1] - 21:3, 98:7
**builder** [1] - 98:4
**BUILDING** [2] - 1:14, 2:6
**bulbs** [1] - 37:14
**bull** [1] - 129:21
**BULL** [1] - 2:5
**bunch** [1] - 21:18
**Bureau** [1] - 16:3
**business** [6] - 19:11, 61:24, 105:2, 105:12, 105:15, 105:23
**button** [3] - 37:2, 37:11, 37:12
**buttons** [1] - 36:3
**buttressing** [1] - 29:15
**buy** [5] - 20:19, 62:1, 66:15, 73:8, 109:8
**Buy** [1] - 50:17
**BX1** [1] - 1:7
**Bx1** [29] - 44:24, 54:20, 61:8, 62:15, 65:14, 69:5, 69:18, 71:22, 79:14, 79:16, 79:18, 81:1, 87:17, 88:14, 101:18, 102:13, 106:17, 107:22, 108:13, 108:14, 108:20, 112:6, 112:8, 113:17, 117:20, 118:14, 119:15, 119:23, 121:5
**Bx1's** [1] - 108:24
**Bx1hotmail.com** [1] - 72:5
**BY** [44] - 16:1, 17:1, 31:2, 31:13, 41:9, 43:15, 47:2, 48:1, 48:11, 51:11, 54:9, 60:5, 60:11, 64:1, 68:4, 68:16, 69:17, 71:5, 74:11, 76:3, 77:20, 80:11, 85:13, 86:18, 89:20, 92:19, 94:19, 95:4, 97:1, 100:6, 101:12, 102:7, 105:17, 106:22, 107:19, 109:22, 110:22, 114:6, 115:7, 118:7, 120:14, 125:11, 128:2, 129:1

**C**

**calculating** [3] - 14:4, 14:10, 14:24
**calculation** [1] - 9:23
**campaign** [4] - 92:21, 92:24, 93:3, 93:6
**campaigns** [1] - 55:16
**capabilities** [2] - 60:19, 60:23
**capacity** [5] - 49:12, 62:9, 73:14, 74:8, 109:2
**capped** [2] - 8:10, 14:12
**capture** [4] - 32:3, 37:5, 107:2, 107:10
**captured** [2] - 37:4, 55:5
**captures** [1] - 33:4
**car** [3] - 111:10, 111:11, 111:15
**card** [21] - 12:3, 13:2, 13:20, 13:24, 27:1, 27:14, 28:23, 32:2, 32:3, 36:10, 36:11, 55:6, 55:11, 123:8, 123:24, 125:16, 125:21, 126:6, 126:7, 128:10, 128:12
**cards** [2] - 123:5, 126:21
**care** [2] - 5:24, 122:5
**Carolina** [1] - 17:23
**carry** [1] - 76:19
**carrying** [2] - 26:4, 123:2
**cars** [1] - 27:22
**cart** [1] - 126:1
**case** [31] - 3:3, 4:9, 6:25, 7:2, 8:23, 9:22, 11:14, 11:19, 14:6, 14:10, 14:25, 15:6, 22:8, 23:8, 24:7, 26:2, 29:9, 33:3, 34:1, 43:12, 43:22, 44:22, 44:24, 54:16, 87:23, 91:20, 97:15, 106:6, 106:16, 106:25
**cases** [7] - 23:13, 34:15, 50:16, 55:8, 56:3, 93:8, 115:24
**cash** [2] - 121:15, 122:8
**cash-outs** [1] - 122:8
**cashed** [1] - 122:11
**catalog** [1] - 88:25
**catalogued** [1] -

87:10
**catch** [1] - 48:10
**category** [1] - 106:19
**caught** [2] - 21:2, 115:18
**caused** [4] - 50:5, 50:7, 53:23, 54:5
**causing** [2] - 11:24, 13:20
**cc** [1] - 36:4
**CD** [1] - 124:20
**ceiling** [2] - 44:9, 114:9
**cell** [1] - 78:2
**Center** [2] - 48:23, 49:2
**central** [6] - 20:18, 21:19, 23:12, 23:15, 35:19, 61:25
**centralized** [3] - 22:1, 22:11, 22:14
**certain** [9] - 29:12, 31:19, 38:9, 56:1, 66:5, 74:18, 88:9, 88:16, 98:6
**certainly** [1] - 40:11
**CERTIFICATE** [1] - 129:14
**certified** [1] - 3:10
**certify** [1] - 129:15
**chain** [3] - 65:14, 89:11, 98:17
**change** [4] - 9:25, 21:5, 89:3, 91:11
**changed** [1] - 91:12
**changes** [2] - 48:6, 89:3
**character** [2] - 91:11, 128:8
**characterization** [2] - 41:16, 78:19
**characterize** [1] - 28:25
**Charles** [1] - 17:3
**chart** [2] - 106:10, 111:3
**chat** [17] - 59:9, 72:15, 73:3, 86:23, 104:5, 104:24, 108:19, 110:10, 111:8, 112:1, 112:2, 114:17, 115:3, 116:15, 121:9, 129:8
**chats** [29] - 38:23, 72:15, 82:14, 85:14, 85:19, 86:1, 86:4, 86:6, 86:10, 108:13, 108:14, 109:12, 109:13, 109:15, 109:24, 110:3, 110:7,

110:19, 110:23, 111:1, 112:14, 114:13, 116:12, 117:25, 118:2, 121:1, 121:4, 121:9, 122:8
**chief** [1] - 28:15, 29:17, 30:1, 30:15, 30:25
**children** [1] - 23:8
**choice** [1] - 120:7
**choose** [3] - 38:4, 38:6, 38:10
**chose** [1] - 76:19
**circumstances** [1] - 5:2
**Citadel** [1] - 27:24
**citing** [1] - 59:13
**citizen** [1] - 72:12
**citizens** [1] - 114:5
**claimed** [1] - 112:13
**clarification** [1] - 114:24
**clarify** [7] - 7:23, 30:11, 33:8, 41:7, 84:10, 92:5, 114:7
**classify** [1] - 18:13
**cleaned** [1] - 115:20
**cleaning** [1] - 50:14
**cleansed** [1] - 124:1
**cleanup** [1] - 50:19
**clear** [1] - 3:23
**CLERK** [2] - 15:18, 15:21
**clicks** [1] - 33:19
**client** [9] - 58:20, 59:15, 59:16, 65:16, 69:6, 69:19, 70:10, 96:15, 100:12
**clients** [9] - 58:7, 60:13, 70:2, 70:15, 71:12, 71:15, 81:20, 82:20, 127:9
**close** [6] - 11:24, 13:19, 14:6, 14:18, 70:3, 73:4
**CO** [1] - 120:5
**code** [25] - 11:21, 26:11, 32:23, 43:10, 57:15, 59:7, 61:12, 74:14, 74:17, 74:20, 82:2, 83:13, 83:15, 84:5, 84:13, 84:24, 85:4, 85:11, 86:25, 92:18, 113:2, 128:11, 128:12
**Code** [24] - 61:14, 61:15, 62:5, 62:8, 62:11, 62:16, 62:24, 63:1, 63:6, 65:5, 65:8, 66:10, 67:19, 73:13,

85:9, 101:18, 103:21, 104:12, 104:16, 109:1, 109:2, 117:19, 118:1, 119:22
**Code.com** [1] - 13:5
**codefendant** [2] - 12:20, 13:3
**codes** [1] - 120:3
**codeveloped** [1] - 72:24
**codeveloping** [1] - 72:18
**coin** [1] - 105:21
**collaborate** [2] - 20:13, 20:18
**collaborating** [1] - 49:6
**collaboration** [1] - 19:25
**collected** [3] - 94:10, 111:2, 114:10
**collector** [1] - 23:21
**colloquy** [2] - 6:10, 6:23
**column** [2] - 106:7, 107:4
**combine** [1] - 116:21
**comfortable** [5] - 3:7, 3:10, 3:12, 16:9, 16:13
**command** [24] - 12:9, 12:15, 23:5, 23:6, 23:19, 24:4, 24:8, 24:10, 24:12, 24:17, 24:19, 24:23, 25:7, 25:9, 25:13, 25:16, 28:22, 32:12, 35:4, 36:12, 91:17, 114:1, 116:13, 116:16
**commands** [1] - 23:12
**commenting** [1] - 108:8
**comments** [4] - 65:3, 65:6, 65:8, 65:15
**commitments** [2] - 105:15, 105:16
**common** [11] - 27:4, 43:10, 66:15, 87:11, 88:14, 88:15, 88:19, 90:25, 104:7, 105:13, 122:6
**commonly** [6] - 27:6, 36:9, 56:17, 74:3, 105:21
**communicate** [6] - 21:3, 24:3, 24:19, 32:14, 104:5, 104:8
**communicated** [1] - 72:23

**communicating** [2] - 63:1, 104:7
**communication** [1] - 32:13
**communications** [4] - 56:13, 58:17, 85:16, 93:19
**community** [4] - 19:11, 87:12, 88:18, 112:15
**companies** [17] - 13:2, 17:15, 17:18, 19:1, 38:19, 42:1, 43:9, 61:1, 70:8, 70:12, 87:9, 88:24, 88:25, 89:8, 89:10, 89:13, 94:7
**company** [22] - 17:14, 28:14, 40:14, 41:14, 41:25, 51:23, 51:25, 67:10, 87:14, 89:10, 89:14, 89:22, 90:15, 90:16, 90:19, 90:20, 90:23, 91:5, 91:13, 115:21, 121:15
**Company** [1] - 105:24
**comparable** [1] - 104:3
**comparison** [1] - 53:20
**competent** [1] - 40:10
**competitor** [1] - 74:3
**compile** [2] - 89:8, 98:5
**compiled** [2] - 97:6, 97:11
**complete** [1] - 46:5
**completely** [1] - 16:8
**completeness** [1] - 10:13
**complex** [1] - 95:8
**complies** [1] - 108:7
**component** [1] - 12:22
**components** [4] - 31:17, 31:18, 31:19, 32:18
**compressed** [1] - 125:17
**compromise** [2] - 51:16, 126:14
**compromised** [5] - 51:23, 52:5, 55:1, 55:10, 55:11
**computation** [1] - 9:18
**computer** [69] - 11:21, 12:10, 17:16,

18:6, 18:9, 18:13, 18:15, 18:16, 22:25, 23:7, 23:11, 23:12, 24:5, 24:6, 24:14, 32:14, 33:6, 35:15, 35:16, 35:18, 37:7, 37:18, 48:4, 48:5, 48:6, 48:17, 49:22, 49:25, 50:7, 50:12, 50:15, 58:6, 60:8, 60:24, 73:4, 77:22, 77:24, 78:17, 78:18, 82:14, 84:17, 85:12, 86:24, 87:1, 91:13, 93:20, 93:23, 99:6, 104:24, 110:4, 113:1, 113:4, 114:1, 114:4, 115:19, 117:10, 121:2, 122:18, 122:21, 122:24, 123:5, 123:18, 124:5, 124:11, 126:12, 126:14, 128:9

**computer's** [1] - 48:7
**computers** [50] - 11:24, 12:7, 12:8, 12:11, 13:9, 13:10, 13:18, 21:18, 21:22, 21:25, 22:2, 22:5, 22:10, 22:22, 22:24, 23:2, 23:10, 25:4, 25:17, 26:6, 26:9, 27:13, 28:6, 28:24, 35:7, 35:10, 35:20, 35:21, 36:7, 38:14, 44:3, 44:4, 45:8, 49:19, 55:4, 77:11, 78:1, 82:15, 91:4, 91:8, 91:19, 94:8, 98:20, 99:11, 107:13, 115:16, 115:17, 123:14, 125:24

**concern** [2] - 5:18, 96:19
**concerned** [2] - 5:19, 9:18
**concerns** [4] - 4:19, 5:12, 7:5, 7:9
**concluded** [2] - 80:1, 87:1
**conclusion** [2] - 31:3, 97:19
**conclusions** [4] - 31:8, 31:11, 67:16, 68:18
**concur** [1] - 48:13
**conduct** [10] - 7:18, 8:16, 11:7, 14:5, 14:25, 15:5, 27:3, 75:1, 76:18, 122:23

**conducted** [3] - 15:4, 112:13, 112:14
**conducting** [4] - 22:9, 55:18, 79:1, 121:25
**confidential** [2] - 12:2, 12:6
**confirm** [2] - 82:11, 113:25
**confirmed** [2] - 88:12, 88:13
**confused** [1] - 45:6
**confusing** [1] - 97:25
**connect** [4] - 23:11, 25:7, 25:12, 64:5
**connected** [3] - 37:20, 44:5, 100:7
**connecting** [1] - 22:9
**consent** [5] - 77:6, 77:8, 77:9, 77:10, 78:6
**conservative** [4] - 14:21, 38:25, 44:8, 44:10
**consider** [5] - 30:10, 30:24, 45:7, 47:13
**consideration** [1] - 46:23
**considered** [2] - 27:9, 30:7
**consolidate** [1] - 40:7
**conspiracies** [1] - 21:6
**conspired** [1] - 12:20
**consulting** [1] - 17:18
**contact** [2] - 103:22, 120:6
**contain** [1] - 88:13
**contained** [9] - 87:15, 87:16, 103:10, 123:7, 123:23, 125:16, 125:21, 127:16, 127:19
**containing** [2] - 13:8, 124:20
**contains** [6] - 88:5, 88:11, 125:13, 126:19, 127:7, 128:9
**contemplates** [1] - 14:3
**content** [3] - 28:17, 89:3, 118:17
**contents** [3] - 39:17, 87:16, 88:11
**context** [7] - 21:6, 21:23, 25:8, 29:21, 78:16, 81:8, 110:7
**CONTINUED** [1] -

2:1
**continuous** [1] - 98:16
**control** [39] - 12:9, 12:10, 12:15, 21:19, 21:25, 22:16, 23:3, 23:6, 23:20, 24:4, 24:8, 24:11, 24:12, 24:17, 24:20, 24:24, 25:7, 25:9, 25:13, 25:16, 28:21, 28:22, 32:12, 34:25, 35:2, 35:4, 36:2, 36:12, 37:11, 38:1, 71:19, 91:5, 91:17, 106:18, 114:23, 115:23, 116:13, 116:16
**controlled** [5] - 81:9, 114:17, 115:1, 115:4, 116:19
**controversy** [1] - 9:24
**conversation** [5] - 52:14, 54:3, 74:12, 79:8, 103:25
**conversations** [6] - 59:9, 60:15, 72:16, 104:19, 104:21, 112:2
**copies** [7] - 46:7, 46:10, 46:12, 52:25, 96:8, 96:11, 96:24
**copy** [9] - 46:5, 46:10, 59:11, 73:15, 83:21, 91:9, 95:22, 96:13, 110:5
**Cor** [2] - 61:10, 81:5
**corporation** [2] - 17:13, 49:4
**corporations** [2] - 19:6, 19:7
**correct** [23] - 8:19, 9:23, 10:8, 11:8, 15:10, 15:13, 24:1, 25:23, 59:24, 64:20, 64:25, 86:11, 93:18, 99:19, 100:22, 105:8, 109:15, 109:25, 110:1, 116:3, 123:19, 128:25, 129:15
**cost** [7] - 50:4, 50:11, 50:19, 73:8, 73:11, 73:12, 74:5
**Costa** [1] - 105:24
**costs** [1] - 49:18
**coterm** [1] - 41:15
**counsel** [18] - 3:16, 3:22, 3:25, 4:6, 4:15, 4:16, 5:4, 5:8, 5:11, 5:14, 52:16, 53:1, 100:10, 100:16,

100:18, 102:3, 127:8, 129:6
**count** [1] - 68:10
**counterintelligence** [1] - 19:5
**counterterrorism** [1] - 19:4
**countries** [2] - 121:11, 121:12
**country** [5] - 35:18, 107:6, 119:1, 119:10, 120:3
**country's** [1] - 119:8
**couple** [2] - 37:14, 82:18
**course** [16] - 10:9, 15:14, 56:20, 61:3, 68:22, 73:17, 74:25, 76:25, 77:5, 78:20, 79:6, 93:7, 109:23, 112:7, 114:10, 121:1
**court** [3] - 28:8, 46:13, 48:9
**Court** [17] - 3:10, 7:24, 14:20, 21:15, 29:20, 29:21, 30:7, 30:11, 41:4, 42:20, 45:1, 47:12, 47:13, 59:4, 89:12, 96:12, 113:24
**COURT** [193] - 1:1, 1:10, 2:5, 2:6, 3:1, 3:7, 3:9, 3:13, 3:21, 4:4, 4:8, 4:11, 4:14, 4:18, 4:22, 4:25, 5:11, 5:17, 5:21, 5:23, 6:6, 6:13, 6:17, 7:4, 7:8, 7:11, 7:13, 7:22, 7:25, 8:5, 8:24, 9:2, 9:6, 9:13, 10:2, 10:11, 10:23, 11:5, 11:9, 11:18, 15:9, 16:4, 16:13, 29:6, 29:23, 30:9, 30:13, 30:22, 31:10, 39:24, 40:6, 41:8, 42:14, 43:1, 43:5, 43:14, 45:5, 45:11, 45:16, 45:18, 46:7, 46:9, 46:14, 46:19, 47:1, 47:4, 47:10, 47:14, 47:22, 47:24, 48:9, 50:24, 51:2, 51:6, 51:10, 52:8, 52:11, 52:16, 52:22, 52:25, 53:8, 53:14, 53:18, 54:1, 54:5, 58:24, 59:12, 59:18, 59:20, 59:25, 60:4, 60:7, 60:10, 63:10, 63:13, 63:16,

63:19, 63:24, 67:20, 67:22, 68:7, 68:12, 68:15, 69:7, 69:16, 71:1, 71:4, 73:19, 73:23, 74:10, 75:23, 76:1, 77:17, 77:19, 79:19, 80:3, 80:7, 80:10, 84:20, 85:5, 86:12, 89:18, 90:12, 90:21, 91:23, 92:7, 92:11, 93:9, 93:13, 93:17, 93:24, 94:2, 94:9, 94:12, 94:15, 94:18, 94:25, 95:22, 96:2, 96:5, 96:13, 96:20, 97:13, 97:18, 98:8, 98:25, 99:13, 99:20, 100:5, 100:9, 100:14, 100:23, 101:3, 101:6, 101:9, 101:11, 101:22, 101:25, 105:9, 106:13, 107:11, 107:15, 107:18, 110:13, 110:17, 111:6, 111:9, 111:23, 113:8, 113:20, 114:20, 115:2, 115:6, 118:5, 120:9, 120:12, 124:23, 125:6, 125:9, 126:18, 126:22, 126:25, 127:5, 127:8, 127:13, 127:20, 127:23, 127:25, 128:16, 128:18, 128:20, 128:23, 129:5
**Court's** [2] - 11:11, 96:19
**Court-filed** [1] - 47:12
**courtroom** [2] - 5:14, 10:21
**cover** [1] - 80:24
**covers** [1] - 99:8
**CR** [1] - 1:3
**crack** [4] - 82:24, 83:2, 83:7, 83:10
**cracked** [3] - 82:22, 82:23, 99:24
**cracking** [3] - 83:11, 83:14, 100:3
**Craigslist** [1] - 55:21
**create** [2] - 22:22, 25:25
**created** [2] - 36:15, 99:7
**creates** [1] - 22:7
**creating** [1] - 22:4
**credentials** [4] - 12:3, 29:9, 55:7,

55:11
**credit** [25] - 12:3, 13:2, 13:20, 13:24, 27:1, 27:14, 28:23, 32:2, 32:3, 36:10, 36:11, 55:6, 55:11, 111:19, 123:5, 123:8, 123:24, 125:16, 125:21, 126:1, 126:6, 126:7, 126:21, 128:10, 128:12
**crime** [6] - 18:10, 19:2, 19:5, 19:9, 44:25, 55:18
**crimes** [2] - 18:3, 39:10
**crimeware** [1] - 22:19
**criminal** [23] - 6:21, 8:16, 13:5, 13:6, 14:5, 18:10, 18:18, 21:11, 25:8, 38:24, 57:1, 59:7, 61:14, 61:15, 61:18, 73:7, 73:14, 86:23, 103:16, 103:17, 104:13, 113:18
**criminals** [3] - 13:24, 20:24, 61:25
**cripple** [1] - 113:21
**critiqued** [1] - 42:15
**cross** [3] - 29:10, 40:11, 42:15
**cross-examination** [1] - 42:15
**cross-examine** [2] - 29:10, 40:11
**CRR** [2] - 2:5, 129:21
**Cupenhand** [4] - 44:15, 47:18, 48:2, 48:14
**currency** [2] - 105:19, 105:20
**current** [1] - 8:12
**custom** [1] - 85:20
**customer** [1] - 98:18
**customers** [9] - 38:23, 52:6, 53:24, 58:8, 58:9, 64:14, 70:10, 92:15, 106:5
**customize** [1] - 12:23
**customized** [1] - 119:16
**CVV** [3] - 123:12, 126:7, 128:11
**cyber** [16] - 18:3, 18:4, 18:9, 19:2, 19:5, 19:9, 20:4, 25:10, 36:22, 49:7, 58:10,

88:15, 89:24, 91:2, 92:25
**Cyber** [4] - 13:24, 17:9, 17:11, 17:25
**cybercrime** [16] - 19:17, 19:23, 21:6, 22:9, 28:3, 55:16, 61:24, 61:25, 62:3, 62:22, 66:17, 81:11, 112:4, 112:8, 112:15, 123:11
**cybercriminal** [31] - 20:9, 20:11, 22:16, 22:20, 23:10, 23:14, 24:7, 25:6, 28:5, 32:6, 33:7, 33:20, 34:7, 34:13, 35:3, 36:7, 37:3, 37:17, 37:22, 55:12, 55:23, 56:12, 57:25, 61:22, 98:4, 98:11, 98:14, 104:25, 108:11, 112:17, 122:2
**cybercriminals** [33] - 11:23, 12:8, 12:11, 12:15, 12:23, 20:13, 20:18, 20:20, 21:23, 24:23, 25:8, 26:16, 26:18, 26:20, 54:18, 54:19, 56:14, 56:18, 57:10, 62:1, 62:25, 74:5, 83:2, 104:6, 104:7, 104:17, 105:10, 109:25, 112:3, 112:24, 115:12, 122:7

# D

**daily** [3] - 70:10, 115:24, 116:10
**damage** [5] - 48:17, 49:21, 49:24, 50:4, 50:7
**damages** [1] - 48:3
**Daniel** [2] - 61:10, 81:5
**Danny** [1] - 61:11
**Dark** [25] - 13:5, 61:14, 61:15, 62:5, 62:8, 62:11, 62:16, 62:24, 63:1, 63:6, 65:5, 65:8, 66:9, 67:19, 73:13, 85:9, 101:18, 103:21, 104:12, 104:16, 109:1, 109:2, 117:19, 118:1, 119:22
**dark** [2] - 59:7, 61:12
**dashboard** [1] - 37:8
**data** [19] - 12:14, 23:14, 36:10, 37:24,

38:11, 42:10, 55:15, 78:13, 78:15, 82:6, 89:4, 106:15, 124:1, 126:6, 126:11, 126:13, 128:5, 128:6
**date** [11] - 64:21, 67:20, 67:22, 70:22, 102:14, 118:15, 120:24, 123:2, 123:12, 128:10, 129:21
**dates** [1] - 124:3
**day-to-day** [1] - 18:20
**DE** [3] - 118:9, 118:19
**de** [1] - 128:6
**de-limited** [1] - 128:6
**deal** [2] - 6:9, 29:2
**dealing** [5] - 5:9, 8:14, 20:24, 24:25, 41:2
**deals** [1] - 11:19
**dealt** [2] - 5:5, 93:24
**DEBRA** [1] - 2:5
**December** [1] - 126:15
**declarant** [1] - 47:8
**declaration** [20] - 39:4, 39:8, 39:11, 40:3, 40:19, 40:23, 41:3, 41:7, 41:11, 41:23, 42:13, 44:16, 45:7, 47:3, 47:7, 47:8, 47:18, 48:2
**declarations** [2] - 45:3, 45:12
**decode** [1] - 96:7
**deepest** [1] - 48:6
**default** [1] - 55:5
**DEFENDANT** [21] - 1:8, 1:16, 3:6, 3:8, 3:12, 3:20, 4:3, 4:7, 4:10, 4:13, 4:17, 4:21, 4:24, 5:10, 5:22, 7:3, 7:7, 7:10, 7:12, 16:12, 16:15
**defendant** [10] - 8:1, 9:12, 12:18, 13:7, 13:17, 14:8, 44:22, 44:23, 83:7, 110:20
**Defendant** [9] - 9:1, 9:4, 11:16, 14:14, 14:15, 14:23, 15:2, 109:21, 109:24
**Defendant's** [1] - 89:23
**defendants** [3] - 9:12, 44:18, 44:22
**Defendants** [4] -

11:15, 11:17, 32:11, 45:19
**defense** [4] - 52:20, 90:24, 102:3, 127:8
**deja** [1] - 61:9
**DEJA** [1] - 61:9
**Del** [1] - 81:5
**del** [1] - 61:10
**deliver** [3] - 26:6, 66:11
**delivered** [1] - 33:25
**delivery** [1] - 26:3
**demand** [1] - 74:7
**denied** [3] - 79:15, 79:16, 81:1
**depict** [1] - 31:19
**depicting** [1] - 32:6
**depictions** [1] - 109:15
**depicts** [1] - 31:22
**describe** [1] - 94:2
**described** [7] - 10:7, 60:21, 61:16, 88:6, 89:8, 93:3, 94:7
**describes** [4] - 22:8, 28:19, 91:4, 102:22
**description** [2] - 10:6, 116:25
**designed** [4] - 12:1, 13:14, 27:20, 97:23
**detail** [1] - 126:10
**details** [2] - 64:9, 119:12
**detained** [1] - 77:21
**detect** [4] - 61:1, 70:13, 70:15, 117:5
**detected** [1] - 33:17
**determine** [2] - 25:21, 113:22
**develop** [3] - 12:21, 38:20, 120:7
**developed** [6] - 13:11, 42:21, 72:24, 87:1, 87:21, 102:24
**developer** [2] - 12:18, 54:14
**developers** [1] - 36:23
**developing** [1] - 72:14
**developments** [1] - 6:2
**device** [1] - 124:11
**devices** [3] - 78:3, 122:17, 123:4
**diagram** [2] - 33:22, 34:17
**difference** [2] - 28:25, 93:18
**differences** [1] - 10:4

**different** [40] - 9:22, 10:6, 23:19, 25:17, 25:24, 26:24, 27:21, 27:22, 28:2, 31:18, 31:23, 32:7, 33:24, 35:9, 40:12, 43:11, 51:20, 57:10, 62:2, 62:3, 66:17, 66:20, 68:24, 68:25, 81:4, 81:5, 83:6, 85:21, 91:23, 93:7, 95:9, 95:16, 98:2, 102:24, 106:20, 116:22, 127:5
**difficult** [1] - 25:21
**digest** [1] - 88:21
**digit** [1] - 128:11
**digital** [7] - 39:10, 44:25, 77:11, 78:11, 78:14, 86:6, 125:14
**dire** [2] - 39:22, 90:12
**DIRECT** [1] - 15:25
**direct** [1] - 100:25
**directional** [2] - 23:18, 23:22
**directions** [1] - 55:23
**directly** [9] - 22:9, 25:13, 55:13, 69:4, 90:1, 92:8, 118:18, 121:24
**disavowed** [1] - 66:14
**discovered** [1] - 72:15
**discovery** [2] - 52:21, 53:2
**discuss** [3] - 4:14, 4:20, 7:5
**discussed** [8] - 26:22, 38:24, 54:13, 74:1, 81:12, 84:9, 95:3, 116:16
**discussing** [2] - 9:25, 10:9
**discussion** [1] - 79:3
**discussions** [1] - 87:20
**disk** [9] - 88:5, 90:18, 94:15, 96:7, 110:5, 126:19, 127:6, 127:19, 127:20
**dismantled** [4] - 61:17, 62:17, 62:19, 105:25
**display** [1] - 34:10
**displayed** [2] - 34:11, 73:10
**dispute** [1] - 46:22
**dissemination** [1] - 51:19

**distinguishes** [1] - 27:17
**distribute** [1] - 57:9
**distributes** [1] - 89:14
**distributor** [2] - 12:18, 54:14
**DISTRICT** [3] - 1:1, 1:1, 1:10
**distrust** [1] - 30:17
**DIVISION** [1] - 1:2
**do-it-yourself** [1] - 26:16
**doc.exc** [1] - 98:10
**docket** [3] - 40:3, 40:4, 48:21
**document** [13] - 31:9, 39:5, 39:14, 39:17, 42:3, 50:23, 52:8, 60:12, 90:11, 91:16, 95:15, 96:14, 99:7
**documented** [2] - 32:9, 84:8
**documents** [9] - 40:17, 44:14, 47:12, 59:5, 100:10, 110:10, 123:6, 123:7, 129:8
**dollar** [1] - 15:3
**dollars** [25] - 8:11, 11:24, 13:20, 14:6, 14:12, 14:19, 14:21, 34:13, 34:14, 50:6, 50:19, 73:11, 73:13, 73:20, 73:22, 74:9, 81:10, 122:11, 122:12, 122:14, 122:15, 124:14, 125:1, 125:2
**domains** [2] - 44:19, 81:5
**done** [9] - 36:22, 48:17, 49:22, 49:24, 55:3, 56:5, 97:23, 100:15, 105:15
**doorway** [1] - 31:7
**dot** [1] - 58:7
**down** [15] - 3:4, 3:16, 22:15, 38:10, 48:9, 51:7, 59:20, 64:12, 81:21, 104:16, 106:2, 107:20, 115:21, 122:5, 124:1
**download** [2] - 71:12, 71:13
**drained** [1] - 34:14
**draw** [2] - 67:16, 68:18
**drew** [1] - 86:14
**drill** [1] - 38:10

**DRIVE** [2] - 1:14, 2:7
**drive** [3] - 85:17, 103:2, 124:21
**drives** [3] - 78:2, 123:1, 123:13
**drop** [5] - 34:6, 103:15, 117:9, 121:15, 122:1
**drops** [9] - 55:9, 55:14, 56:14, 56:17, 121:3, 121:6, 121:7, 121:8, 121:10
**duly** [1] - 15:19
**duplicates** [1] - 125:24
**duplication** [1] - 125:7
**duplicative** [1] - 123:22
**During** [2] - 73:17, 108:10
**during** [17] - 7:19, 10:8, 39:1, 42:15, 48:5, 56:20, 61:3, 74:25, 77:5, 78:20, 78:24, 79:11, 83:24, 84:6, 109:23, 121:1, 122:19
**duties** [2] - 17:15, 18:8

---

**E**

**e-mails** [4] - 13:8, 54:24, 70:20, 71:11
**earliest** [1] - 124:8
**early** [4] - 8:22, 14:9, 74:2, 100:19
**easier** [1] - 29:2
**easiest** [1] - 115:12
**easy** [3] - 10:25, 24:22, 28:5
**EBuddy** [1] - 103:1
**educate** [1] - 19:16
**educational** [1] - 17:20
**effect** [3] - 9:25, 10:9, 100:9
**effective** [1] - 109:4
**egregious** [2] - 62:25, 117:12
**eight** [1] - 128:23
**eighteen** [1] - 110:17
**eighty** [1] - 126:8
**eighty-five** [1] - 126:8
**either** [10] - 45:19, 52:16, 69:3, 83:16, 87:8, 87:24, 95:25, 98:1, 110:20, 112:11

**elite** [3] - 61:18, 61:23, 62:23
**elsewhere** [1] - 96:8
**email** [15] - 33:18, 69:24, 69:25, 70:1, 70:22, 71:6, 71:7, 71:10, 71:21, 71:23, 72:4, 72:6, 81:3, 128:13
**embarrassed** [1] - 3:18
**embedded** [16] - 87:19, 87:23, 89:23, 92:2, 92:12, 92:17, 95:9, 95:10, 97:17, 98:3, 98:11, 98:16, 99:6, 99:8, 99:12, 99:23
**embedding** [1] - 91:25
**emerging** [1] - 19:23
**EMILY** [1] - 2:1
**empire** [1] - 57:14
**employed** [2] - 16:2, 17:4
**empty** [1] - 5:14
**enabling** [2] - 12:8, 106:1
**encountered** [1] - 109:24
**encrypted** [1] - 104:22
**end** [9] - 5:3, 5:24, 42:15, 43:18, 48:5, 92:20, 100:17, 100:19, 104:16
**END** [1] - 129:12
**end-user's** [1] - 48:5
**endeavor** [1] - 53:7
**ended** [1] - 126:11
**endorsed** [1] - 86:16
**ends** [1] - 8:20
**enforcement** [12] - 18:2, 19:8, 20:2, 20:16, 25:12, 38:22, 56:10, 56:11, 63:1, 87:8, 93:1, 104:14
**English** [10] - 16:8, 16:9, 16:14, 61:18, 62:23, 71:15, 71:17, 76:14, 76:19, 76:20
**English-speaking** [2] - 61:18, 62:23
**enlarged** [1] - 65:11
**enormous** [1] - 14:8
**ensures** [1] - 89:4
**entire** [4] - 19:24, 67:1, 110:19, 115:21
**entirety** [1] - 129:2
**entitled** [2] - 31:17,

129:16
**entity** [2] - 43:16, 105:22
**enumerate** [1] - 97:5
**enumerating** [1] - 10:21
**equipment** [4] - 77:22, 77:24, 123:5, 124:6
**erroneously** [1] - 15:11
**especially** [1] - 21:20
**ESQ** [3] - 1:16, 2:1, 2:2
**essence** [1] - 103:12
**essentially** [2] - 7:19, 125:2
**estimate** [5] - 38:25, 44:9, 44:10, 49:21, 114:8
**estimation** [1] - 44:8
**euro** [1] - 119:4
**Euros** [2] - 122:12, 122:13
**evaluated** [1] - 42:16
**evening** [3] - 75:8, 79:6, 79:23
**event** [1] - 100:11
**everywhere** [1] - 121:6
**Evgeniy** [1] - 57:17
**Evidence** [1] - 30:6
**evidence** [11] - 40:10, 42:13, 59:13, 59:23, 69:20, 78:8, 87:3, 111:25, 112:25, 113:4, 113:17
**evolve** [2] - 20:6, 20:7
**exact** [1] - 62:20
**exactly** [6] - 41:19, 91:3, 94:6, 99:14, 99:22, 106:24
**EXAM** [1] - 15:25
**examination** [3] - 42:15, 100:24, 100:25
**examine** [2] - 29:10, 40:11
**example** [24] - 32:20, 33:10, 33:13, 33:14, 33:24, 34:20, 35:15, 35:24, 36:3, 37:16, 38:7, 54:19, 55:19, 56:5, 70:11, 71:17, 88:17, 88:23, 92:14, 99:4, 103:3, 103:6, 105:21, 121:4
**examples** [2] - 26:7, 35:13
**Excel** [2] - 58:7,

123:6
**except** [1] - 67:24
**exchanges** [1] - 105:21
**exclude** [1] - 123:20
**exclusive** [1] - 13:6
**exclusively** [1] - 15:4
**excuse** [8] - 19:6, 25:4, 26:12, 28:22, 36:17, 69:1, 73:11, 81:4
**excused** [1] - 6:14
**executable** [1] - 98:9
**execute** [1] - 54:16
**exfiltrate** [1] - 23:14
**exfiltration** [1] - 23:21
**exhibit** [59] - 10:18, 28:7, 28:8, 29:5, 39:3, 45:22, 45:23, 47:6, 47:9, 47:21, 48:20, 50:22, 58:2, 59:22, 60:1, 60:6, 60:7, 63:3, 63:9, 68:6, 70:17, 70:25, 76:8, 77:13, 77:16, 88:2, 89:6, 89:16, 94:15, 94:17, 94:20, 95:21, 96:17, 101:3, 101:8, 101:15, 101:21, 101:25, 109:19, 110:2, 110:6, 110:7, 117:16, 117:18, 117:23, 118:5, 119:19, 120:8, 120:12, 124:17, 125:12, 126:17, 126:25, 127:1, 127:11, 127:15, 128:3, 128:15
**exhibits** [14] - 44:15, 45:14, 45:16, 59:21, 75:12, 75:22, 76:1, 89:11, 95:23, 96:9, 96:21, 100:15, 102:3, 110:12
**exist** [2] - 43:18, 89:15
**expect** [2] - 109:3, 109:5
**experience** [13] - 18:20, 20:8, 20:22, 21:24, 32:8, 48:13, 66:13, 90:16, 109:1, 109:6, 115:14, 116:11, 117:12
**expert** [7] - 6:4, 29:14, 29:24, 32:9, 40:13, 40:14
**expertise** [1] - 29:20
**experts** [1] - 29:12

**expiration** [2] - 123:12, 128:10

**explain** [3] - 21:16, 81:13, 87:7

**explained** [1] - 3:17

**explaining** [1] - 90:3

**explanation** [1] - 115:12

**expressly** [2] - 10:15, 11:1

**extent** [5] - 8:8, 14:10, 46:23, 53:14, 103:5

**external** [4] - 78:2, 121:23, 123:13, 124:21

**extra** [2] - 46:10, 96:13

**extremely** [2] - 29:13, 122:8

**F**

**fabulous** [1] - 111:16

**face** [6] - 20:25, 25:1, 65:21

**face-to-face** [3] - 20:25, 25:1, 65:21

**Facebook** [11] - 34:20, 67:2, 102:10, 103:1, 103:3, 103:4, 103:7, 103:9, 103:10, 103:12, 106:21

**facilitated** [1] - 12:6

**fact** [8] - 19:4, 34:10, 68:18, 77:22, 79:18, 93:14, 107:12, 117:13

**factors** [3] - 11:17, 40:7, 46:24

**facts** [1] - 59:3

**factual** [2] - 59:1, 59:3

**fair** [3] - 29:3, 78:19, 123:9

**fake** [1] - 25:3

**false** [7] - 25:2, 33:1, 33:13, 34:6, 56:24, 57:2, 61:10

**familiar** [8] - 20:9, 41:10, 50:18, 57:3, 92:20, 101:13, 106:24, 124:15

**familiarity** [1] - 29:9

**far** [8] - 9:23, 10:2, 41:2, 41:3, 45:22, 61:17, 62:25, 90:16

**fashion** [1] - 89:8

**fast** [2] - 102:22, 111:15

**FBI** [24] - 11:13,

17:5, 17:6, 18:1, 18:2, 19:3, 19:16, 20:5, 49:10, 52:20, 57:25, 58:11, 62:17, 73:14, 73:21, 74:8, 78:4, 78:8, 78:12, 90:7, 97:2, 104:11, 104:15, 112:6

**FBI's** [1] - 112:6

**FD** [9] - 52:13, 75:10, 75:16, 76:12, 76:25, 77:25, 84:1, 94:24, 95:2

**fear** [1] - 104:12

**feature** [9] - 21:5, 28:2, 34:2, 34:16, 34:18, 36:15, 37:24, 82:3, 103:17

**features** [16] - 26:24, 27:25, 28:4, 31:23, 33:4, 33:25, 36:6, 42:24, 60:22, 64:5, 64:11, 72:18, 72:25, 73:12, 82:21, 84:12

**Federal** [1] - 16:3

**few** [5] - 6:14, 11:12, 107:25, 108:5, 114:22

**fictitious** [1] - 84:18

**fields,for** [1] - 33:13

**fifteen** [3] - 94:25, 95:1, 101:11

**fifty** [1] - 94:25

**figure** [4] - 14:22, 15:3, 24:22, 42:5, 47:15, 52:11, 53:7, 53:9, 53:13, 63:21, 114:7, 125:3

**figures** [2] - 14:11, 41:22

**file** [18] - 48:8, 89:2, 89:3, 94:3, 95:13, 95:15, 98:9, 124:20, 124:22, 125:13, 125:15, 125:17, 126:2, 126:5, 126:20, 128:6

**filed** [7] - 7:17, 32:11, 39:3, 40:2, 47:12, 48:21, 50:22

**files** [10] - 87:16, 88:22, 90:4, 95:9, 95:11, 96:15, 97:6, 114:1, 114:3, 123:9, 123:22, 124:4, 124:15, 125:1, 125:18

**filings** [1] - 4:12

**final** [1] - 8:3

**Financial** [2] - 48:22, 49:1

**financial** [21] - 11:25,

12:2, 12:12, 12:14, 12:17, 12:24, 13:1, 13:21, 49:4, 49:6, 49:8, 49:17, 50:2, 51:25, 52:2, 55:22, 95:7, 95:16, 97:2, 97:11

**financially** [1] - 18:19

**fine** [2] - 5:20, 86:14

**finish** [1] - 69:13

**FIRM** [1] - 1:17

**firm** [1] - 90:1

**first** [16] - 3:3, 15:19, 67:18, 71:21, 71:22, 74:1, 75:7, 77:9, 79:3, 79:13, 79:15, 79:19, 79:21, 80:25, 81:21, 128:9

**firsthand** [1] - 115:14

**five** [7] - 18:2, 88:21, 95:1, 124:13, 124:14, 126:8

**fix** [1] - 70:12

**fixes** [2] - 21:22, 70:4

**flag** [2] - 3:16, 5:13

**Flashpoint** [8] - 28:14, 28:15, 29:17, 29:25, 30:13, 30:15, 30:16, 31:1

**flight** [1] - 80:5

**flown** [1] - 80:3

**fluctuate** [1] - 115:9

**fluctuates** [2] - 115:23, 116:10

**focal** [1] - 49:16

**focus** [1] - 38:2

**focused** [2] - 49:19, 125:15

**focuses** [1] - 49:18, 52:2

**folders** [1] - 117:24, 117:25

**follow** [2] - 6:10, 21:12

**followed** [2] - 128:10, 128:11

**follows** [1] - 15:20, 66:4

**food** [2] - 79:7, 80:20

**foothold** [1] - 22:25

**FOR** [3] - 1:1, 1:12, 1:16

**Force** [3] - 17:9, 17:11, 17:25

**foregoing** [1] - 129:15

**forensic** [1] - 126:13

**form** [5] - 76:12,

76:21, 76:25, 77:1, 77:3

**format** [2] - 32:5, 128:8

**forms** [3] - 77:6, 77:8, 77:13

**forth** [1] - 5:25

**forty** [2] - 71:4, 124:13

**forty-five** [1] - 124:13

**forty-seven** [1] - 71:4

**forum** [30] - 20:11, 20:13, 59:7, 61:14, 61:19, 61:20, 62:8, 62:11, 62:13, 62:17, 62:23, 63:23, 64:17, 65:1, 65:5, 65:8, 65:18, 67:3, 67:19, 71:19, 73:10, 85:9, 101:18, 103:18, 104:9, 106:5, 109:7, 119:22

**forums** [19] - 13:5, 13:6, 20:9, 20:20, 21:11, 38:24, 57:1, 61:16, 62:24, 65:24, 66:1, 66:13, 73:7, 73:14, 86:23, 103:16, 103:17, 104:13, 113:18

**forwards** [1] - 89:14

**fought** [2] - 107:12, 107:13

**foundation** [1] - 89:19

**four** [9] - 8:17, 9:9, 32:13, 64:24, 64:25, 78:1, 78:15, 78:16, 100:12

**FR** [1] - 120:5

**frame** [2] - 54:1, 100:16

**France** [1] - 119:11

**FRANCO** [24] - 1:16, 1:17, 5:16, 5:20, 7:17, 15:15, 45:22, 46:16, 46:25, 47:19, 47:21, 51:4, 52:18, 60:2, 63:14, 71:2, 75:24, 101:8, 101:24, 110:16, 118:4, 120:10, 126:23, 128:21

**Franco** [7] - 15:11, 46:8, 51:3, 95:23, 96:2, 96:5, 96:9

**fraud** [3] - 26:23, 33:17, 112:13

**fraudster** [1] - 112:16

**fraudulent** [3] - 34:5, 84:14, 106:1

**free** [1] - 76:23

**French** [9] - 76:16, 76:19, 111:5, 111:20, 113:3, 113:25, 114:5, 116:2

**frequently** [2] - 64:14, 72:23

**friendly** [1] - 61:2

**friends** [1] - 111:18

**front** [4] - 33:1, 33:22, 40:4, 76:25

**FS** [4] - 49:3, 49:10, 49:21, 50:1

**FS-ISAC** [4] - 49:3, 49:10, 49:21, 50:1

**full** [6] - 6:13, 110:7, 123:15, 124:2, 126:5, 126:6

**fulls** [6] - 123:10, 123:20, 123:21, 125:16, 125:22, 126:1

**function** [1] - 37:12

**functionality** [13] - 27:19, 27:22, 31:5, 31:25, 35:8, 37:5, 54:25, 64:10, 74:15, 99:1, 99:17, 102:19, 117:2

**functions** [4] - 26:9, 31:23, 32:7, 43:2

**funds** [4] - 13:14, 34:8, 55:10, 56:4

**funky** [1] - 15:12

**G**

**GA** [5] - 1:3, 1:15, 1:18, 2:4, 2:7

**gain** [1] - 74:6

**gained** [1] - 112:18

**Garanteed** [1] - 107:23

**Geek** [1] - 50:17

**general** [3] - 87:12, 89:12, 114:20

**generate** [1] - 98:14

**generic** [1] - 89:8

**gentleman** [1] - 30:3

**Georgia** [1] - 17:5

**GEORGIA** [1] - 1:1

**German** [4] - 85:21, 117:20, 119:16, 119:17

**Germany** [3] - 118:10, 119:11, 120:4

**GHALI** [114] - 1:12, 15:16, 16:1, 16:16, 17:1, 29:4, 29:16,

30:5, 30:11, 30:20, 31:2, 31:12, 31:13, 39:18, 40:2, 40:18, 41:6, 41:9, 42:9, 43:15, 44:14, 45:12, 45:17, 45:21, 45:25, 46:12, 47:2, 47:17, 47:20, 47:23, 48:1, 48:11, 50:21, 51:5, 51:9, 51:11, 52:10, 52:19, 52:24, 53:5, 53:12, 54:9, 58:21, 59:19, 59:24, 60:5, 60:11, 63:8, 63:12, 63:18, 64:1, 68:4, 68:16, 69:17, 70:24, 71:5, 74:11, 75:21, 76:3, 77:15, 77:20, 80:11, 85:13, 86:18, 89:5, 89:20, 92:19, 94:17, 94:19, 95:1, 95:4, 95:20, 95:25, 96:4, 96:10, 96:17, 97:1, 100:6, 101:1, 101:5, 101:12, 101:20, 102:6, 102:7, 105:17, 106:22, 107:19, 109:20, 109:22, 110:11, 110:19, 110:22, 114:6, 115:7, 117:22, 118:1, 118:7, 120:8, 120:14, 125:4, 125:11, 126:17, 127:1, 127:6, 127:10, 127:17, 127:22, 127:24, 128:2, 128:14, 128:17, 128:19, 128:25, 129:1
**gigabytes** [1] - 78:18
**given** [8] - 4:8, 30:6, 47:25, 56:2, 70:16, 90:5, 95:22, 114:15
**glean** [1] - 91:20
**global** [1] - 11:23
**globe** [1] - 12:1
**Gmail** [1] - 103:2
**go-between** [1] - 122:2
**Godlike** [7] - 108:8, 108:11, 108:13, 108:15, 108:22, 108:24, 121:5
**Google** [1] - 88:18
**government** [3] - 40:17, 70:24, 89:5
**Government** [2] - 6:4, 15:16, 29:4, 29:11, 30:17, 30:21, 42:12, 50:21, 52:19,

53:5, 63:8, 75:21, 77:15, 95:20, 96:23, 101:20, 110:11, 110:18, 113:4, 113:9, 117:22, 120:8, 126:17
**GOVERNMENT** [1] - 1:12
**government's** [2] - 118:5, 120:12
**Government's** [28] - 39:3, 48:20, 58:1, 63:2, 68:5, 70:16, 75:11, 76:8, 85:23, 86:9, 86:15, 88:1, 101:15, 101:21, 101:25, 109:11, 109:19, 110:2, 110:6, 110:8, 110:12, 117:15, 117:18, 119:18, 124:17, 125:12, 128:15
**grabber** [4] - 27:1, 36:4, 36:13, 36:20
**grabber.zip** [3] - 124:21, 125:14, 126:20
**grabbers** [2] - 32:2, 71:19
**graph** [1] - 23:5
**graphical** [1] - 28:4
**Gray** [2] - 46:2, 106:9
**great** [1] - 111:15
**Grib** [3] - 65:16, 69:6, 69:19
**GRIBODEMON** [1] - 1:6
**Gribodemon** [5] - 44:23, 57:1, 62:14, 64:16, 81:19
**GRIMBERG** [11] - 1:13, 6:5, 6:11, 7:23, 8:1, 8:6, 8:25, 9:3, 9:7, 11:11, 11:19
**Grimberg** [3] - 6:9, 9:23, 11:10
**Gross** [1] - 3:23
**gross** [2] - 4:16, 15:11
**group** [2] - 21:19, 45:13
**guaranteed** [2] - 107:21, 107:24
**guarantees** [1] - 114:21
**guess** [3] - 18:24, 65:3, 93:9
**guideline** [5] - 7:21, 9:11, 9:17, 9:23, 9:24
**Guidelines** [1] - 14:3
**guidelines** [3] - 8:3,

8:12, 14:18
**guilt** [1] - 113:22
**guilt/innocence** [1] - 99:13
**guy** [3] - 66:4, 99:5, 109:7
**guys** [1] - 118:19

## H

**hack** [1] - 66:5
**hacking** [3] - 26:19, 27:5, 31:22
**half** [1] - 13:19
**Hamza** [3] - 6:21, 12:20, 61:11
**HAMZA** [2] - 1:7, 2:1
**Hamzanetti** [1] - 61:11
**hand** [3] - 37:13, 44:12, 109:18, 124:16
**handed** [2] - 68:5, 91:14
**handing** [11] - 28:7, 39:2, 46:10, 48:19, 58:1, 63:2, 88:1, 94:20, 95:24, 101:14, 119:18
**handled** [3] - 3:25, 91:14
**happy** [1] - 41:6
**hard** [8] - 40:8, 78:2, 85:17, 112:4, 121:7, 123:1, 123:13, 124:21
**harder** [2] - 60:25, 70:14
**Harderman** [1] - 57:1
**harm** [2] - 11:25, 14:10
**harvest** [1] - 27:14
**harvesting** [1] - 55:3
**hash** [3] - 88:20, 89:1, 90:3
**head** [1] - 44:25
**hear** [7] - 9:4, 14:1, 14:18, 14:19, 14:22, 16:4, 26:19
**heard** [2] - 26:8, 41:1, 43:24
**HEARING** [1] - 1:10
**hearsay** [2] - 29:7, 29:24
**heir** [1] - 57:14
**held** [2] - 6:16, 100:13
**hello** [1] - 119:25
**help** [4] - 47:7, 47:10, 102:22, 121:15
**helped** [1] - 74:6
**helpful** [3] - 29:20,

53:12, 86:17
**helping** [1] - 11:3
**herder** [5] - 22:8, 23:17, 23:25, 25:16, 25:22
**hide** [1] - 22:6
**hierarchy** [1] - 22:7
**high** [1] - 26:13
**highest** [1] - 114:14
**himself** [4] - 15:4, 31:11, 85:5, 100:1
**hired** [1] - 55:20
**hit** [1] - 122:5
**hobbiest** [1] - 20:12
**home** [2] - 55:20, 55:23
**honey** [3] - 91:1, 91:15, 94:8
**honor** [1] - 75:25
**Honor** [84] - 5:16, 6:11, 7:3, 7:7, 7:10, 7:17, 7:23, 11:11, 11:19, 14:1, 15:7, 15:15, 15:16, 16:12, 29:4, 29:7, 29:16, 30:5, 31:6, 31:12, 42:9, 42:23, 43:4, 44:14, 45:9, 46:2, 46:6, 46:16, 50:21, 50:25, 51:4, 52:17, 52:19, 59:17, 60:9, 63:8, 63:14, 63:15, 63:18, 67:23, 68:10, 68:13, 70:24, 71:2, 71:3, 73:21, 75:21, 77:15, 80:8, 85:2, 89:5, 89:7, 90:22, 92:6, 94:1, 94:14, 97:15, 97:24, 100:22, 101:5, 101:20, 101:23, 102:6, 105:4, 106:8, 107:14, 110:11, 110:15, 110:16, 111:8, 113:5, 114:24, 117:22, 118:4, 120:10, 125:10, 126:23, 126:24, 127:1, 127:22, 128:14, 128:21, 128:22, 128:25
**HONORABLE** [1] - 1:9
**hood** [1] - 83:16
**hook** [1] - 5:6
**horse** [1] - 27:12
**hosted** [3] - 20:14, 67:4, 67:6
**hotmail.com** [1] - 71:22

**hour** [3] - 6:13, 6:15, 80:5
**hours** [4] - 6:3, 79:24, 119:1, 119:2
**house** [4] - 111:15, 111:16, 111:17, 111:18
**hundred** [9] - 43:7, 52:5, 52:11, 53:16, 81:10, 124:13, 124:14, 126:8
**hundreds** [4] - 13:9, 26:21, 110:3, 114:4
**hypothesizing** [1] - 59:3

## I

**IBAN** [1] - 119:10
**IBANs** [1] - 119:9
**IBM** [6] - 17:13, 30:1, 30:2, 51:24, 52:12, 53:19
**Ice** [3] - 27:25, 44:20, 45:8
**IceIX** [2] - 119:24, 120:20
**icons** [4] - 66:20, 66:23, 66:25, 67:1
**ID** [5] - 35:14, 103:24, 104:1, 119:10
**idea** [1] - 40:13
**ideally** [1] - 3:14
**identified** [14] - 11:1, 25:10, 39:2, 41:14, 41:22, 52:4, 53:13, 54:11, 56:25, 58:9, 67:25, 79:16, 84:22, 89:9
**identifier** [1] - 35:16
**identify** [6] - 20:17, 21:9, 53:16, 87:9, 97:2, 102:16
**identifying** [3] - 12:4, 13:18, 114:15
**identities** [5] - 25:2, 56:24, 57:3, 61:10, 81:2
**identity** [4] - 21:9, 22:6, 77:9, 81:1
**IM** [1] - 102:10
**image** [10] - 63:19, 63:20, 63:21, 63:22, 67:6, 67:14, 106:4, 106:17, 107:21
**images** [9] - 67:3, 67:4, 67:11, 67:13, 67:24, 68:1, 68:23, 69:3, 106:2
**ImageShack** [3] -

67:7, 67:8, 67:11
**imageshack** [1] -
67:10
**imbeds** [1] - 60:23
**immediately** [1] -
66:12
**impact** [14] - 38:12,
39:4, 39:18, 40:2,
45:3, 45:7, 45:23,
45:25, 46:18, 46:19,
46:24, 48:21, 50:23,
51:21
**impacted** [2] - 46:21,
51:18
**implementations** [1]
- 17:17
**important** [4] -
37:15, 55:15, 66:3,
91:11
**improve** [1] - 74:23
**improvements** [1] -
71:18
**IN** [1] - 1:1
**incarcerated** [1] -
113:15
**include** [4] - 10:23,
12:23, 54:5, 123:1
**included** [1] - 44:20
**including** [6] - 12:20,
13:1, 13:16, 39:21,
48:8, 112:24
**incorporated** [7] -
9:15, 9:19, 9:21,
10:12, 10:17, 74:18,
74:23
**increase** [2] - 9:8,
108:4
**increased** [1] - 74:7
**incriminating** [1] -
105:1
**indefinite** [1] - 89:12
**independently** [1] -
53:15
**index** [1] - 13:13
**indicated** [3] - 6:25,
7:14, 84:21
**indicates** [2] - 26:25,
34:19
**indictment** [4] - 6:21,
10:6, 10:7, 14:16
**individual** [43] -
21:9, 21:19, 22:8,
22:11, 22:17, 23:25,
24:18, 37:6, 38:3,
39:8, 49:22, 49:25,
50:12, 65:13, 72:5,
72:7, 72:11, 81:17,
83:15, 84:4, 84:23,
85:2, 87:23, 91:21,
91:22, 92:17, 98:19,

99:1, 100:2, 108:3,
108:8, 108:22,
108:24, 109:12,
114:18, 115:3, 117:4,
117:19, 119:15,
119:23, 120:18,
121:4, 124:4
**individual's** [3] -
51:16, 112:5, 128:12
**individuals** [13] -
11:25, 13:21, 20:24,
21:8, 21:20, 28:12,
56:9, 65:20, 85:20,
98:2, 104:11, 109:6,
115:11
**indulgence** [1] -
11:12
**industry** [16] - 17:12,
17:19, 18:5, 18:6,
19:14, 20:16, 21:21,
25:11, 27:6, 38:19,
39:21, 53:22, 62:22,
87:9, 92:25
**infect** [9] - 11:23,
21:24, 22:21, 22:24,
23:25, 91:6, 98:19,
99:11, 115:15
**infected** [27] - 12:8,
12:10, 13:10, 13:18,
32:22, 34:21, 35:8,
35:10, 35:22, 36:7,
37:19, 38:14, 48:17,
49:22, 49:25, 56:4,
84:17, 91:8, 91:12,
94:8, 103:8, 103:12,
115:17, 115:21,
116:5, 117:3, 121:19
**infecting** [1] - 12:7
**infection** [2] - 48:16,
107:13
**infections** [20] -
25:24, 38:16, 38:25,
39:13, 40:21, 42:4,
42:8, 43:17, 43:18,
43:21, 44:11, 48:5,
51:21, 53:23, 54:5,
106:20, 107:7, 107:9,
107:11, 107:15
**infects** [1] - 27:13
**inference** [1] - 86:13
**inferences** [3] - 86:9,
86:11, 86:15
**information** [84] -
12:2, 12:3, 12:5, 12:7,
12:13, 12:25, 13:1,
13:18, 13:24, 17:12,
17:18, 17:21, 19:12,
21:21, 22:2, 22:3,
22:12, 23:17, 23:22,
25:3, 25:14, 26:12,

26:18, 27:2, 27:14,
27:15, 27:21, 28:1,
28:21, 28:23, 29:18,
30:23, 32:3, 32:10,
33:2, 33:7, 33:20,
36:11, 36:16, 36:18,
36:24, 37:9, 37:21,
38:22, 42:16, 44:1,
49:13, 49:16, 52:4,
53:21, 53:24, 55:3,
55:5, 55:6, 55:8,
55:11, 56:11, 78:19,
81:7, 89:9, 91:19,
104:18, 105:13,
113:3, 113:24, 114:4,
122:20, 123:8,
123:12, 123:22,
123:25, 125:22,
125:25, 127:2, 127:7,
127:12, 127:15,
127:19, 128:7
**Information** [2] -
48:22, 49:2
**initial** [2] - 6:23,
65:15
**initiate** [2] - 34:4,
117:7
**initiated** [1] - 44:17
**initiates** [1] - 84:14
**inject** [4] - 26:11,
32:25, 33:12, 97:8
**injection** [1] - 83:7
**injunction** [1] - 44:21
**inner** [2] - 82:4, 83:3
**innocence** [1] -
113:22
**input** [3] - 32:19,
33:3, 33:5
**inside** [1] - 125:17
**insight** [2] - 29:19,
38:9
**inspected** [1] -
122:23
**install** [1] - 28:23
**installation** [1] - 48:3
**installed** [2] - 99:5,
99:6
**instance** [2] - 54:19,
87:13
**instant** [12] - 72:15,
82:14, 85:19, 102:10,
103:24, 104:3, 104:4,
104:19, 104:21,
105:11, 112:1, 118:23
**instead** [1] - 104:8
**institution** [1] - 97:3
**institutions** [13] -
11:25, 13:1, 13:21,
49:5, 49:6, 49:9,
49:17, 50:2, 51:25,

52:3, 95:7, 95:17,
97:12
**instruct** [1] - 24:19
**instructed** [1] -
55:25
**instruction** [1] -
18:16
**instructions** [6] -
23:13, 24:8, 24:9,
24:15, 56:2, 56:6
**integrity** [1] - 89:4
**intelligence** [1] -
49:13
**intends** [1] - 58:21
**intentional** [1] - 21:1
**interacting** [2] -
19:10, 52:7
**interaction** [3] -
18:21, 19:1, 43:12
**interactions** [1] -
39:20
**intercept** [1] - 104:22
**interest** [1] - 128:14
**interested** [1] -
103:15
**interface** [3] - 28:4,
61:2, 71:19
**internal** [3] - 41:17,
43:10, 43:13
**International** [1] -
79:4
**internationally** [2] -
8:17, 119:9
**internet** [9] - 12:22,
24:12, 35:17, 37:20,
66:23, 91:7, 93:21,
104:2
**interpret** [2] -
106:10, 114:9
**interpretation** [2] -
107:6, 107:7
**interpreted** [1] -
106:15
**interpreter** [4] - 3:5,
3:9, 3:14, 3:19
**interpreting** [1] -
3:11
**interview** [24] - 75:5,
75:17, 75:18, 76:17,
76:18, 76:20, 77:5,
78:20, 78:24, 79:2,
79:9, 79:11, 79:15,
79:17, 79:19, 79:21,
79:25, 80:22, 83:24,
84:3, 84:6, 85:1, 87:3,
122:19
**interviewed** [3] -
80:12, 105:10, 114:25
**interviewing** [2] -
76:4, 80:19

**interviews** [2] - 75:1,
75:7
**intimate** [1] - 36:20
**introduced** [1] - 74:1
**introducing** [1] -
7:24
**introduction** [1] -
66:19
**introductory** [1] -
11:12
**intrusion** [2] - 18:13,
18:15
**intrusions** [1] - 18:9
**investigate** [2] -
18:9, 21:10
**investigated** [2] -
19:6, 21:13
**investigates** [1] -
19:3
**investigating** [3] -
18:3, 21:5, 21:7
**investigation** [38] -
14:10, 38:13, 38:18,
43:8, 56:20, 56:25,
57:2, 57:4, 57:6, 61:4,
62:10, 66:24, 67:25,
68:3, 68:21, 68:25,
69:1, 70:7, 71:23,
72:8, 72:21, 73:7,
73:17, 74:25, 82:11,
82:12, 82:13, 85:8,
86:19, 103:3, 103:5,
108:10, 108:12,
109:23, 110:23,
111:22, 125:15,
126:13
**Investigations** [1] -
16:3
**investigations** [10] -
18:4, 18:11, 18:18,
19:2, 19:8, 19:19,
39:10, 50:13, 58:11,
112:7
**invite** [2] - 13:5,
20:14
**invite-only** [1] - 13:5
**involved** [7] - 17:17,
50:13, 50:14, 58:11,
72:9, 90:24, 104:11
**involvement** [3] -
72:13, 73:16, 81:13
**involves** [2] - 8:15,
42:11
**IP** [6] - 24:13, 35:17,
67:13, 67:24, 68:2,
68:24
**irrefutable** [1] -
113:1
**ISAC** [4] - 49:3,
49:10, 49:21, 50:1

**iSpy** [2] - 41:1, 41:11
**issue** [4] - 9:11, 11:6, 58:22, 81:1
**issued** [1] - 78:10
**issues** [2] - 3:16, 96:11
**iStye** [3] - 41:15, 43:5, 43:13
**IT** [1] - 21:21
**Italy** [2] - 120:3, 121:10
**itself** [5] - 30:4, 48:3, 60:23, 63:23, 112:16
**IX** [3] - 27:25, 44:20, 45:8

**J**

**jabber** [7] - 103:24, 104:1, 104:2, 104:5, 104:20, 104:21
**James** [14] - 28:13, 29:12, 29:16, 72:7, 72:8, 72:11, 72:12, 72:16, 72:21, 73:2, 81:17, 82:21
**James's** [3] - 31:4, 31:7, 72:22
**January** [10] - 75:4, 75:8, 75:10, 79:3, 79:9, 79:25, 80:16, 84:3, 116:1, 120:25
**JAY** [1] - 2:2
**job** [2] - 17:15, 18:13
**John** [1] - 57:4
**jointly** [1] - 15:1
**JUDGE** [1] - 1:10
**July** [3] - 61:17, 65:13, 104:15
**jump** [4] - 86:14, 106:2, 107:24, 109:18
**jumping** [1] - 36:2
**juncture** [4] - 7:16, 16:14, 47:25, 58:25
**June** [4] - 63:6, 65:2, 67:23, 124:9

**K**

**KAMAL** [1] - 1:12
**keep** [5] - 56:8, 104:20, 105:11, 105:13, 105:14
**keeping** [1] - 105:5
**kept** [1] - 87:10
**kernel** [1] - 48:8
**key** [3] - 21:2, 21:11, 36:19
**keyboard** [1] - 128:8
**keyloggers** [2] -

28:24, 33:4
**kind** [16] - 22:4, 25:25, 26:16, 26:20, 27:16, 29:1, 37:7, 38:5, 41:21, 43:17, 49:15, 52:7, 77:8, 102:16, 109:20, 124:3
**kinds** [2] - 19:20, 111:12
**Kingdom** [2] - 35:22, 72:13
**Knife** [2] - 27:5, 31:22
**knocks** [4] - 106:23, 106:24, 107:4
**knowing** [1] - 30:25
**knowledge** [11] - 4:12, 36:20, 38:9, 39:20, 62:4, 62:7, 62:22, 66:9, 82:1, 88:12, 117:7
**known** [11] - 11:22, 27:6, 27:24, 41:12, 61:23, 62:25, 65:23, 84:4, 84:23, 88:19, 105:21
**knows** [1] - 58:25
**Kuala** [1] - 80:4

**L**

**labeled** [2] - 44:15, 112:16
**laid** [1] - 42:2
**Lance** [1] - 28:13
**language** [5] - 3:15, 16:9, 16:14, 82:2, 84:14
**laptop** [3] - 78:1, 78:17, 123:13
**large** [8] - 17:17, 26:21, 36:15, 41:13, 98:12, 106:19, 122:8, 125:16
**larger** [2] - 46:24, 107:8
**last** [9] - 7:19, 42:6, 42:9, 61:17, 62:17, 96:10, 101:3, 107:22, 124:5
**late** [3] - 74:2, 79:5, 79:22
**latest** [7] - 19:16, 19:18, 20:1, 20:3, 70:13, 71:13, 124:8
**laundering** [1] - 122:7
**law** [2] - 18:2, 19:8, 20:2, 20:15, 25:12, 38:22, 56:10, 56:11,

62:25, 87:8, 93:1, 104:13
**LAW** [1] - 1:17
**layers** [2] - 25:5, 56:8
**leader** [1] - 8:18
**learn** [1] - 61:4
**learned** [2] - 72:17, 103:5
**learns** [1] - 20:2
**least** [4] - 39:12, 40:10, 70:7, 80:8
**leave** [2] - 76:23, 91:6
**Lecun** [1] - 57:4
**led** [1] - 38:18
**left** [1] - 64:15
**legal** [1] - 78:9
**LEONARD** [1] - 1:16
**less** [4] - 8:9, 50:19, 73:19, 73:23
**let's's** [1] - 6:18
**letter** [14] - 9:21, 28:8, 28:12, 28:17, 28:18, 29:20, 30:8, 31:4, 42:6, 48:23, 49:18, 50:1, 118:9, 120:3
**level** [9] - 8:7, 8:19, 8:20, 8:22, 8:23, 9:8, 26:14, 30:11, 60:24
**levels** [10] - 8:8, 8:12, 8:13, 8:14, 8:15, 8:17, 8:20, 9:9, 9:10, 48:7
**liaisoning** [1] - 19:13
**liberty** [5] - 105:20, 105:22, 105:24, 112:20, 112:22
**licensed** [1] - 92:4
**licensee** [1] - 93:15
**licensing** [1] - 87:22
**Lick** [1] - 84:23
**life** [2] - 39:1, 42:25
**light** [2] - 37:14, 42:16
**likely** [1] - 6:5
**limit** [1] - 23:2
**limited** [2] - 46:17, 128:6
**line** [3] - 25:16, 25:19, 120:15
**linguist** [1] - 76:17
**link** [3] - 34:22, 71:12, 103:10
**links** [2] - 54:24, 67:10
**list** [15] - 35:6, 35:11, 58:7, 58:13, 58:15, 58:20, 59:2, 59:16, 60:13, 67:12, 71:21,

72:1, 97:6, 97:11, 110:3
**listed** [5] - 34:16, 64:12, 72:3, 72:19, 118:24
**lists** [3] - 95:16, 102:11, 120:2
**litigation** [1] - 44:17
**live** [1] - 29:15
**loaded** [1] - 26:5
**loading** [1] - 35:5
**local** [11] - 3:22, 4:6, 4:16, 5:2, 5:14, 79:10, 79:22, 80:1, 80:2, 118:21, 118:22
**located** [3] - 20:17, 21:1, 35:18
**location** [8] - 20:18, 21:19, 21:23, 22:1, 22:11, 22:14, 23:15, 62:1
**locations** [1] - 88:16
**log** [7] - 35:3, 55:5, 104:20, 111:8, 114:17, 115:3, 116:15
**log-in** [2] - 55:5, 104:20
**logged** [2] - 84:16, 117:6, 121:18
**logging** [1] - 32:25
**logic** [3] - 23:11, 32:23, 34:10
**login** [1] - 33:11
**logs** [7] - 32:22, 34:3, 72:15, 73:3, 86:23, 110:10, 121:9
**look** [16] - 14:25, 15:2, 21:14, 32:2, 35:11, 35:21, 35:22, 35:23, 38:6, 45:17, 52:7, 54:10, 96:16, 100:1, 100:10, 100:11
**looked** [7] - 67:2, 67:6, 84:21, 92:16, 97:5, 103:11, 121:21
**looking** [13] - 15:3, 15:4, 31:25, 34:25, 35:3, 38:8, 51:21, 64:2, 64:8, 65:4, 65:7, 95:25, 128:3
**looks** [1] - 63:10
**lose** [3] - 46:15, 115:12, 115:13
**loss** [24] - 8:8, 8:10, 9:12, 9:24, 9:25, 10:5, 10:9, 11:6, 11:15, 14:1, 14:4, 14:5, 14:11, 14:13, 14:17, 14:21, 14:25, 15:2, 46:20, 46:22, 113:9,

124:10, 124:12
**losses** [1] - 13:21
**lost** [2] - 115:22, 116:2
**LOUIS** [1] - 1:16
**low** [1] - 74:5
**LR** [2] - 105:18, 105:20
**luckily** [1] - 38:21
**luhn** [1] - 36:8
**LUHN** [1] - 36:8
**Lumpur** [1] - 80:4
**lunch** [3] - 5:24, 6:12, 6:16

**M**

**mafioso** [1] - 109:12
**mail** [2] - 103:2, 106:21
**mails** [4] - 13:8, 54:24, 70:20, 71:11
**main** [1] - 81:11
**maintain** [1] - 104:25
**maintained** [1] - 98:20
**major** [2] - 42:1, 82:19
**Malaysia** [3] - 80:4, 80:5, 121:10
**malicious** [27] - 11:21, 13:11, 13:13, 22:13, 27:13, 33:25, 34:2, 34:9, 34:22, 43:25, 48:3, 48:6, 51:14, 54:24, 84:5, 84:24, 85:4, 87:13, 93:2, 97:10, 98:5, 98:7, 103:10, 113:2, 117:12
**malware** [95] - 11:20, 11:21, 13:4, 13:8, 13:15, 19:18, 22:22, 23:9, 24:9, 24:18, 25:24, 26:5, 26:15, 26:17, 26:21, 27:18, 31:20, 34:4, 38:20, 41:16, 41:18, 42:2, 42:25, 43:9, 43:11, 49:25, 50:3, 50:14, 51:15, 51:23, 54:20, 54:22, 54:23, 55:2, 62:2, 66:6, 83:2, 83:12, 86:21, 86:25, 87:1, 87:5, 87:10, 87:11, 87:14, 87:18, 87:22, 87:24, 88:5, 88:8, 88:10, 88:14, 88:19, 88:25, 89:22, 90:2, 90:8, 90:24,

90:25, 91:8, 91:10, 91:18, 91:21, 92:3, 92:14, 92:16, 92:24, 93:6, 93:7, 93:21, 94:7, 95:3, 95:6, 95:8, 95:11, 97:3, 98:10, 98:12, 98:15, 99:10, 100:7, 102:25, 103:6, 103:11, 103:13, 108:3, 115:11, 117:5, 117:13, 120:19, 120:21, 120:22, 121:17, 121:25

**man** [1] - 68:13

**manage** [3] - 22:11, 28:5, 37:8

**management** [2] - 17:21, 35:20

**manager** [2] - 39:9, 55:22

**managing** [1] - 17:17

**MARCH** [1] - 1:4

**Mark** [6] - 11:13, 15:17, 15:23, 17:3, 99:6, 99:8

**mark** [2] - 89:1, 110:6

**MARK** [2] - 15:19, 15:23

**Mark's** [1] - 35:15

**marked** [15] - 28:7, 48:20, 58:1, 63:2, 68:5, 70:16, 75:11, 76:8, 88:1, 94:20, 101:15, 109:19, 117:15, 119:18, 124:16

**market** [1] - 12:21

**marketed** [1] - 12:25

**markup** [1] - 46:14

**Marshal's** [2] - 5:23, 100:20

**massive** [1] - 74:21

**master** [1] - 23:8

**matched** [1] - 36:11

**matches** [1] - 87:3

**material** [1] - 42:19

**mathematical** [1] - 88:22

**matter** [4] - 3:2, 65:18, 127:5, 129:16

**matters** [1] - 18:10

**MBA** [1] - 17:22

**MD5** [6] - 88:20, 89:1, 90:3, 90:17, 90:18, 91:10

**mean** [22] - 5:6, 10:5, 18:24, 24:4, 27:11, 40:6, 46:20, 64:16, 66:3, 68:21, 81:24,

81:25, 82:25, 96:14, 96:15, 103:15, 107:15, 107:16, 108:1, 111:9, 111:10, 120:17

**Meaning** [1] - 54:15

**meaning** [6] - 24:15, 37:18, 66:5, 78:1, 87:9, 103:9

**means** [18] - 8:15, 21:18, 30:15, 60:23, 66:4, 68:24, 82:2, 82:24, 83:3, 83:14, 97:8, 103:4, 107:5, 107:8, 108:2, 115:15, 120:18, 128:7

**meant** [1] - 66:1

**mechanism** [1] - 26:3

**media** [9] - 74:19, 77:11, 78:5, 78:11, 78:14, 86:5, 86:7, 109:16, 125:14

**meet** [1] - 25:1

**member** [2] - 50:2, 50:6

**members** [5] - 62:11, 62:20, 65:6, 65:7, 103:18

**memo** [1] - 59:6

**memorandum** [8] - 9:16, 39:25, 85:24, 86:2, 86:3, 86:10, 86:15, 109:11

**memorialize** [2] - 52:14, 75:5

**memorialized** [1] - 75:10

**memorializes** [1] - 52:9

**mentioned** [10] - 25:1, 25:11, 36:5, 37:5, 60:16, 72:23, 81:18, 87:17, 88:14, 106:20

**merged** [1] - 74:21

**merits** [1] - 4:1

**mess** [1] - 59:21

**message** [8] - 82:14, 85:19, 88:21, 103:16, 103:19, 104:21, 112:2, 119:12

**messages** [4] - 103:20, 104:17, 104:24, 109:2

**messaging** [6] - 102:11, 103:18, 103:24, 104:3, 104:19, 105:11

**messenger** [1] -

104:4

**met** [4] - 3:22, 5:2, 20:25, 65:21

**method** [3] - 90:25, 104:6, 104:7

**methodology** [5] - 14:2, 14:17, 50:8, 51:20, 87:22

**methods** [3] - 12:24, 54:23, 102:24

**Microsoft** [24] - 35:24, 39:5, 39:10, 39:15, 39:21, 40:20, 41:13, 41:24, 42:3, 42:7, 43:8, 43:13, 43:22, 44:5, 44:6, 44:17, 44:25, 45:4, 53:20, 90:24, 99:4, 99:5, 99:7

**Microsoft's** [2] - 39:12, 43:25

**MIDTOWN** [1] - 2:4

**might** [19] - 9:17, 25:15, 25:17, 33:12, 38:8, 40:11, 46:19, 56:9, 70:12, 93:14, 96:15, 97:25, 102:2, 102:4, 107:12, 111:11, 115:15

**million** [15] - 8:9, 8:10, 8:11, 11:24, 13:7, 13:19, 14:12, 14:21, 15:3, 38:16, 38:25, 42:5, 122:11, 122:14, 124:13

**millions** [1] - 13:20, 121:7

**mind** [1] - 92:14

**minimum** [2] - 10:15, 10:25

**minute** [1] - 100:12

**minutes** [5] - 6:14, 79:15, 79:17, 101:2

**missile** [1] - 26:4

**missing** [2] - 123:24, 125:25

**MLAT** [1] - 78:9

**modifications** [2] - 83:4, 83:17

**modified** [4] - 79:18, 88:23, 90:4, 124:5

**modify** [2] - 34:10, 117:9

**moment** [4] - 5:3, 40:8, 104:1, 109:21

**monetize** [1] - 55:15

**monetized** [1] - 55:9

**money** [26] - 12:16, 34:6, 34:12, 34:13, 55:9, 55:13, 55:14,

55:17, 56:3, 56:5, 56:6, 56:15, 56:18, 105:19, 112:21, 112:23, 117:8, 117:14, 121:10, 121:15, 121:20, 122:1, 122:3, 122:5, 122:7

**monitoring** [2] - 37:12, 37:17

**months** [2] - 18:2, 57:13

**morning** [5] - 3:1, 3:21, 3:22, 6:1, 15:12

**most** [19] - 18:16, 18:17, 42:23, 48:7, 55:16, 57:3, 57:24, 61:18, 62:23, 62:25, 65:21, 65:24, 69:10, 80:9, 90:25, 103:17, 103:21, 117:12

**mostly** [1] - 96:14

**motivated** [1] - 18:19

**mouth** [1] - 105:6

**move** [3] - 31:14, 42:12, 122:6

**moves** [1] - 50:21, 63:8, 70:24, 75:21, 77:15, 89:5, 95:20, 101:20, 110:11, 117:22, 120:8, 126:17

**MR** [186] - 5:16, 5:20, 6:5, 6:11, 7:17, 7:23, 8:1, 8:6, 8:25, 9:3, 9:7, 9:20, 10:8, 10:20, 11:3, 11:8, 11:11, 11:19, 15:15, 15:16, 16:1, 16:16, 17:1, 29:4, 29:7, 29:16, 30:5, 30:11, 30:20, 31:2, 31:6, 31:12, 31:13, 39:16, 39:18, 39:22, 40:2, 40:5, 40:16, 40:18, 40:22, 41:6, 41:9, 42:9, 43:15, 44:14, 45:12, 45:17, 45:21, 45:22, 45:25, 46:5, 46:8, 46:12, 46:16, 46:25, 47:2, 47:6, 47:11, 47:17, 47:19, 47:20, 47:21, 47:23, 48:1, 48:11, 50:21, 50:25, 51:4, 51:5, 51:9, 51:11, 52:10, 52:17, 52:18, 52:19, 52:24, 53:5, 53:12, 54:9, 58:18, 58:21, 59:19, 59:24, 60:2, 60:3, 60:5, 60:11, 63:8,

63:12, 63:14, 63:15, 63:18, 64:1, 68:4, 68:16, 69:17, 70:24, 71:2, 71:3, 71:5, 74:11, 75:21, 75:24, 75:25, 76:3, 77:15, 77:18, 77:20, 80:11, 85:13, 86:18, 89:5, 89:7, 89:20, 90:10, 90:14, 92:19, 94:14, 94:17, 94:19, 95:1, 95:4, 95:20, 95:25, 96:4, 96:10, 96:17, 97:1, 100:6, 100:22, 101:1, 101:5, 101:8, 101:10, 101:12, 101:20, 101:23, 101:24, 102:6, 102:7, 105:4, 105:17, 106:8, 106:22, 107:19, 109:20, 109:22, 110:11, 110:14, 110:16, 110:19, 110:22, 114:6, 115:7, 117:22, 117:24, 118:1, 118:3, 118:4, 118:7, 120:8, 120:10, 120:11, 120:14, 125:4, 125:11, 126:17, 126:23, 126:24, 127:1, 127:6, 127:10, 127:14, 127:17, 127:18, 127:22, 127:24, 128:2, 128:14, 128:17, 128:19, 128:21, 128:22, 128:25, 129:1

**MS** [1] - 45:20

**MSRT** [2] - 44:1, 44:3

**mule** [4] - 34:6, 117:9, 121:15, 122:1

**mules** [7] - 55:9, 55:14, 55:17, 56:5, 56:15, 56:18, 121:10

**multiple** [6] - 23:19, 25:17, 57:2, 77:25, 78:1, 116:21

**multiplied** [1] - 125:2

**must** [1] - 113:6

**mutual** [1] - 78:9

**MYR** [1] - 81:6

**N**

**name** [27] - 15:21, 15:22, 17:2, 17:3, 28:13, 33:11, 33:18, 35:15, 44:24, 57:17, 58:6, 58:19, 65:22, 72:12, 89:13, 89:21,

91:25, 92:3, 93:10, 93:14, 99:18, 99:21, 99:23, 118:8, 123:11, 126:7, 128:12

**named** [4] - 39:9, 95:14, 108:8, 109:12

**nameless** [1] - 89:14

**names** [7] - 12:4, 20:21, 43:10, 61:11, 62:13, 92:11, 93:1

**narrative** [2] - 10:1, 10:10

**narrow** [1] - 35:25

**National** [1] - 57:22

**national** [4] - 18:10, 18:12, 18:14, 18:16

**nature** [7] - 18:7, 18:10, 18:17, 21:5, 70:5, 82:17, 113:10

**necessarily** [2] - 97:19, 107:16

**necessities** [1] - 80:20

**need** [10] - 4:19, 5:3, 6:13, 10:12, 21:13, 33:16, 46:7, 47:7, 96:6, 96:21

**needed** [2] - 6:8, 123:25

**needs** [5] - 10:15, 11:1, 46:8, 96:23, 127:20

**negotiated** [2] - 14:9, 14:15

**negotiations** [1] - 7:19

**Nelson** [3] - 44:16, 47:3, 47:8

**network** [3] - 21:18, 22:5, 94:8

**networks** [1] - 91:15

**never** [6] - 20:25, 34:12, 50:18, 65:21, 89:9, 117:11

**new** [6] - 28:4, 42:24, 98:14, 99:7, 99:10, 116:5

**New** [4] - 3:25, 4:15, 5:4, 121:12

**next** [8] - 31:14, 34:24, 64:6, 75:9, 107:10, 115:16, 127:1

**nice** [1] - 22:10

**nickname** [39] - 21:8, 21:10, 21:11, 54:20, 57:17, 61:8, 62:14, 62:15, 64:17, 65:14, 72:7, 72:11, 81:17, 81:19, 85:2, 87:16, 87:18, 87:23, 88:13,

89:23, 91:21, 92:15, 92:17, 93:4, 93:6, 97:17, 98:2, 98:11, 98:16, 99:12, 99:23, 102:13, 106:17, 112:6, 112:8, 113:17, 117:20, 119:15, 119:23

**nicknames** [7] - 21:3, 25:2, 56:23, 56:24, 81:4, 93:2

**night** [1] - 79:5

**nine** [3] - 47:23, 124:13, 126:8

**ninety** [1] - 101:2

**NL** [1] - 120:5

**NO** [1] - 1:3

**nomenclature** [2] - 41:18, 43:11

**non** [2] - 91:3, 112:3

**non-technical** [1] - 91:3

**nonce** [3] - 75:24, 110:16, 118:4

**nonprofit** [1] - 49:4

**normally** [2] - 10:23, 12:11

**north** [1] - 38:15

**North** [1] - 17:22

**NORTHERN** [1] - 1:1

**Norton** [2] - 43:23, 90:25

**Norwegian** [5] - 89:25, 90:15, 90:16, 90:19, 90:20

**Norwegian-based** [1] - 89:25

**note** [6] - 30:2, 30:5, 42:9, 53:5, 66:3, 85:23

**notes** [2] - 29:17, 129:16

**nothing** [2] - 29:25, 120:11

**notice** [3] - 29:11, 40:2, 48:21

**number** [59] - 3:3, 6:21, 7:14, 22:6, 23:2, 24:14, 33:12, 33:18, 35:16, 40:3, 40:20, 43:17, 43:18, 43:20, 44:8, 44:18, 44:22, 50:23, 53:22, 62:20, 63:17, 66:20, 72:18, 76:1, 77:6, 82:11, 86:1, 86:9, 91:11, 94:16, 96:11, 97:11, 106:19, 107:8, 107:9, 108:4, 109:12, 111:14, 112:3,

114:13, 114:14, 114:15, 115:8, 115:10, 115:23, 120:2, 123:9, 123:12, 123:15, 123:17, 123:24, 125:16, 126:6, 126:7, 128:10, 128:13

**numbers** [4] - 13:20, 14:17, 106:18, 115:5

**numeric** [1] - 91:10

**numerous** [2] - 72:15, 121:4

**NW** [1] - 1:17

## O

**object** [2] - 46:16, 106:8

**objected** [1] - 10:7

**objecting** [1] - 90:10

**objection** [17] - 11:7, 11:16, 30:21, 30:22, 39:16, 46:25, 58:18, 60:2, 60:3, 77:18, 89:7, 101:8, 101:10, 106:13, 118:3, 120:9, 127:13

**Objection** [2] - 31:6, 105:4

**objections** [25] - 7:14, 7:15, 7:17, 7:21, 9:4, 9:15, 10:1, 10:12, 10:16, 29:6, 45:18, 50:24, 51:3, 59:25, 63:13, 71:1, 75:23, 77:17, 94:13, 101:1, 101:6, 101:22, 110:13, 126:22, 128:20

**observed** [9] - 38:23, 39:15, 42:3, 42:8, 71:11, 92:17, 112:20, 112:23, 114:17

**obtain** [3] - 22:20, 23:15, 94:8

**obtained** [15] - 44:21, 53:21, 59:10, 69:24, 78:7, 86:23, 87:12, 88:14, 93:19, 94:6, 110:4, 111:4, 112:22, 114:3, 126:14

**obtaining** [2] - 12:24, 90:25

**obviously** [5] - 29:10, 42:15, 46:21, 52:25, 74:7

**occurred** [1] - 8:16

**OF** [4] - 1:1, 1:3, 129:12, 129:14

off-the-shelf [1] - 26:17

**offense** [5] - 7:18, 8:7, 8:15, 10:1, 15:5

**offensive** [1] - 111:11

**offered** [4] - 45:23, 46:21, 79:7, 101:3

**offering** [3] - 29:24, 59:22, 113:9

**OFFICE** [1] - 1:13

**office** [3] - 5:23, 21:22, 100:21

**Officer** [1] - 9:22, 10:25

**officially** [1] - 7:20

**offline** [2] - 103:25, 104:19

**often** [2] - 19:20, 19:22

**old** [4] - 65:16, 69:6, 69:19, 113:13

**once** [9] - 12:10, 19:21, 34:3, 36:25, 49:25, 55:3, 84:16, 87:8, 111:7

**one** [88] - 5:25, 6:14, 8:22, 9:13, 9:20, 13:7, 14:6, 14:18, 15:10, 19:3, 22:6, 22:14, 23:12, 23:16, 27:22, 28:12, 28:25, 29:7, 29:13, 31:24, 32:18, 35:1, 36:5, 38:11, 41:25, 42:17, 42:25, 46:2, 46:5, 47:17, 55:13, 59:6, 61:15, 63:6, 64:4, 66:15, 66:16, 67:18, 70:20, 71:22, 72:19, 74:21, 75:7, 75:9, 77:9, 79:20, 80:8, 82:19, 87:13, 88:23, 88:24, 92:14, 92:15, 93:4, 95:1, 95:10, 96:1, 96:10, 96:11, 97:9, 99:16, 104:5, 104:22, 108:12, 111:3, 112:3, 112:22, 114:17, 114:24, 115:11, 116:14, 115:15, 116:17, 116:19, 117:12, 120:15, 121:6, 121:12, 122:10, 123:24, 124:8, 125:15, 125:18, 128:18

**one-way** [1] - 23:16

**ones** [11] - 11:1, 46:13, 57:3, 67:14,

77:10, 78:11, 81:2, 95:25, 102:4, 116:5, 116:15

**online** [20] - 12:3, 13:4, 20:14, 21:3, 33:15, 34:4, 36:21, 37:16, 37:18, 57:1, 61:15, 77:9, 77:10, 82:5, 84:16, 104:5, 105:19, 105:20, 112:21, 126:15

**ons** [1] - 13:12

**open** [2] - 37:18, 88:10

**operable** [1] - 120:22

**operating** [8] - 12:19, 44:4, 48:4, 48:7, 60:24, 63:1, 104:13, 112:8

**operator** [1] - 98:14

**operators** [1] - 115:14

**opinion** [3] - 31:7, 40:13, 113:1

**opportunity** [12] - 3:24, 4:2, 4:8, 4:14, 6:24, 7:2, 7:4, 29:10, 30:23, 79:7, 85:24, 129:7

**opposed** [1] - 18:12

**option** [1] - 50:16

**orchestrator** [2] - 57:16, 57:23

**order** [4] - 32:11, 72:1, 72:2, 106:11

**organization** [2] - 89:24, 90:23

**organizer** [1] - 8:18

**original** [7] - 45:16, 83:5, 83:6, 83:22, 90:19, 98:22, 100:1

**originally** [1] - 78:11

**originated** [1] - 89:10

**otherwise** [1] - 11:5

**outer** [1] - 43:18

**outreach** [1] - 19:14

**outs** [1] - 122:8

**outset** [1] - 10:16

**outstanding** [3] - 4:18, 7:8, 9:11

**overall** [1] - 19:23

**overlay** [1] - 43:6

**overview** [1] - 124:3

**own** [5] - 16:7, 43:22, 46:3, 56:1

**owned** [1] - 51:24

**owner** [1] - 32:14

**P**

**p.m** [2] - 79:22, 80:1
**package** [12] - 26:15, 54:15, 73:11, 73:12, 87:24, 95:11, 98:1, 98:12, 98:15, 98:21, 99:10
**packages** [2] - 22:18, 42:24
**page** [11] - 32:13, 40:23, 47:11, 47:19, 64:6, 64:24, 64:25, 65:9, 66:18, 107:10, 108:6
**Page** [1] - 47:20
**pages** [1] - 64:23
**paid** [2] - 73:21, 74:8
**panel** [6] - 34:25, 35:2, 36:2, 37:11, 71:19, 106:18
**panels** [1] - 38:1
**PANIN** [2] - 1:6, 1:16
**panin** [1] - 3:1
**Panin** [88] - 3:3, 3:4, 3:15, 5:21, 6:20, 6:23, 7:16, 7:25, 8:1, 9:1, 12:18, 12:20, 12:22, 13:3, 14:8, 16:6, 41:4, 42:10, 42:21, 44:23, 46:16, 54:13, 54:17, 56:20, 56:21, 56:23, 57:2, 58:17, 58:19, 59:8, 59:10, 60:2, 60:13, 60:21, 62:10, 62:14, 63:7, 64:3, 64:12, 64:19, 64:21, 68:1, 68:8, 68:9, 69:1, 69:2, 69:10, 69:11, 69:14, 69:21, 69:25, 70:2, 70:13, 71:11, 72:9, 72:16, 72:24, 73:15, 73:25, 74:13, 74:15, 74:17, 74:18, 74:20, 74:21, 75:24, 81:18, 82:16, 82:20, 87:20, 87:21, 92:1, 92:8, 93:10, 93:21, 97:14, 97:20, 97:25, 98:13, 98:18, 98:22, 99:11, 99:23, 108:23, 110:16, 112:24
**Panin's** [10] - 8:6, 8:10, 57:7, 58:5, 58:8, 60:8, 91:24, 92:15, 93:20, 100:10
**paper** [1] - 110:5
**paragraph** [2] - 10:22, 47:12
**parenthesis** [1] -

102:9
**part** [22] - 8:16, 15:5, 19:13, 30:7, 30:10, 39:3, 42:6, 44:20, 45:3, 45:15, 46:11, 47:15, 55:15, 59:6, 60:2, 65:21, 77:13, 95:11, 95:15, 107:22, 117:24, 118:2
**particular** [44] - 17:8, 20:20, 24:10, 28:17, 29:9, 29:19, 34:9, 39:11, 40:18, 43:11, 43:25, 46:22, 49:18, 54:12, 58:10, 58:13, 58:15, 58:22, 62:13, 64:22, 66:6, 66:25, 67:3, 68:19, 71:6, 71:17, 72:3, 84:7, 89:10, 90:8, 90:23, 95:6, 95:17, 102:8, 102:12, 102:14, 102:23, 103:6, 104:6, 111:3, 116:17, 118:8, 120:24, 127:6
**particularly** [2] - 16:9, 42:10
**parties** [3] - 8:2, 8:21, 9:7
**partner** [1] - 66:17
**partnered** [2] - 112:12, 112:13
**parts** [2] - 12:22, 95:10
**passports** [1] - 84:18
**password** [2] - 33:11, 61:19
**passwords** [2] - 12:4, 55:6
**past** [2] - 49:10, 79:12
**patch** [1] - 70:12
**patches** [2] - 21:22, 70:3
**Patel** [6] - 39:9, 39:11, 39:14, 39:21, 41:22, 42:2
**payment** [2] - 105:18, 119:4
**PC** [1] - 1:17
**PEACHTREE** [2] - 1:17, 2:3
**penalty** [1] - 113:10
**people** [29] - 13:19, 18:5, 21:21, 24:25, 26:7, 43:24, 50:17, 55:19, 61:22, 65:23, 66:2, 68:25, 71:20, 72:1, 72:3, 91:2, 93:5, 97:22, 103:7, 103:19,

103:21, 104:4, 107:12, 111:11, 111:13, 111:16, 111:19, 112:12
**people's** [2] - 51:22, 92:11
**per** [1] - 50:7
**percent** [2] - 43:7, 118:23
**percentage** [1] - 56:8
**perfect** [3] - 11:3, 65:16, 69:19
**perfectly** [3] - 14:4, 15:1, 69:6
**perform** [1] - 43:2
**period** [2] - 40:24, 41:20
**periodically** [1] - 42:24
**periods** [1] - 41:22
**permission** [1] - 92:4
**persisted** [1] - 98:20
**person** [12] - 32:24, 33:14, 33:19, 36:25, 55:18, 64:17, 93:5, 112:10, 113:6, 115:4, 117:6, 121:24
**person's** [5] - 33:6, 34:5, 103:12, 117:8, 117:14
**personal** [19] - 12:2, 12:4, 12:6, 12:12, 12:14, 12:24, 13:18, 24:5, 27:15, 27:20, 56:1, 62:4, 66:9, 86:24, 109:1, 123:17, 127:2, 127:7, 127:12
**personally** [4] - 15:5, 66:11, 87:15, 103:20
**perspective** [2] - 70:9, 113:21
**pertains** [1] - 96:17
**phone** [6] - 3:25, 4:2, 5:6, 24:14, 33:18
**phones** [1] - 78:2
**phonetic** [1] - 44:16
**phrase** [3] - 20:9, 92:20, 111:13
**physical** [2] - 87:3, 105:13
**physically** [1] - 79:1
**pick** [1] - 32:12
**picked** [1] - 99:15
**picking** [1] - 56:15
**picture** [1] - 57:19
**pictures** [1] - 68:20
**piece** [17] - 9:14, 34:9, 66:6, 83:2, 84:13, 87:9, 92:9, 92:16, 95:9, 95:17,

98:12, 98:15, 99:10, 102:23, 108:2, 123:24
**pieces** [7] - 74:18, 74:22, 87:14, 88:24, 90:2, 93:7
**pins** [1] - 12:4
**pipe** [1] - 128:8
**pirating** [2] - 83:18, 83:21
**place** [2] - 67:3, 79:9
**placed** [1] - 127:20
**placement** [1] - 98:22
**places** [1] - 110:8
**plan** [1] - 127:3
**played** [1] - 68:19
**PLAZA** [1] - 2:4
**plea** [6] - 8:9, 8:10, 8:21, 14:9, 14:11, 14:15
**pled** [2] - 14:16, 99:14
**plug** [6] - 13:11, 26:25, 36:5, 81:16, 84:12, 102:20
**plug-in** [1] - 102:20
**plug-ins** [5] - 13:11, 26:25, 36:5, 81:16, 84:12
**plugs** [1] - 72:25
**plugs-ins** [1] - 72:25
**plus** [2] - 40:25, 73:12
**PM** [1] - 103:15
**pM** [2] - 103:16, 119:11
**PM's** [1] - 103:20
**point** [21] - 3:15, 4:1, 5:12, 16:10, 24:10, 30:4, 30:19, 33:19, 49:16, 54:3, 74:7, 83:10, 90:4, 90:14, 101:7, 105:6, 108:21, 110:21, 112:22, 121:6, 129:5
**pointed** [1] - 69:5
**pointing** [1] - 113:8
**points** [1] - 64:4
**police** [2] - 80:14, 80:17
**policing** [1] - 112:16
**poll** [1] - 50:1
**popularity** [1] - 74:6
**portal** [1] - 82:5
**portals** [1] - 36:21
**portion** [1] - 10:10
**positive** [1] - 125:9
**possession** [1] - 77:11
**possible** [2] - 10:25,

107:14
**post** [20] - 34:22, 64:22, 65:10, 65:12, 69:18, 102:11, 102:12, 102:14, 102:15, 102:17, 106:2, 107:22, 108:6, 109:5, 118:13, 118:15, 118:17, 119:14, 120:21, 120:24
**posted** [9] - 65:1, 65:12, 66:25, 67:8, 69:4, 69:5, 106:4, 106:17, 107:3
**posting** [23] - 59:6, 63:6, 64:3, 64:18, 65:6, 65:8, 65:15, 67:1, 67:5, 67:10, 67:15, 67:18, 68:19, 68:23, 69:2, 69:4, 101:18, 103:9, 108:21, 117:19, 119:22, 120:19, 121:21
**postings** [2] - 69:9, 86:22
**posts** [3] - 109:3, 109:9, 118:1
**pot** [3] - 91:1, 91:15, 94:8
**potentially** [1] - 40:6
**power** [2] - 35:19, 110:20
**PowerPoint** [1] - 73:6
**practice** [2] - 88:16, 89:16
**precise** [1] - 43:6
**predecessor** [1] - 57:15
**preeminent** [1] - 11:21
**prefer** [1] - 30:9
**preferred** [1] - 76:18
**preliminary** [1] - 44:21
**prepare** [1] - 90:7
**prepared** [5] - 3:19, 4:22, 60:7, 94:24, 95:2
**presence** [3] - 56:25, 77:10, 86:24
**present** [3] - 76:17, 80:17, 113:24
**presentations** [1] - 19:15
**presentence** [7] - 4:9, 6:25, 7:2, 7:16, 9:16, 10:10, 10:15

**prettier** [1] - 29:1
**pretty** [1] - 24:22
**previous** [2] - 7:20, 116:2
**price** [3] - 64:13, 73:9, 74:6
**prices** [1] - 119:13
**primarily** [2] - 43:7, 49:13
**primary** [6] - 12:18, 54:13, 57:9, 57:16, 57:23, 61:8
**principal** [1] - 42:11
**principally** [2] - 5:5, 5:9
**printout** [5] - 127:14, 127:15, 127:18, 128:5, 129:4
**prison** [3] - 79:10, 80:16, 113:14
**private** [24] - 18:5, 18:21, 18:25, 19:6, 19:11, 19:13, 19:15, 19:25, 20:2, 20:16, 25:11, 27:20, 38:19, 39:20, 43:16, 87:8, 103:16, 103:18, 103:20, 104:17, 119:12, 119:25
**Probation** [2] - 9:22, 10:25
**probative** [1] - 51:1
**problem** [3] - 33:16, 40:22, 96:6
**problems** [1] - 102:4
**proceed** [6] - 3:19, 4:22, 6:7, 6:24, 7:11, 11:10
**proceeding** [4] - 3:10, 16:7, 16:13, 86:13
**proceedings** [1] - 15:12
**process** [3] - 53:15, 78:9
**produce** [1] - 52:14
**produced** [3] - 52:20, 53:1, 94:3
**product** [7] - 65:25, 74:4, 74:21, 74:24, 85:10, 85:12, 108:24
**products** [1] - 38:20
**program** [5] - 43:2, 83:4, 83:12, 99:5, 115:18
**programing** [1] - 85:11
**programmer** [1] - 17:16
**programming** [4] -

18:7, 82:2, 84:13, 84:14
**programs** [4] - 26:11, 43:24, 54:6, 104:19
**proliferate** [1] - 13:15
**promoted** [1] - 13:4
**promulgating** [1] - 103:13
**proof** [2] - 106:6, 111:6
**propagation** [1] - 34:18
**proper** [1] - 86:12
**property** [1] - 8:14
**protected** [2] - 20:15, 61:19
**protecting** [1] - 70:10
**protocol** [4] - 24:13, 35:17, 104:2, 104:3
**protocols** [1] - 94:3
**prove** [1] - 111:25
**proven** [1] - 104:15
**provide** [13] - 19:15, 19:17, 28:1, 30:2, 30:23, 33:17, 39:12, 52:25, 89:18, 98:1, 98:13, 106:5, 113:4
**provided** [17] - 27:22, 28:3, 42:20, 44:1, 52:3, 57:14, 59:11, 64:10, 67:11, 67:12, 69:3, 80:21, 87:25, 90:1, 97:21, 99:11
**provides** [2] - 20:17, 22:10
**proving** [1] - 88:22
**proxies** [1] - 25:6
**PSR** [2] - 8:3, 9:9
**public** [4] - 19:6, 19:24, 32:9, 32:10
**publicly** [2] - 29:18, 48:21
**publish** [1] - 39:16
**pull** [2] - 38:11, 52:23
**purchase** [4] - 22:20, 25:4, 25:14, 103:22
**purchased** [4] - 73:15, 73:22, 80:19, 108:3
**purchases** [1] - 12:23
**Purdue** [1] - 17:22
**purpose** [3] - 22:4, 25:21, 49:6
**purposes** [4] - 14:4,

40:10, 46:17, 46:22
**pursuant** [1] - 14:17
**push** [7] - 5:7, 21:22, 22:1, 22:13, 26:8, 38:10, 70:15
**pushed** [1] - 25:25
**pushing** [2] - 23:17, 26:21
**put** [10] - 29:11, 30:7, 33:1, 58:19, 63:12, 70:12, 71:14, 78:16, 88:19, 93:10
**puts** [1] - 23:10
**putting** [2] - 33:13, 105:6

---

**Q**

**qualifications** [1] - 30:25
**qualified** [1] - 31:11
**questions** [8] - 4:5, 4:18, 6:6, 7:6, 7:8, 15:7, 58:22, 64:14
**quick** [3] - 68:11, 121:23, 122:5
**quickly** [1] - 66:12
**quite** [3] - 9:14, 18:23, 19:1
**quotations** [1] - 86:3
**quote** [1] - 115:12
**quoted** [2] - 86:2, 110:8
**quotes** [1] - 86:4

---

**R**

**R-a-y** [1] - 15:24
**ran** [1] - 13:23
**range** [3] - 50:6, 50:20, 110:19
**Ransomware** [2] - 26:7, 26:8
**rarely** [1] - 25:12
**rather** [3] - 5:17, 9:8, 127:11
**Ray** [39] - 11:13, 14:2, 14:20, 15:8, 15:17, 15:18, 15:23, 17:3, 31:3, 31:8, 31:16, 34:24, 39:19, 41:6, 41:10, 43:16, 44:12, 47:3, 47:17, 48:12, 48:19, 48:24, 51:12, 53:12, 59:19, 60:6, 64:2, 65:10, 66:19, 89:8, 90:17, 90:20, 99:6, 99:8, 101:13, 114:7, 128:4, 129:2
**RAY** [1] - 15:19

**Ray's** [3] - 29:21, 53:6, 125:4
**reached** [2] - 8:2, 14:12
**reaching** [1] - 15:3
**read** [9] - 28:18, 76:14, 76:21, 86:6, 104:22, 107:22, 110:9, 118:18, 120:15
**reading** [2] - 65:6, 121:9
**ready** [2] - 6:24, 7:11
**real** [7] - 20:21, 25:13, 37:21, 57:17, 68:11, 98:10, 117:13
**really** [13] - 11:14, 27:4, 33:2, 35:5, 35:25, 37:8, 66:7, 107:15, 107:16, 107:17, 112:11, 124:1
**realm** [1] - 20:4
**realtime** [1] - 104:5
**reason** [2] - 40:9, 97:20
**reasonable** [2] - 14:5, 15:1
**reasons** [4] - 41:7, 111:21, 113:5, 115:10
**receive** [10] - 9:8, 9:10, 22:2, 22:12, 23:12, 23:13, 34:8, 56:2, 56:6
**received** [2] - 14:8, 78:8, 88:6
**receives** [1] - 8:7
**receiving** [2] - 55:13, 71:20
**recent** [1] - 26:7
**recess** [2] - 6:16, 100:13
**recipients** [1] - 72:19
**recognize** [13] - 15:14, 28:8, 39:5, 58:2, 63:3, 70:17, 75:13, 76:9, 88:2, 94:21, 101:15, 117:16, 119:19
**recommended** [1] - 9:9
**reconstituting** [1] - 49:19
**record** [27] - 7:20, 8:4, 11:4, 15:10, 15:14, 15:22, 17:2, 30:5, 30:7, 30:10, 30:20, 31:9, 32:5, 37:6, 39:4, 39:19, 39:25, 40:1, 45:3, 45:15, 46:11, 46:13, 47:15, 51:7, 59:20,

102:16
**recording** [1] - 32:4
**records** [18] - 104:15, 104:20, 104:25, 105:2, 105:5, 105:11, 112:22, 123:17, 123:23, 124:2, 124:4, 124:5, 125:21, 125:23, 125:24, 125:25, 126:4
**recovered** [2] - 73:3, 82:14
**reducing** [1] - 8:19
**refer** [4] - 53:2, 77:25, 84:1, 108:16
**reference** [7] - 9:21, 10:17, 56:14, 56:15, 87:12, 121:2, 122:20
**referenced** [3] - 28:12, 77:21, 111:3
**references** [2] - 42:19, 47:9
**referencing** [1] - 41:18
**referred** [10] - 15:11, 34:7, 35:4, 42:18, 49:14, 70:21, 93:5, 117:9, 122:10, 123:10
**referring** [3] - 42:6, 56:18, 95:23
**refers** [3] - 41:11, 84:2, 109:12
**reflects** [1] - 114:1
**regard** [5] - 7:18, 8:1, 8:2, 14:13, 14:22
**regarding** [5] - 4:5, 4:12, 29:11, 41:4, 45:1
**regardless** [3] - 18:15, 32:8, 55:2
**register** [1] - 25:4
**registered** [1] - 81:6
**registry** [1] - 48:8
**related** [4] - 6:19, 13:8, 74:14, 85:17
**relates** [2] - 11:6, 16:6
**relationship** [3] - 23:8, 23:23, 73:5
**released** [1] - 57:13
**releasing** [1] - 100:3
**relevant** [9] - 7:18, 11:7, 11:15, 11:16, 14:25, 15:5, 40:24, 41:7, 42:10
**reliability** [2] - 90:17, 113:23
**relieve** [1] - 3:13
**relying** [2] - 40:13, 53:6

**remain** [1] - 76:22
**remained** [1] - 20:6
**remaining** [2] - 9:24, 69:14
**remarks** [1] - 11:12
**remediate** [2] - 50:4, 50:12
**remediated** [1] - 115:20
**remember** [2] - 47:5, 121:9
**remind** [1] - 117:1
**remote** [2] - 28:21, 28:22
**remotely** [1] - 12:8
**removal** [1] - 44:1
**remove** [1] - 50:4
**removed** [4] - 42:4, 60:25, 115:18, 125:6
**removing** [1] - 50:14
**rent** [3] - 25:4, 25:8, 25:14
**repackage** [1] - 83:5
**repackaging** [1] - 83:22
**replicate** [1] - 99:2
**reply** [1] - 103:23
**report** [13] - 4:9, 4:11, 4:12, 4:15, 4:19, 6:25, 7:2, 7:6, 7:16, 9:16, 10:10, 10:15, 84:2
**reporter** [1] - 48:10
**REPORTER** [3] - 2:5, 2:6, 129:14
**reporting** [1] - 53:8
**reports** [2] - 35:9, 49:15
**repository** [5] - 87:11, 88:15, 88:19, 89:13, 89:14
**representations** [2] - 111:12, 111:14
**representatives** [2] - 80:14, 80:17
**represents** [2] - 43:20, 49:4
**reputable** [1] - 112:17
**reputation** [10] - 21:4, 21:10, 21:11, 65:22, 66:1, 66:3, 112:5, 112:9, 112:14, 112:18
**reputations** [1] - 61:23
**REQUESTED** [1] - 129:12
**requested** [1] - 45:2
**require** [2] - 32:19,

33:5
**requires** [1] - 32:14
**research** [9] - 19:7, 29:19, 36:22, 43:10, 87:14, 89:24, 90:1, 91:13, 94:7
**researcher** [2] - 28:13, 88:7
**researchers** [3] - 20:16, 25:11, 87:11
**reselling** [2] - 83:22, 99:25
**reserve** [5] - 105:20, 105:22, 105:24, 112:21, 112:22
**resolution** [3] - 8:22, 9:3, 14:13
**respect** [24] - 9:12, 14:1, 20:8, 23:5, 31:3, 38:1, 41:20, 47:18, 51:17, 53:6, 55:14, 57:7, 60:6, 61:3, 65:24, 69:18, 69:21, 71:6, 73:7, 82:16, 86:8, 96:11, 107:1, 123:4
**response** [1] - 55:21
**responses** [1] - 65:15
**responsible** [7] - 72:17, 84:4, 84:24, 85:3, 85:5, 100:2, 113:7
**rest** [1] - 69:9
**results** [1] - 54:10
**resume** [2] - 30:16, 129:7
**retailer** [1] - 125:8
**reveal** [3] - 71:23, 110:23, 122:8
**revealed** [5] - 57:2, 73:4, 82:13, 85:8, 126:14
**review** [13] - 7:5, 52:12, 60:12, 78:5, 85:24, 88:7, 88:8, 88:10, 89:1, 95:5, 107:2, 110:23, 121:1
**reviewed** [9] - 48:23, 86:23, 87:15, 90:5, 92:13, 95:10, 109:13, 122:23, 124:6
**reviewing** [4] - 32:8, 56:13, 95:3, 109:1
**Rican** [1] - 105:24
**RICHARD** [2] - 1:14, 2:6
**right-hand** [1] - 37:13
**rights** [4] - 57:15,

76:5, 76:12, 76:21
**ripper** [2] - 66:14, 109:7
**Robert** [1] - 57:4
**Robertsmart1980** [1] - 70:20
**Robertsmart1980@ gmail.com** [1] - 70:1
**robot** [1] - 21:18
**role** [10] - 7:18, 8:18, 9:8, 19:14, 41:13, 41:25, 57:7, 68:19, 72:22, 81:14
**root** [2] - 100:2
**rootkit** [1] - 60:22
**roughly** [1] - 113:13
**row** [1] - 128:10
**royal** [1] - 80:14
**Royal** [1] - 80:17
**RPR** [2] - 2:5, 129:21
**rule** [1] - 30:14
**Rules** [1] - 30:6
**run** [2] - 35:8, 88:17
**running** [10] - 33:6, 35:24, 37:16, 84:24, 115:18, 116:13, 116:17, 116:21, 117:4, 121:25
**RUSSELL** [2] - 1:14, 2:6
**Russia** [2] - 12:19, 119:11
**Russian** [5] - 13:6, 57:22, 62:24, 71:15, 71:16
**Russian-based-criminal** [1] - 13:6
**Russian-only** [1] - 62:24

**S**

**S-p-y-E-y-e** [1] - 41:3
**S-t-y-e-l** [1] - 41:1
**s/Debra** [1] - 129:21
**sale** [6] - 13:23, 64:3, 85:10, 101:19, 117:20, 120:16
**sales** [1] - 111:14
**salesman** [2] - 111:10, 111:11
**sample** [5] - 90:2, 95:9, 99:25, 128:5, 129:3
**samples** [15] - 87:15, 88:5, 88:20, 89:22, 91:1, 91:16, 91:21, 92:14, 94:4, 94:5, 95:3, 95:5, 97:5, 97:6, 97:16

**SARS** [1] - 49:14
**save** [1] - 89:9
**saved** [1] - 85:16
**saving** [1] - 89:10
**saw** [6] - 9:16, 67:17, 68:22, 73:23, 86:4, 114:14
**scale** [1] - 26:21
**schedule** [1] - 6:1
**scheme** [1] - 55:20
**schemes** [1] - 66:17
**Schwart** [1] - 57:5
**scientist** [5] - 28:15, 29:17, 30:1, 30:15, 30:25
**scope** [3] - 113:9, 113:12, 113:23
**Scott** [4] - 75:6, 75:16, 80:13, 80:18
**screen** [7] - 21:15, 23:24, 31:16, 32:3, 32:4, 33:4, 35:6, 35:12, 36:2, 37:2, 37:6, 38:8, 54:11, 57:19, 64:12, 65:11, 67:14, 107:2, 107:21, 117:10, 124:24
**screens** [5] - 34:4, 35:1, 37:4, 37:5, 37:6
**scrolling** [1] - 107:20
**scrolls** [1] - 64:23
**seal** [5] - 127:21, 127:25, 128:1, 128:18, 128:23
**sealed** [1] - 127:11
**search** [7] - 36:8, 36:10, 69:24, 77:10, 78:4, 78:7
**seat** [2] - 6:17, 100:14
**seated** [1] - 15:21
**second** [13] - 9:21, 16:5, 37:10, 47:4, 73:19, 79:9, 79:20, 79:25, 112:20, 115:8, 118:24, 128:24
**Secret** [1] - 105:25
**secretly** [1] - 12:7
**section** [1] - 115:21
**sector** [8] - 18:22, 18:25, 19:11, 19:13, 19:16, 19:24, 19:25, 20:3
**secure** [1] - 104:10
**security** [12] - 18:10, 18:12, 18:14, 18:16, 19:2, 49:7, 71:8, 87:12, 88:6, 88:15, 88:18, 92:25
**Security** [2] - 33:12,

33:17
**see** [34] - 4:8, 6:15, 6:24, 7:2, 34:12, 35:12, 37:17, 47:11, 52:16, 52:22, 53:22, 64:12, 65:1, 68:22, 69:20, 69:23, 72:19, 89:2, 91:17, 92:11, 93:6, 93:21, 95:24, 96:21, 96:22, 100:1, 100:23, 106:7, 107:4, 109:3, 109:5, 121:2, 129:7, 129:19
**seeing** [4] - 19:17, 19:19, 20:2, 109:2
**seem** [3] - 46:21, 69:9, 112:3
**sees** [1] - 117:10
**segregate** [1] - 40:8
**seize** [1] - 104:14
**seized** [4] - 78:11, 104:23, 109:16, 123:14
**seizure** [1] - 44:18
**self** [1] - 91:6
**sell** [7] - 12:21, 20:18, 38:21, 53:22, 57:9, 57:15, 62:1
**selling** [10] - 64:13, 66:7, 74:2, 102:9, 102:19, 102:21, 118:19, 119:15, 119:25, 120:19
**sells** [1] - 99:4
**send** [9] - 23:14, 24:8, 32:5, 34:21, 36:11, 55:10, 70:2, 99:11, 103:18
**sending** [5] - 33:7, 70:6, 71:18, 93:21, 103:9
**sends** [1] - 33:20
**sendspace.com** [1] - 71:14
**senior** [1] - 39:9
**sense** [4] - 51:17, 62:18, 73:8, 127:11
**sensitive** [1] - 48:7
**sent** [4] - 42:19, 67:11, 71:9, 71:12
**SENTENCING** [1] - 1:10
**sentencing** [9] - 4:5, 4:23, 6:8, 14:4, 46:24, 59:6, 85:24, 86:10, 109:11
**Sentencing** [1] - 14:3
**sentencings** [1] - 6:19

**SEPA** [1] - 119:8

**SEPA"** [1] - 119:3

**separate** [2] - 23:20, 84:8

**separated** [1] - 128:7

**separately** [1] - 82:23

**September** [3] - 40:24, 42:7, 118:16

**series** [1] - 55:9

**server** [22] - 23:6, 23:7, 23:20, 23:21, 24:4, 24:8, 24:11, 24:12, 24:17, 24:20, 24:24, 25:7, 25:13, 25:16, 28:22, 32:12, 35:4, 36:12, 91:17, 104:14, 115:22

**servers** [8] - 12:9, 12:15, 23:20, 25:5, 25:9, 78:18, 116:13, 116:17

**service** [2] - 65:25, 112:21

**Service** [1] - 105:25

**Services** [2] - 48:22, 49:1

**services** [1] - 103:2

**set** [10] - 22:21, 23:20, 34:7, 42:10, 54:16, 54:21, 55:25, 87:13, 91:4, 96:14

**sets** [2] - 41:21, 47:5

**settings** [2] - 88:11, 98:6

**seven** [2] - 71:4, 127:18

**seventh** [1] - 108:9

**several** [15] - 6:3, 25:5, 56:23, 60:22, 61:10, 72:24, 72:25, 78:2, 78:3, 78:18, 82:21, 85:19, 105:25, 108:14, 123:6

**share** [3] - 20:1, 38:21, 59:4

**Sharing** [2] - 48:22, 49:2

**sharing** [5] - 19:12, 49:7, 49:13, 49:16, 67:6

**shelf** [1] - 26:17

**short** [4] - 21:17, 49:3, 96:1, 100:13

**shorten** [1] - 129:9

**shortly** [1] - 96:22

**shots** [1] - 37:2

**show** [13] - 34:14, 66:24, 70:7, 72:8, 72:21, 75:11, 82:12,

84:6, 86:19, 103:4, 117:15, 127:2, 127:3

**showed** [1] - 106:17

**shown** [1] - 38:7

**shows** [2] - 91:12, 106:19

**shut** [2] - 115:21, 122:4

**sic** [3] - 3:23, 19:13, 30:21

**sic)** [1] - 4:16

**side** [2] - 37:13, 52:20

**sign** [2] - 77:3, 77:5

**signature** [1] - 98:23

**signed** [2] - 76:25, 77:1

**silent** [1] - 76:22

**similar** [4] - 27:19, 27:25, 28:18, 74:15

**similarities** [1] - 28:19

**similarity** [2] - 27:16, 31:15

**simply** [2] - 14:7, 46:20

**single** [1] - 119:4

**sit** [2] - 3:4, 91:7

**situation** [2] - 5:8, 99:14

**six** [3] - 20:5, 57:12, 116:16

**sixteen** [1] - 94:18

**sixty** [1] - 126:8

**sixty-three** [1] - 126:8

**size** [1] - 111:1

**Slavik** [1] - 57:17

**slide** [7] - 31:14, 31:17, 31:19, 34:24, 54:11, 54:12, 57:13

**slow** [4] - 3:16, 48:9, 51:7, 59:20

**slowly** [1] - 74:7

**small** [2] - 17:13, 56:8

**Smart** [1] - 57:4

**smoothest** [1] - 6:2

**Social** [2] - 33:12, 33:17

**SOCKS5** [1] - 64:5

**software** [30] - 17:14, 17:17, 18:6, 22:13, 22:18, 27:13, 34:22, 42:21, 42:23, 43:25, 48:3, 48:6, 52:1, 52:2, 53:21, 54:15, 83:3, 83:12, 83:14, 83:16, 83:18, 92:10, 92:12, 98:5, 99:5, 99:23,

102:23, 112:11, 119:16

**sold** [16] - 13:11, 54:17, 54:18, 60:13, 62:5, 81:15, 81:21, 82:23, 86:20, 87:1, 87:24, 92:10, 98:2, 100:4, 110:24

**soldier** [2] - 92:16, 92:17

**someone** [22] - 34:7, 34:21, 37:22, 40:19, 55:20, 56:7, 61:20, 65:18, 65:19, 65:24, 65:25, 66:10, 92:10, 99:24, 100:4, 103:11, 105:5, 106:16, 115:23, 117:3, 122:1, 122:3

**sometimes** [9] - 32:25, 37:21, 55:24, 56:7, 56:9, 83:4, 104:21, 119:2

**somewhat** [2] - 8:3, 10:5

**somewhere** [4] - 50:17, 115:20, 121:21, 121:24

**soon** [1] - 6:7

**sophisticated** [2] - 8:15, 61:18

**sorry** [11] - 18:13, 33:15, 52:8, 67:9, 67:21, 69:12, 85:15, 111:6, 120:18, 123:21, 126:18

**sort** [5] - 7:24, 86:14, 98:22, 107:16, 114:20

**sorts** [1] - 111:14

**sounds** [1] - 111:10

**source** [11] - 57:15, 74:14, 74:17, 83:13, 83:15, 85:11, 86:25, 89:17, 90:19, 92:18

**sources** [1] - 89:15

**spam** [1] - 13:7

**Spam** [1] - 54:23

**speaking** [5] - 16:9, 61:18, 62:23, 62:24, 109:24

**Special** [39] - 11:13, 15:16, 15:18, 15:23, 17:7, 17:10, 17:25, 18:8, 18:20, 20:5, 29:21, 31:3, 31:16, 34:24, 39:19, 41:6, 41:10, 42:18, 43:16, 44:12, 46:2, 47:3, 47:17, 48:19, 48:23, 51:12, 53:6, 53:12,

60:6, 64:2, 65:10, 66:19, 75:6, 75:16, 80:13, 80:18, 101:13, 114:7, 128:3

**special** [4] - 26:10, 48:12, 59:19, 92:9

**specialized** [1] - 82:2

**specialty** [1] - 18:4

**specific** [11] - 13:1, 32:23, 38:11, 45:9, 50:15, 52:1, 52:3, 53:9, 54:8, 69:8, 124:15

**Specifically** [1] - 121:8

**specifically** [17] - 26:25, 28:2, 32:18, 35:22, 35:25, 36:6, 36:14, 36:16, 38:6, 41:14, 52:5, 53:19, 56:10, 82:4, 95:13, 102:19, 119:16

**speculated** [1] - 74:20

**speculating** [1] - 106:14

**speculation** [1] - 58:18

**spell** [1] - 15:22

**spoken** [1] - 105:14

**sponsored** [1] - 18:18

**spread** [10] - 13:15, 22:23, 34:23, 54:21, 54:23, 55:1, 102:22, 102:24, 103:9, 123:13

**spreader** [19] - 13:12, 27:1, 34:16, 54:25, 101:14, 101:19, 102:9, 102:21, 103:4, 103:22, 108:16, 108:17, 108:25, 109:3, 109:4, 110:24, 111:2, 111:5, 114:9

**spreaders** [2] - 106:19, 107:1

**spreading** [4] - 34:19, 54:22, 102:19, 106:6

**spreads** [1] - 107:8

**spreadsheet** [4] - 58:5, 58:6, 58:7, 58:10

**spreadsheets** [1] - 123:6

**spy** [1] - 98:1

**SpyEye** [170] - 11:20, 12:1, 12:6, 12:19, 12:22, 13:4, 13:8,

13:16, 22:18, 26:2, 26:3, 26:10, 26:13, 26:14, 26:19, 26:24, 27:7, 27:9, 27:17, 27:22, 28:2, 28:19, 29:1, 31:17, 31:19, 31:22, 31:25, 32:12, 32:13, 32:21, 32:22, 32:24, 33:21, 33:25, 34:2, 34:9, 34:19, 34:21, 34:23, 34:24, 35:2, 36:6, 37:16, 37:19, 38:2, 38:13, 38:14, 38:20, 38:23, 39:1, 39:13, 40:20, 41:2, 41:11, 41:12, 41:14, 41:16, 42:2, 42:4, 42:8, 42:12, 43:1, 43:6, 43:13, 44:11, 44:20, 45:2, 45:10, 48:16, 50:3, 51:17, 51:19, 51:21, 52:4, 52:5, 52:7, 53:23, 54:8, 54:10, 54:11, 54:14, 54:25, 55:2, 55:5, 56:3, 56:4, 57:7, 57:9, 57:12, 57:16, 58:8, 59:8, 59:11, 60:14, 60:17, 63:7, 64:4, 64:11, 64:13, 67:19, 69:21, 70:3, 70:9, 70:11, 70:13, 71:8, 72:14, 72:18, 72:22, 73:1, 73:8, 73:15, 73:17, 74:14, 74:19, 74:23, 81:6, 81:7, 81:8, 81:13, 81:16, 82:3, 82:6, 82:8, 82:22, 82:23, 82:24, 83:8, 83:10, 84:17, 87:4, 87:13, 87:15, 87:18, 87:22, 87:24, 88:12, 88:13, 91:8, 91:20, 92:10, 92:12, 92:16, 92:18, 92:20, 93:22, 95:13, 95:17, 96:18, 98:5, 98:15, 98:21, 99:9, 99:10, 101:14, 102:20, 102:25, 103:8, 103:11, 108:4, 115:19, 117:3, 117:4, 119:24, 120:20, 121:19, 121:25

**SpyEye's** [1] - 38:12

**Squad** [1] - 50:17

**squad** [1] - 17:8

**stand** [1] - 29:14

**standpoint** [1] - 39:12

**stands** [6] - 34:1, 88:21, 102:10, 105:19, 105:20, 119:5
**start** [5] - 6:7, 6:14, 89:21, 97:10, 100:12
**started** [4] - 17:16, 69:10, 79:21, 79:25
**starters** [1] - 49:1
**starts** [2] - 107:21, 119:10
**state** [5] - 10:16, 15:21, 17:2, 18:18, 76:15
**state-sponsored** [1] - 18:18
**statement** [10] - 10:4, 39:4, 39:18, 40:3, 40:11, 45:1, 45:4, 48:22, 50:23, 54:8
**statements** [4] - 45:24, 46:1, 46:18, 79:18
**STATES** [4] - 1:1, 1:3, 1:10, 2:6
**States** [9] - 3:2, 6:20, 13:9, 36:15, 49:5, 49:9, 105:25, 120:5
**states** [5] - 39:14, 102:20, 102:21, 107:23, 119:24
**stating** [1] - 71:17
**statistics** [2] - 35:9, 106:18
**stats** [1] - 106:3
**stay** [1] - 20:1
**stayed** [2] - 111:17
**steal** [12] - 12:16, 13:18, 26:12, 28:1, 28:23, 32:3, 36:18, 36:24, 37:21, 81:7, 82:6, 91:19
**stealing** [3] - 27:1, 28:21, 33:6
**stenographic** [1] - 129:16
**STENOTYPE/ COMPUTER** [1] - 2:9
**STENOTYPE/ COMPUTER-AIDED** [1] - 2:9
**steps** [1] - 23:24
**STEVE** [1] - 1:13
**stickers** [1] - 46:13
**still** [9] - 4:19, 7:9, 34:14, 45:6, 90:10, 97:18, 99:15, 99:16, 105:22
**stole** [2] - 12:12, 34:13

**stolen** [9] - 8:14, 12:14, 13:24, 22:12, 23:22, 25:2, 34:8, 55:10, 56:4
**stop** [8] - 3:17, 16:10, 19:9, 38:20, 42:2, 70:9, 84:20, 129:6
**stopped** [2] - 42:4, 79:23
**stopping** [1] - 3:18
**straight** [1] - 14:16
**strain** [1] - 95:17
**strains** [3] - 13:8, 87:4, 96:17
**street** [1] - 23:16
**STREET** [2] - 1:17, 2:3
**strength** [1] - 16:7
**strings** [2] - 36:10
**strip** [1] - 126:1
**STRONGWATER** [45] - 2:1, 2:2, 2:2, 9:20, 10:8, 10:20, 11:3, 11:8, 29:7, 31:6, 39:16, 39:22, 40:5, 40:16, 40:22, 45:20, 46:5, 46:8, 47:6, 47:11, 50:25, 52:17, 58:18, 60:3, 63:15, 71:3, 75:25, 77:18, 89:7, 90:10, 90:14, 94:14, 100:22, 101:10, 101:23, 105:4, 106:8, 110:14, 117:24, 118:3, 120:11, 126:24, 127:14, 127:18, 128:22
**Strongwater** [4] - 41:20, 58:21, 95:24, 101:9
**Styel** [1] - 41:1
**styled** [1] - 28:8
**sub** [1] - 95:9
**subject** [4] - 71:7, 71:8, 120:15, 127:5
**subjects** [1] - 108:12
**subpoena** [1] - 67:12
**subsequent** [1] - 75:17
**substance** [1] - 80:22
**substantial** [1] - 8:16
**substantiate** [1] - 9:25
**successfully** [1] - 42:4
**successor** [2] - 27:6, 27:23

**suggest** [2] - 102:2, 116:12
**SUITE** [2] - 1:18, 2:3
**summaries** [1] - 75:18
**supplement** [3] - 29:23, 30:9, 53:7
**supplementation** [1] - 30:12
**supply** [1] - 74:7
**support** [2] - 21:21, 59:14
**supposed** [2] - 107:24, 111:19
**supposedly** [1] - 94:4
**surreptitiously** [5] - 12:14, 13:14, 27:2, 33:6, 117:7
**survey** [1] - 50:5
**susceptible** [1] - 25:10
**suspicious** [1] - 49:14
**sustain** [1] - 106:13
**sustaining** [2] - 30:21, 30:22
**Swiss** [2] - 27:5, 31:22
**sworn** [2] - 15:19, 40:19
**Symantech** [2] - 43:23, 90:24
**Symlink** [2] - 84:4, 85:3
**SYMLINK** [1] - 85:3
**syndicate** [1] - 11:23
**system** [20] - 13:13, 27:2, 34:1, 48:4, 48:7, 48:8, 60:24, 83:25, 84:5, 84:7, 84:11, 84:25, 85:18, 86:8, 86:21, 116:24, 117:2, 117:5, 118:12, 121:16
**systems** [2] - 17:21, 44:4

---

**T**

**tablet** [1] - 78:3
**tailor** [1] - 12:23
**takeover** [2] - 51:13, 51:15
**takeovers** [1] - 53:18
**target** [3] - 21:24, 36:16, 98:7
**targeted** [6] - 12:25, 95:6, 97:3, 97:7, 97:8, 97:12
**targeting** [2] - 95:18,

119:17
**targets** [1] - 82:4
**tarnished** [1] - 112:15
**Task** [3] - 17:9, 17:11, 17:25
**technical** [3] - 60:22, 70:9, 91:3
**technique** [3] - 92:9, 105:14, 122:6
**techniques** [1] - 12:13
**technology** [6] - 17:12, 17:18, 21:21, 21:24, 102:23, 103:6
**TED** [2] - 1:14, 2:7
**telephone** [1] - 128:13
**ten** [8] - 8:13, 9:10, 100:12, 112:7, 112:9, 113:15, 114:11
**ten-minute** [1] - 100:12
**tend** [1] - 20:20
**tenders** [1] - 29:4
**terabytes** [2] - 78:15, 78:16
**term** [9] - 26:19, 27:12, 32:2, 34:19, 56:18, 66:15, 82:23, 83:1, 92:24
**terms** [26] - 8:9, 8:21, 14:3, 14:11, 18:6, 18:20, 20:3, 20:5, 28:20, 28:21, 32:21, 38:16, 41:25, 50:7, 51:14, 53:17, 59:8, 71:20, 74:12, 78:13, 81:13, 114:13, 114:14, 116:12, 122:14, 124:4
**tested** [1] - 120:1
**testified** [8] - 15:19, 31:4, 82:8, 90:17, 90:18, 104:23, 109:23, 116:25
**testify** [1] - 29:14
**testimony** [18] - 6:4, 11:14, 14:2, 14:19, 25:15, 28:18, 29:15, 29:22, 29:25, 43:1, 46:3, 53:3, 53:6, 82:10, 90:15, 105:7, 116:18, 125:4
**text** [7] - 10:18, 71:14, 95:15, 107:20, 123:6, 125:18, 128:24
**Thai** [3] - 80:14, 80:17, 80:21
**Thailand** [4] - 75:9,

78:10, 79:10, 80:6
**THE** [275] - 1:1, 1:1, 1:9, 1:12, 1:16, 1:17, 3:1, 3:6, 3:7, 3:8, 3:9, 3:12, 3:13, 3:20, 3:21, 4:3, 4:4, 4:7, 4:8, 4:10, 4:11, 4:13, 4:14, 4:17, 4:18, 4:21, 4:22, 4:24, 4:25, 5:10, 5:11, 5:17, 5:21, 5:22, 5:23, 6:6, 6:13, 6:17, 7:3, 7:4, 7:7, 7:8, 7:10, 7:11, 7:12, 7:13, 7:22, 7:25, 8:5, 8:24, 9:2, 9:6, 9:13, 10:2, 10:11, 10:23, 11:5, 11:9, 11:18, 15:9, 15:18, 15:21, 15:23, 16:4, 16:12, 16:13, 16:15, 29:6, 29:23, 30:9, 30:13, 30:22, 31:10, 39:24, 40:6, 41:8, 42:14, 42:23, 43:1, 43:4, 43:5, 43:7, 43:14, 45:5, 45:9, 45:11, 45:16, 45:18, 46:7, 46:9, 46:14, 46:19, 47:1, 47:4, 47:10, 47:14, 47:22, 47:24, 48:9, 50:24, 51:2, 51:6, 51:10, 52:8, 52:11, 52:13, 52:16, 52:22, 52:25, 53:8, 53:14, 53:17, 53:18, 53:19, 54:1, 54:2, 54:5, 54:7, 58:24, 59:5, 59:12, 59:17, 59:18, 59:20, 59:25, 60:4, 60:7, 60:9, 60:10, 63:10, 63:13, 63:16, 63:19, 63:22, 63:24, 67:20, 67:21, 67:22, 67:23, 68:7, 68:10, 68:12, 68:14, 68:15, 69:7, 69:12, 69:16, 71:1, 71:4, 73:19, 73:21, 73:23, 73:25, 74:10, 75:23, 76:1, 77:17, 77:19, 79:19, 79:21, 80:3, 80:4, 80:7, 80:8, 80:10, 84:20, 85:1, 85:5, 85:7, 86:12, 89:18, 90:12, 90:21, 90:22, 91:23, 92:5, 92:7, 92:8, 92:11, 92:13, 93:9, 93:12, 93:13, 93:16, 93:17, 93:18, 93:24, 94:1, 94:2, 94:5, 94:9, 94:11, 94:12, 94:15,

94:18, 94:25, 95:2, 95:22, 96:2, 96:5, 96:13, 96:20, 97:13, 97:15, 97:18, 97:24, 98:8, 98:9, 98:25, 99:3, 99:13, 99:19, 99:20, 99:22, 100:5, 100:9, 100:14, 100:23, 101:3, 101:6, 101:9, 101:11, 101:22, 101:25, 105:8, 105:9, 105:10, 106:13, 106:16, 107:11, 107:14, 107:15, 107:17, 107:18, 110:13, 110:17, 111:6, 111:8, 111:9, 111:21, 111:23, 111:24, 113:8, 113:17, 113:20, 114:3, 114:20, 114:24, 115:2, 115:3, 115:6, 118:5, 120:9, 120:12, 124:23, 125:5, 125:6, 125:8, 125:9, 125:10, 126:18, 126:20, 126:22, 126:25, 127:5, 127:8, 127:13, 127:20, 127:23, 127:25, 128:16, 128:18, 128:20, 128:23, 129:5

**theft** [5] - 12:1, 12:6, 13:14, 26:18, 27:20
**thefts** [2] - 54:10, 55:15
**theirs** [2] - 52:6, 110:20
**themselves** [3] - 36:25, 55:12, 56:9
**theory** [1] - 89:15
**therefore** [1] - 115:22
**thinking** [1] - 96:7
**third** [2] - 42:5, 112:25
**thirteen** [1] - 63:16
**thirty** [2] - 127:18, 128:23
**thirty-eight** [1] - 128:23
**thirty-seven** [1] - 127:18
**thousand** [10] - 34:12, 34:14, 52:5, 52:11, 53:16, 81:10, 115:15, 115:17, 124:14, 126:8
**thousands** [6] - 13:9,

22:23, 26:22, 35:14, 114:5
**thread** [2] - 102:8, 108:9, 118:8
**threat** [12] - 19:15, 19:17, 19:18, 19:20, 19:23, 20:16, 25:10, 28:13, 49:13, 87:14, 89:24, 90:1
**threats** [5] - 19:16, 20:1, 20:3, 20:6, 49:7
**three** [17] - 8:20, 40:17, 40:23, 41:21, 44:22, 45:13, 78:1, 79:24, 80:5, 111:21, 113:5, 113:14, 114:10, 119:1, 120:22, 126:8, 128:11
**three-digit** [1] - 128:11
**throughout** [1] - 70:2
**thumb** [1] - 103:1
**thwart** [2] - 19:9, 70:9
**tie** [1] - 87:5
**title** [2] - 17:6, 102:8
**today** [5] - 4:23, 6:19, 7:11, 89:12, 122:7
**together** [3] - 9:14, 88:18, 88:19
**toiletries** [1] - 80:20
**tomorrow** [3] - 102:3, 129:7, 129:11
**took** [7] - 36:20, 50:1, 74:22, 79:9, 104:16, 115:19
**tool** [6] - 31:22, 43:25, 44:1, 44:3, 70:12, 106:6
**toolkit** [2] - 26:17, 54:15
**toolkits** [2] - 22:19
**tools** [5] - 13:13, 26:19, 44:5, 74:16, 88:10
**top** [9] - 18:3, 20:1, 36:3, 37:11, 64:7, 64:15, 64:24, 64:25, 108:6
**topic** [1] - 122:17
**topics** [2] - 80:24, 81:11
**total** [7] - 44:10, 114:9, 114:23, 116:7, 123:17, 124:11, 126:6
**totality** [1] - 94:9
**totally** [1] - 15:11
**TOTENBERG** [1] - 1:9

**touching** [1] - 91:7
**toward** [3] - 64:6, 95:6, 100:17
**track** [1] - 105:14
**trade** [1] - 62:1
**traditionally** [1] - 55:19
**training** [5] - 17:24, 18:2, 18:4, 18:5, 48:12
**transcript** [2] - 84:21, 129:15
**TRANSCRIPT** [1] - 129:12
**TRANSCRIPTION** [1] - 2:9
**transcripts** [1] - 104:24
**transfer** [21] - 9:22, 13:13, 27:2, 34:1, 34:5, 83:25, 84:5, 84:11, 84:15, 84:25, 85:17, 86:8, 86:20, 112:21, 116:24, 117:2, 117:5, 117:8, 118:12, 119:9, 121:16
**transferred** [2] - 78:12, 121:22
**transfers** [5] - 27:3, 112:23, 118:21, 118:25, 119:8
**translate** [1] - 122:14
**translates** [1] - 97:19
**transmitted** [2] - 12:15, 13:7
**travelling** [1] - 79:6
**treated** [1] - 45:13
**treaty** [1] - 78:9
**tried** [1] - 3:24
**trigger** [1] - 97:9
**triggering** [2] - 99:17, 99:21
**triggers** [1] - 32:24
**Trojan** [7] - 11:22, 27:9, 27:10, 27:11, 27:12, 27:24
**trouble** [1] - 10:21
**true** [8] - 21:9, 72:12, 83:9, 86:3, 86:11, 93:1, 109:15, 112:2
**trust** [2] - 66:2, 66:16
**trusted** [3] - 61:22, 61:24, 112:18
**Trusteer** [1] - 51:24, 53:19
**try** [8] - 6:18, 10:14, 19:8, 20:16, 38:20, 42:1, 100:23, 111:1
**trying** [14] - 10:24, 21:9, 22:12, 37:22,

44:18, 63:20, 70:9, 91:19, 93:9, 99:15, 103:22, 106:5, 113:21, 113:22
**Tuesday** [2] - 65:1, 65:13
**turn** [9] - 21:14, 31:16, 32:4, 56:19, 61:12, 64:6, 73:6, 108:6, 122:17
**TURNER** [2] - 1:14, 2:7
**turning** [2] - 37:10, 54:10, 64:21
**tweak** [1] - 98:6
**twenty** [1] - 124:13
**twenty-nine** [1] - 124:13
**Twitter** [1] - 103:1
**two** [38] - 6:19, 8:13, 8:14, 9:8, 9:10, 19:21, 22:6, 23:22, 29:8, 44:14, 46:7, 47:5, 56:24, 59:5, 67:24, 68:1, 68:8, 68:23, 68:25, 69:8, 69:14, 73:9, 74:21, 75:6, 85:8, 103:18, 104:4, 113:14, 114:10, 117:24, 118:9, 118:20, 119:1, 120:2, 124:13, 125:17
**TWO** [1] - 2:4
**two-directional** [1] - 23:22
**two-level** [1] - 9:8
**tying** [1] - 40:6
**type** [7] - 24:6, 26:5, 26:9, 33:24, 52:2, 68:19, 91:18
**types** [5] - 25:24, 27:18, 62:4, 117:12, 118:20, 120:22
**typical** [1] - 114:21
**typically** [3] - 35:6, 35:15, 68:24

**U**

**U.S** [1] - 125:21
**U.S.-based** [1] - 67:10
**UK** [2] - 119:11, 120:4
**UK.James@yahoo.co.uk** [1] - 72:6
**Ukraine** [2] - 38:7, 38:11
**Ukrainian** [1] - 38:9
**ultimately** [3] - 9:17,

78:4, 78:8
**umbrella** [1] - 45:13
**unauthorized** [2] - 13:17, 84:15, 100:3
**uncomfortable** [1] - 16:10
**under** [31] - 5:1, 8:8, 8:12, 8:20, 12:10, 14:2, 14:3, 14:11, 14:17, 23:3, 28:3, 41:15, 44:23, 44:24, 64:15, 66:19, 76:24, 79:23, 99:8, 106:7, 106:18, 107:20, 107:21, 114:23, 115:23, 116:19, 127:21, 127:25, 128:1, 128:18, 128:23
**undercover** [5] - 62:9, 62:21, 73:14, 74:8, 109:2
**underneath** [2] - 83:16, 107:6
**understood** [3] - 3:21, 10:3, 76:24
**undertaken** [1] - 15:1
**underworld** [1] - 112:4
**Underworld.no** [2] - 89:25, 93:25
**uneven** [1] - 6:1
**unfortunately** [2] - 43:9, 64:23
**unique** [8] - 24:14, 35:16, 42:8, 87:21, 97:11, 123:10, 124:1, 125:1
**unit** [2] - 39:10, 44:25
**United** [11] - 3:2, 6:19, 6:20, 13:9, 35:21, 36:15, 49:5, 49:9, 72:12, 105:25, 120:5
**UNITED** [4] - 1:1, 1:3, 1:10, 2:6
**University** [2] - 17:22
**unknowing** [2] - 24:16, 27:13
**unless** [3] - 15:7, 89:3, 96:6
**unlike** [3] - 19:4, 92:25
**unpatched** [1] - 91:6
**unquote** [1] - 115:13
**unreleased** [2] - 60:16, 60:20
**unsuspecting** [1] - 84:15

unusable [1] - 83:8
unwitting [2] - 34:23, 121:18
up [43] - 4:1, 5:3, 5:24, 6:10, 8:20, 14:16, 18:24, 21:15, 22:21, 23:18, 23:20, 26:25, 32:12, 32:18, 34:7, 42:15, 46:10, 49:21, 50:6, 54:10, 54:16, 54:21, 55:25, 56:15, 58:10, 61:9, 63:12, 67:14, 68:17, 69:4, 82:8, 87:3, 88:10, 91:2, 96:12, 99:15, 108:20, 111:1, 112:6, 115:4, 115:20, 123:8, 126:12
update [10] - 35:23, 65:16, 69:19, 70:14, 70:15, 71:8, 71:15, 71:18, 72:20
updated [2] - 42:24, 70:4
updates [4] - 69:20, 70:2, 70:3, 70:6
uploaded [4] - 67:13, 67:24, 68:2, 68:23
upward [1] - 114:23
upwards [2] - 82:15, 114:18
URL [1] - 54:24
URLs [1] - 97:7
US [1] - 120:5
USB [4] - 102:10, 103:1, 106:21
user [18] - 12:3, 24:16, 27:14, 28:4, 32:19, 32:20, 33:3, 33:5, 33:11, 34:3, 37:7, 38:2, 61:2, 83:14, 87:19, 98:18, 99:9, 117:10
user's [6] - 26:12, 33:14, 48:4, 48:5, 117:7
users [2] - 26:11, 29:2
uses [2] - 79:14, 92:25
utilize [3] - 27:25, 103:7, 103:8
utilized [4] - 21:24, 55:17, 74:16, 108:3
utilizes [2] - 34:20, 102:24
utilizing [1] - 117:4

**V**

v-u [1] - 61:9
valid [1] - 36:11
value [5] - 51:1, 89:2, 90:3, 90:17, 90:18
variance [1] - 8:22
variants [1] - 41:14
variations [1] - 61:11
varied [1] - 17:16
varies [1] - 8:3
variety [3] - 12:13, 14:24, 86:15
various [4] - 12:21, 50:5, 54:23, 66:23
vary [1] - 115:5
Vashant [1] - 39:9
verification [1] - 128:11
version [12] - 35:2, 42:20, 42:21, 43:23, 57:11, 60:16, 60:20, 64:4, 70:13, 71:13, 73:22, 76:14
versions [4] - 12:21, 12:25, 43:11, 70:4
VERSUS [1] - 1:5
versus [4] - 3:2, 6:20, 6:21, 18:18
via [1] - 45:8
victim [42] - 13:15, 21:24, 22:2, 22:10, 22:23, 26:6, 26:9, 28:6, 32:21, 34:11, 35:7, 35:11, 35:18, 35:20, 37:4, 37:7, 37:9, 37:19, 38:7, 39:4, 39:18, 40:2, 40:10, 44:3, 45:3, 45:23, 45:25, 46:18, 46:19, 48:21, 50:23, 55:18, 56:4, 91:19, 97:9, 113:3, 114:4, 121:18, 122:2, 122:20
victim's [5] - 12:7, 27:3, 28:24, 32:4, 84:15
victimized [1] - 45:2
victims [12] - 8:13, 9:10, 34:20, 34:23, 35:23, 35:25, 36:17, 37:21, 50:15, 54:22, 111:5
victims' [5] - 12:12, 12:13, 12:17, 12:24, 55:4
video [2] - 32:5, 83:21
view [2] - 33:14, 37:3
viewed [1] - 103:20

violation [1] - 19:3
VirusTotal [1] - 88:17
visibility [4] - 43:21, 43:22, 44:2, 44:6
visible [3] - 83:13, 89:2, 103:19
Vista [1] - 35:24
visual [1] - 21:15
visually [1] - 32:6
voice [1] - 49:8
voir [2] - 39:22, 90:12
volume [2] - 78:13, 110:10
voluminous [2] - 108:14, 109:20
vouch [1] - 65:17, 66:10, 69:20, 111:16
vouched [2] - 59:8, 66:1
vouches [1] - 65:18
vouching [3] - 108:22, 108:23, 108:24
vu [1] - 61:9
vulgar [1] - 109:6
vulnerabilities [1] - 62:2

**W**

wait [3] - 16:5, 47:4, 97:9
Wait [2] - 47:4, 73:19
waiting [1] - 100:16
walk [3] - 54:12, 121:14, 124:3
wants [3] - 23:14, 100:11, 110:20
wares [2] - 20:19, 66:16
warhead [1] - 26:4
warrant [2] - 69:24, 78:7
warrants [1] - 78:4
Warren [4] - 75:6, 75:17, 80:13, 80:18
watch [1] - 97:9
water [1] - 79:7
ways [5] - 14:24, 23:19, 27:1, 55:1, 73:9
web [13] - 13:13, 24:11, 26:11, 26:12, 33:11, 36:21, 65:5, 66:23, 82:5, 97:8, 103:2, 105:19, 106:21
webinject [2] - 97:6, 97:23

webinject.txt [1] - 95:14
webinjects [13] - 26:10, 28:1, 32:1, 32:19, 32:21, 33:8, 74:16, 81:16, 81:22, 82:1, 95:12, 95:13, 97:12
website [10] - 13:23, 20:15, 32:22, 32:25, 33:1, 33:15, 67:4, 67:6, 68:23, 71:13
websites [7] - 36:21, 37:1, 55:1, 81:5, 97:3, 97:7, 97:10
week [1] - 7:19
weekly [4] - 65:17, 69:19, 69:20, 70:6
weeks [4] - 19:21, 107:25, 108:5, 114:22
weight [4] - 30:8, 30:18, 42:16, 47:16
well-documented [1] - 32:9
well-known [3] - 27:24, 61:23, 65:23
WEST [1] - 2:3
whereas [1] - 45:12
whole [2] - 67:5
wild [1] - 87:10
William [1] - 47:3
willing [2] - 38:21, 122:3
window [1] - 33:9
Windows [2] - 35:24, 48:4
wire [5] - 27:3, 34:5, 56:6, 84:15, 117:8
wires [1] - 121:20
wish [1] - 52:16
wishes [2] - 3:5, 30:8
withdraw [3] - 7:20, 46:25, 58:22
Witness [1] - 108:7
witness [8] - 6:4, 29:11, 32:9, 39:22, 45:17, 100:25, 127:2, 127:3
WITNESS [59] - 15:23, 42:23, 43:4, 43:7, 45:9, 52:13, 53:17, 53:19, 54:2, 54:7, 59:5, 59:17, 60:9, 63:22, 67:21, 67:23, 68:10, 68:14, 69:12, 73:21, 73:25, 79:21, 80:4, 80:8, 85:1, 85:7, 90:22, 92:5, 92:8, 92:13, 93:12, 93:16, 93:18,

94:1, 94:5, 94:11, 95:2, 97:15, 97:24, 98:9, 99:3, 99:19, 99:22, 105:8, 105:10, 106:16, 107:14, 107:17, 111:8, 111:21, 111:24, 113:17, 114:3, 114:24, 115:3, 125:5, 125:8, 125:10, 126:20
witness's [2] - 29:15, 90:16
WMZ [2] - 105:18, 105:19
WMZ-LR [1] - 105:18
wold [1] - 3:24
wondering [1] - 45:22
Word [3] - 99:4, 99:5, 99:7
word [4] - 21:17, 43:13, 91:3, 107:5
words [2] - 105:6, 109:6
work-from-home [1] - 55:20
workings [2] - 82:4, 83:4
works [6] - 28:13, 32:21, 38:9, 65:1, 84:11, 88:13
world [12] - 13:22, 13:25, 19:24, 21:1, 21:25, 28:3, 42:1, 43:19, 49:5, 112:9, 121:8, 123:11
worldwide [4] - 38:14, 38:15, 38:16, 38:25
worth [1] - 78:18
write [1] - 82:21
writing [2] - 84:4, 85:3
wrote [4] - 75:17, 81:15, 81:22, 86:20

**X**

XLS [1] - 58:7

**Y**

year [2] - 61:17, 62:17
years [14] - 17:13, 20:5, 21:20, 27:7, 93:8, 104:4, 106:1, 112:7, 112:9, 113:13, 113:14, 113:15, 114:11
yelling [1] - 78:24

**yielding** [1] - 13:9
**yields** [2] - 8:11, 8:19
**York** [3] - 3:25, 4:15, 5:4
**yourself** [2] - 26:16, 88:8

## Z

**Zealand** [1] - 121:12
**Zeus** [19] - 27:6, 27:9, 27:17, 27:23, 28:20, 29:1, 44:20, 45:8, 54:5, 55:2, 57:14, 57:15, 57:16, 57:23, 74:4, 74:18, 82:3, 119:23, 120:19
**ZEUS** [3] - 27:8, 44:19, 74:5
**Zeus's** [1] - 74:14
**Zeus/SpyEye/IceIX** [1] - 120:16
**zip** [2] - 124:22, 125:17
**zombie** [2] - 23:9, 24:15
**zombies** [1] - 22:1
**zone** [2] - 80:7, 80:9
**zoom** [2] - 38:5